# Exhibit A

**January 1 – December 31, 2022**

# Evidence of Coverage:

**Your Medicare Health Benefits and Services and Prescription Drug Coverage as a Member of Aetna Medicare Premier Plan (PPO)**

This booklet gives you the details about your Medicare health care and prescription drug coverage from January 1 – December 31, 2022. It explains how to get coverage for the health care services and prescription drugs you need. **This is an important legal document. Please keep it in a safe place.**

This plan, Aetna Medicare Premier Plan (PPO), is offered by AETNA LIFE INSURANCE COMPANY (When this *Evidence of Coverage* says "we," "us," or "our," it means AETNA LIFE INSURANCE COMPANY When it says "plan" or "our plan," it means Aetna Medicare Premier Plan (PPO).)

Please contact our Member Services number at 1-833-570-6670 or the number on the back of your ID card for additional information. (TTY users should call 711). Hours of operation are 8 AM to 8 PM, 7 days a week.

This document may be made available in other formats such as braille, large print or other alternate formats.

Benefits, premium, deductible, and/or copayments/coinsurance may change on January 1, 2023.

The formulary, pharmacy network, and/or provider network may change at any time. You will receive notice when necessary.

Y0001_H5521_140_PB51_EOC22_C

Aetna Medicare's pharmacy network includes limited lower cost, preferred pharmacies in Suburban Arizona, Suburban Illinois, Urban Kansas, Rural Michigan, Urban Michigan, Urban Missouri, and Suburban West Virginia. The lower costs advertised in our plan materials for these pharmacies may not be available at the pharmacy you use. For up-to-date information about our network pharmacies, including whether there are any lower-cost preferred pharmacies in your area, please call Member Services at 1-833-570-6670 or the number on the back of your ID card (TTY: 711) or consult the online *Provider & Pharmacy Directory* at [AetnaMedicare.com/findpharmacy](AetnaMedicare.com/findpharmacy).

Members who get "Extra Help" are not required to fill prescriptions at preferred network pharmacies in order to get Low Income Subsidy (LIS) copays.

For mail order, you can get prescription drugs shipped to your home through the network mail order delivery program. Typically, mail order drugs arrive within 10 days. You can call 1-833-570-6670 or the number on the back of your ID card (TTY: 711) 8 AM to 8 PM, 7 days a week if you do not receive your mail order drugs within this timeframe. Members may have the option to sign-up for automated mail-order delivery.

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 4 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)
Table of Contents

# 2022 Evidence of Coverage

## Table of Contents

This list of chapters and page numbers is your starting point. For more help in finding information you need, go to the first page of a chapter. **You will find a detailed list of topics at the beginning of each chapter.**

**CHAPTER 1.** **Getting started as a member**................................................................ **1**

Explains what it means to be in a Medicare health plan and how to use this booklet. Tells about materials we will send you, your plan premium, the Part D late enrollment penalty, your plan membership card, and keeping your membership record up to date.

**CHAPTER 2.** **Important phone numbers and resources**...................................... **20**

Tells you how to get in touch with our plan (Aetna Medicare Premier Plan (PPO)) and with other organizations including Medicare, the State Health Insurance Assistance Program (SHIP), the Quality Improvement Organization, Social Security, Medicaid (the state health insurance program for people with low incomes), programs that help people pay for their prescription drugs, and the Railroad Retirement Board.

**CHAPTER 3.** **Using the plan's coverage for your medical services**...................... **39**

Explains important things you need to know about getting your medical care as a member of our plan. Topics include using the providers in the plan's network and how to get care when you have an emergency.

**CHAPTER 4.** **Medical Benefits Chart (what is covered and what you pay)**............ **57**

Gives the details about which types of medical care are covered and *not* covered for you as a member of our plan. Explains how much you will pay as your share of the cost for your covered medical care.

**CHAPTER 5.** **Using the plan's coverage for your Part D prescription drugs**........... **151**

Explains rules you need to follow when you get your Part D drugs. Tells how to use the plan's *List of Covered Drugs (Formulary)* to find out which drugs are covered. Tells which kinds of drugs are *not* covered. Explains several kinds of restrictions that apply to coverage for certain drugs. Explains where to get your prescriptions filled. Tells about the plan's programs for drug safety and managing medications.

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)

**Table of Contents**

**CHAPTER 6.   What you pay for your Part D prescription drugs**..........................  **176**

Tells about the *four stages of drug coverage (Deductible Stage, Initial Coverage Stage, Coverage Gap Stage, Catastrophic Coverage Stage)* and how these stages affect what you pay for your drugs. Explains the 5 cost-sharing tiers for your Part D drugs and tells what you must pay for a drug in each cost-sharing tier.

**CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**...................................................................  **198**

Explains when and how to send a bill to us when you want to ask us to pay you back for our share of the cost for your covered services or drugs.

**CHAPTER 8.   Your rights and responsibilities**..............................................  **206**

Explains the rights and responsibilities you have as a member of our plan. Tells what you can do if you think your rights are not being respected.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**................................................................  **217**

Tells you step-by-step what to do if you are having problems or concerns as a member of our plan.

- Explains how to ask for coverage decisions and make appeals if you are having trouble getting the medical care or prescription drugs you think are covered by our plan. This includes asking us to make exceptions to the rules or extra restrictions on your coverage for prescription drugs, and asking us to keep covering hospital care and certain types of medical services if you think your coverage is ending too soon.
- Explains how to make complaints about quality of care, waiting times, customer service, and other concerns.

**CHAPTER 10.  Ending your membership in the plan**..........................................  **278**

Explains when and how you can end your membership in the plan. Explains situations in which our plan is required to end your membership.

**CHAPTER 11.  Legal notices**...................................................................  **288**

Includes notices about governing law and about nondiscrimination.

**CHAPTER 12.  Definitions of important words**..............................................  **294**

Explains key terms used in this booklet.

# CHAPTER 1

*Getting started as a member*

# CHAPTER 1.  Getting started as a member

**SECTION 1**     **Introduction**................................................................... **4**

Section 1.1    You are enrolled in Aetna Medicare Premier Plan (PPO), which is a Medicare PPO ................................................................ 4

Section 1.2    What is the *Evidence of Coverage* booklet about?................... 4

Section 1.3    Legal information about the *Evidence of Coverage*.................. 4

**SECTION 2**     **What makes you eligible to be a plan member?**............... **5**

Section 2.1    Your eligibility requirements............................................... 5

Section 2.2    What are Medicare Part A and Medicare Part B?.................... 5

Section 2.3    Here is the plan service area for Aetna Medicare Premier Plan (PPO)............ 6

Section 2.4    U.S. Citizen or Lawful Presence........................................... 6

**SECTION 3**     **What other materials will you get from us?**..................... **6**

Section 3.1    Your plan membership card – Use it to get all covered care and prescription drugs............................................................. 6

Section 3.2    The *Provider & Pharmacy Directory*: Your guide to all providers in the plan's network.................................................... 7

Section 3.3    The *Provider & Pharmacy Directory*: Your guide to pharmacies in our network 8

Section 3.4    The plan's *List of Covered Drugs* (*Formulary*)........................ 8

Section 3.5    The *Part D Explanation of Benefits* (the "Part D EOB"): Reports with a summary of payments made for your Part D prescription drugs................ 9

**SECTION 4**     **Your monthly premium for Aetna Medicare Premier Plan (PPO)**....... **9**

Section 4.1    How much is your plan premium?....................................... 9

**SECTION 5**     **Do you have to pay the Part D "late enrollment penalty"?**............... **10**

Section 5.1    What is the Part D "late enrollment penalty"?........................ 10

Section 5.2    How much is the Part D late enrollment penalty?................... 11

Section 5.3    In some situations, you can enroll late and not have to pay the penalty.......... 11

Section 5.4    What can you do if you disagree about your Part D late enrollment penalty?... 12

**SECTION 6**     **Do you have to pay an extra Part D amount because of your income?**    **12**

Section 6.1    Who pays an extra Part D amount because of income?............ 12

**CHAPTER 1.  Getting started as a member**

Section 6.2    How much is the extra Part D amount?...........................................13

Section 6.3    What can you do if you disagree about paying an extra Part D amount?........13

Section 6.4    What happens if you do not pay the extra Part D amount?.........................13

**SECTION 7       More information about your monthly premium**...............................**13**

Section 7.1    If you pay a Part D late enrollment penalty, there are several ways you
                can pay your penalty.........................................................14

Section 7.2    Can we change your monthly plan premium during the year?...................16

**SECTION 8       Please keep your plan membership record up to date**.....................**17**

Section 8.1    How to help make sure that we have accurate information about you...........17

**SECTION 9       We protect the privacy of your personal health information**..............**18**

Section 9.1    We make sure that your health information is protected ..........................18

**SECTION 10      How other insurance works with our plan**.....................................**18**

Section 10.1   Which plan pays first when you have other insurance?............................18

**CHAPTER 1.  Getting started as a member**

---

**SECTION 1**        **Introduction**

---

| | |
|---|---|
| Section 1.1 | You are enrolled in Aetna Medicare Premier Plan (PPO), which is a Medicare PPO |

You are covered by Medicare, and you have chosen to get your Medicare health care and prescription drug coverage through our plan, Aetna Medicare Premier Plan (PPO).

There are different types of Medicare health plans. Aetna Medicare Premier Plan (PPO) is a Medicare Advantage PPO Plan (PPO stands for Preferred Provider Organization). Like all Medicare health plans, this Medicare PPO is approved by Medicare and run by a private company.

**Coverage under this Plan qualifies as Qualifying Health Coverage (QHC)** and satisfies the Patient Protection and Affordable Care Act's (ACA) individual shared responsibility requirement. Please visit the Internal Revenue Service (IRS) website at: www.irs.gov/Affordable-Care-Act/Individuals-and-Families for more information.

| | |
|---|---|
| Section 1.2 | What is the *Evidence of Coverage* booklet about? |

This *Evidence of Coverage* booklet tells you how to get your Medicare medical care and prescription drugs covered through our plan. This booklet explains your rights and responsibilities, what is covered, and what you pay as a member of the plan.

The word "coverage" and "covered services" refers to the medical care and services and the prescription drugs available to you as a member of Aetna Medicare Premier Plan (PPO).

It's important for you to learn what the plan's rules are and what services are available to you. We encourage you to set aside some time to look through this *Evidence of Coverage* booklet.

If you are confused or concerned or just have a question, please contact our plan's Member Services (phone numbers are printed on the back cover of this booklet).

| | |
|---|---|
| Section 1.3 | Legal information about the *Evidence of Coverage* |

**It's part of our contract with you**

This *Evidence of Coverage* is part of our contract with you about how Aetna Medicare Premier Plan (PPO) covers your care. Other parts of this contract include your enrollment form, the *List of Covered*

**CHAPTER 1.   Getting started as a member**

*Drugs (Formulary)*, and any notices you receive from us about changes to your coverage or conditions that affect your coverage. These notices are sometimes called "riders" or "amendments."

The contract is in effect for months in which you are enrolled in Aetna Medicare Premier Plan (PPO) between January 1, 2022 and December 31, 2022.

Each calendar year, Medicare allows us to make changes to the plans that we offer. This means we can change the costs and benefits of Aetna Medicare Premier Plan (PPO) after December 31, 2022. We can also choose to stop offering the plan, or to offer it in a different service area, after December 31, 2022.

**Medicare must approve our plan each year**

Medicare (the Centers for Medicare & Medicaid Services) must approve Aetna Medicare Premier Plan (PPO) each year. You can continue to get Medicare coverage as a member of our plan as long as we choose to continue to offer the plan and Medicare renews its approval of the plan.

| SECTION 2 | What makes you eligible to be a plan member? |
|---|---|

| Section 2.1 | Your eligibility requirements |
|---|---|

*You are eligible for membership in our plan as long as:*

- You have both Medicare Part A and Medicare Part B (Section 2.2 tells you about Medicare Part A and Medicare Part B)
- -- *and* -- you live in our geographic service area (Section 2.3 below describes our service area)
- -- *and* -- you are a United States citizen or are lawfully present in the United States

| Section 2.2 | What are Medicare Part A and Medicare Part B? |
|---|---|

When you first signed up for Medicare, you received information about what services are covered under Medicare Part A and Medicare Part B. Remember:

- Medicare Part A generally helps cover services provided by hospitals (for inpatient services, skilled nursing facilities, or home health agencies).
- Medicare Part B is for most other medical services (such as physician's services, home infusion therapy, and other outpatient services) and certain items (such as durable medical equipment (DME) and supplies).

**CHAPTER 1.   Getting started as a member**

| Section 2.3 | Here is the plan service area for Aetna Medicare Premier Plan (PPO) |
|---|---|

Although Medicare is a Federal program, Aetna Medicare Premier Plan (PPO) is available only to individuals who live in our plan service area. To remain a member of our plan, you must continue to reside in the plan service area. The service area is described below.

Our service area includes these counties in: SC-Anderson, SC-Cherokee, SC-Greenville, SC-Laurens, SC-Oconee, SC-Pickens, SC-Spartanburg, SC-York.

If you plan to move out of the service area, please contact Member Services (phone numbers are printed on the back cover of this booklet). When you move, you will have a Special Enrollment Period that will allow you to switch to Original Medicare or enroll in a Medicare health or drug plan that is available in your new location.

It is also important that you call Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

| Section 2.4 | U.S. Citizen or Lawful Presence |
|---|---|

A member of a Medicare health plan must be a U.S. citizen or lawfully present in the United States. Medicare (the Centers for Medicare & Medicaid Services) will notify Aetna Medicare Premier Plan (PPO) if you are not eligible to remain a member on this basis. Aetna Medicare Premier Plan (PPO) must disenroll you if you do not meet this requirement.

## SECTION 3      What other materials will you get from us?

| Section 3.1 | Your plan membership card – Use it to get all covered care and prescription drugs |
|---|---|

While you are a member of our plan, you must use your membership card for our plan whenever you get any services covered by this plan and for prescription drugs you get at network pharmacies. You should also show the provider your Medicaid card, if applicable. Here's a sample membership card to show you what yours will look like:

**CHAPTER 1.  Getting started as a member**



Do NOT use your red, white, and blue Medicare card for covered medical services while you are a member of this plan. If you use your Medicare card instead of your Aetna Medicare Premier Plan (PPO) membership card, you may have to pay the full cost of medical services yourself. Keep your Medicare card in a safe place. You may be asked to show it if you need hospital services, hospice services, or participate in routine research studies.

**Here's why this is so important:** If you get covered services using your red, white, and blue Medicare card instead of using your Aetna Medicare Premier Plan (PPO) membership card while you are a plan member, you may have to pay the full cost yourself.

If your plan membership card is damaged, lost, or stolen, call Member Services right away and we will send you a new card. (Phone numbers for Member Services are printed on the back cover of this booklet.)

| Section 3.2 | The *Provider & Pharmacy Directory*: Your guide to all providers in the plan's network |
|---|---|

The *Provider & Pharmacy Directory* lists our network providers and durable medical equipment suppliers.

**What are "network providers"?**

**Network providers** are the doctors and other health care professionals, medical groups, durable medical equipment suppliers, hospitals, and other health care facilities that have an agreement with us to accept our payment and any plan cost-sharing as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The most recent list of providers and suppliers is available on our website at AetnaMedicare.com/findprovider.

**Why do you need to know which providers are part of our network?**

**CHAPTER 1.   Getting started as a member**

As a member of our plan, you can choose to receive care from out-of-network providers. Our plan will cover services from either in-network or out-of-network providers, as long as the services are covered benefits and medically necessary. However, if you use an out-of-network provider, your share of the costs for your covered services may be higher. See Chapter 3 *(Using the plan's coverage for your medical services)* for more specific information.

If you don't have your copy of the *Provider & Pharmacy Directory* you can request a copy from Member Services (phone numbers are printed on the back cover of this booklet). You may ask Member Services for more information about our network providers, including their qualifications.

| Section 3.3 | The *Provider & Pharmacy Directory*: Your guide to pharmacies in our network |
|---|---|

**What are "network pharmacies"?**
Network pharmacies are all of the pharmacies that have agreed to fill covered prescriptions for our plan members.

**Why do you need to know about network pharmacies?**
You can use the *Provider & Pharmacy Directory* to find the network pharmacy you want to use. There are changes to our network of pharmacies for next year. An updated *Provider & Pharmacy Directory* is located on our website at AetnaMedicare.com/findpharmacy. You may also call Member Services for updated provider information or to ask us to mail you a *Provider & Pharmacy Directory*. **Please review the 2022 *Provider & Pharmacy Directory* to see which pharmacies are in our network**.

The *Provider & Pharmacy Directory* will also tell you which of the pharmacies in our network have preferred cost-sharing, which may be lower than the standard cost-sharing offered by other network pharmacies for some drugs.

If you don't have the *Provider & Pharmacy Directory*, you can get a copy from Member Services (phone numbers are printed on the back cover of this booklet). At any time, you can call Member Services to get up-to-date information about changes in the pharmacy network. You can also find this information on our website at AetnaMedicare.com/findpharmacy.

| Section 3.4 | The plan's *List of Covered Drugs* (*Formulary*) |
|---|---|

The plan has a *List of Covered Drugs* (*Formulary*). We call it the "Drug List" for short. It tells which Part D prescription drugs are covered under the Part D benefit included in Aetna Medicare Premier

**CHAPTER 1.   Getting started as a member**

Plan (PPO). The drugs on this list are selected by the plan with the help of a team of doctors and pharmacists. The list must meet requirements set by Medicare. Medicare has approved the Aetna Medicare Premier Plan (PPO) Drug List.

The Drug List also tells you if there are any rules that restrict coverage for your drugs.

We will provide you a copy of the Drug List. To get the most complete and current information about which drugs are covered, you can visit the plan's website (AetnaMedicare.com/formulary) or call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 3.5 | The *Part D Explanation of Benefits* (the "Part D EOB"): Reports with a summary of payments made for your Part D prescription drugs |
|---|---|

When you use your Part D prescription drug benefits, we will send you a summary report to help you understand and keep track of payments for your Part D prescription drugs. This summary report is called the *Part D Explanation of Benefits* (or the "Part D EOB").

The *Part D Explanation of Benefits* tells you the total amount you, others on your behalf, and we have spent on your Part D prescription drugs and the total amount paid for each of your Part D prescription drugs during each month the Part D benefit is used. The Part D EOB provides more information about the drugs you take, such as increases in price and other drugs with lower cost-sharing that may be available. You should consult with your prescriber about these lower cost options. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about the *Part D Explanation of Benefits* and how it can help you keep track of your drug coverage.

The *Part D Explanation of Benefits* is also available upon request. To get a copy, please contact Member Services (phone numbers are printed on the back cover of this booklet).

**SECTION 4          Your monthly premium for Aetna Medicare Premier Plan (PPO)**

| Section 4.1 | How much is your plan premium? |
|---|---|

You do not pay a separate monthly plan premium for Aetna Medicare Premier Plan (PPO). You must continue to pay your Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

**In some situations, your plan premium could be <u>more</u>**

In some situations, your plan premium could be more than the amount listed above in Section 4.1. These situations are described below.

- Some members are required to pay a Part D **late enrollment penalty** because they did not join a Medicare drug plan when they first became eligible or because they had a continuous period of 63 days or more when they didn't have "creditable" prescription drug coverage. ("Creditable" means the drug coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) For these members, the Part D late enrollment penalty is added to the plan's monthly premium. Their premium amount will be the monthly plan premium plus the amount of their Part D late enrollment penalty.
  - If you are required to pay the Part D late enrollment penalty, the cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. Chapter 1, Section 5 explains the Part D late enrollment penalty.
  - If you have a Part D late enrollment penalty and do not pay it, you could be disenrolled from the plan.
- Some members may be required to pay an extra charge, known as the Part D Income Related Monthly Adjustment Amount, also known as IRMAA, because, 2 years ago, they had a modified adjusted gross income, above a certain amount, on their IRS tax return. Members subject to an IRMAA will have to pay the standard premium amount and this extra charge, which will be added to their premium. Chapter 1, Section 6 explains the IRMAA in further detail.

| SECTION 5 | Do you have to pay the Part D "late enrollment penalty"? |
| --- | --- |

| Section 5.1 | What is the Part D "late enrollment penalty"? |
| --- | --- |

**Note**: If you receive "Extra Help" from Medicare to pay for your prescription drugs, you will not pay a late enrollment penalty.

The late enrollment penalty is an amount that is added to your Part D premium. You may owe a Part D late enrollment penalty if at any time after your initial enrollment period is over, there is a period of 63 days or more in a row when you did not have Part D or other creditable prescription drug coverage. ("Creditable prescription drug coverage" is coverage that meets Medicare's minimum standards since it is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) The cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. You will have to pay this penalty for as long as you have Part D coverage.

**CHAPTER 1.   Getting started as a member**

When you first enroll in Aetna Medicare Premier Plan (PPO), we let you know the amount of the penalty. Your Part D late enrollment penalty is considered your plan premium.

> Section 5.2        How much is the Part D late enrollment penalty?

Medicare determines the amount of the penalty. Here is how it works:

- First count the number of full months that you delayed enrolling in a Medicare drug plan after you were eligible to enroll. Or count the number of full months in which you did not have creditable prescription drug coverage, if the break in coverage was 63 days or more. The penalty is 1% for every month that you didn't have creditable coverage. For example, if you go 14 months without coverage, the penalty will be 14%.
- Then Medicare determines the amount of the average monthly premium for Medicare drug plans in the nation from the previous year. For 2022, this average premium amount is $33.37.
- To calculate your monthly penalty, you multiply the penalty percentage and the average monthly premium and then round it to the nearest 10 cents. In the example here it would be 14% times $33.37, which equals $4.67. This rounds to $4.70. This amount would be added **to the monthly premium for someone with a Part D late enrollment penalty.**

There are three important things to note about this monthly Part D late enrollment penalty:

- First, **the penalty may change each year**, because the average monthly premium can change each year. If the national average premium (as determined by Medicare) increases, your penalty will increase.
- Second, **you will continue to pay a penalty** every month for as long as you are enrolled in a plan that has Medicare Part D drug benefits, even if you change plans.
- Third, if you are <u>under</u> 65 and currently receiving Medicare benefits, the Part D late enrollment penalty will reset when you turn 65. After age 65, your Part D late enrollment penalty will be based only on the months that you don't have coverage after your initial enrollment period for aging into Medicare.

> Section 5.3        In some situations, you can enroll late and not have to pay the penalty

Even if you have delayed enrolling in a plan offering Medicare Part D coverage when you were first eligible, sometimes you do not have to pay the Part D late enrollment penalty.

**You will not have to pay a penalty for late enrollment if you are in any of these situations:**

- If you already have prescription drug coverage that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. Medicare calls this "**creditable drug coverage.**" Please note:
    - ○ Creditable coverage could include drug coverage from a former employer or union, TRICARE, or the Department of Veterans Affairs. Your insurer or your human resources department will tell you each year if your drug coverage is creditable coverage. This information may be sent to you in a letter or included in a newsletter from the plan. Keep this information, because you may need it if you join a Medicare drug plan later.
        - ■ Please note: If you receive a "certificate of creditable coverage" when your health coverage ends, it may not mean your prescription drug coverage was creditable. The notice must state that you had "creditable" prescription drug coverage that expected to pay as much as Medicare's standard prescription drug plan pays.
    - ○ The following are *not* creditable prescription drug coverage: prescription drug discount cards, free clinics, and drug discount websites.
    - ○ For additional information about creditable coverage, please look in your *Medicare & You 2022* handbook or call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.
- If you were without creditable coverage, but you were without it for less than 63 days in a row.
- If you are receiving "Extra Help" from Medicare.

| Section 5.4 | What can you do if you disagree about your Part D late enrollment penalty? |
|---|---|

If you disagree about your Part D late enrollment penalty, you or your representative can ask for a review of the decision about your late enrollment penalty. Generally, you must request this review **within 60 days** from the date on the first letter you receive stating you have to pay a late enrollment penalty. If you were paying a penalty before joining our plan, you may not have another chance to request a review of that late enrollment penalty. Call Member Services to find out more about how to do this (phone numbers are printed on the back cover of this booklet).

## SECTION 6          Do you have to pay an extra Part D amount because of your income?

| Section 6.1 | Who pays an extra Part D amount because of income? |
|---|---|

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

If you have to pay an extra amount, Social Security, not your Medicare plan, will send you a letter telling you what that extra amount will be and how to pay it. The extra amount will be withheld from your Social Security, Railroad Retirement Board, or Office of Personnel Management benefit check, no matter how you usually pay your plan premium, unless your monthly benefit isn't enough to cover the extra amount owed. If your benefit check isn't enough to cover the extra amount, you will get a bill from Medicare. **You must pay the extra amount to the government. It cannot be paid with your monthly plan premium.**

| Section 6.2 | How much is the extra Part D amount? |
| --- | --- |

If your modified adjusted gross income (MAGI) as reported on your IRS tax return is above a certain amount, you will pay an extra amount in addition to your monthly plan premium. For more information on the extra amount you may have to pay based on your income, visit www.medicare.gov/part-d/costs/premiums/drug-plan-premiums.html.

| Section 6.3 | What can you do if you disagree about paying an extra Part D amount? |
| --- | --- |

If you disagree about paying an extra amount because of your income, you can ask Social Security to review the decision. To find out more about how to do this, contact Social Security at 1-800-772-1213 (TTY 1-800-325-0778).

| Section 6.4 | What happens if you do not pay the extra Part D amount? |
| --- | --- |

The extra amount is paid directly to the government (not your Medicare plan) for your Medicare Part D coverage. If you are required by law to pay the extra amount and you do not pay it, you will be disenrolled from the plan and lose prescription drug coverage.

## SECTION 7          More information about your monthly premium

**Many members are required to pay other Medicare premiums**

Many members are required to pay other Medicare premiums. As explained in Section 2 above, in order to be eligible for our plan, you must have both Medicare Part A and Medicare Part B. Some plan members (those who aren't eligible for premium-free Part A) pay a premium for Medicare Part A. Most plan members pay a premium for Medicare Part B. **You must continue paying your**

CHAPTER 1.   Getting started as a member

**Medicare premiums to remain a member of the plan.**

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

- **If you are required to pay the extra amount and you do not pay it, you <u>will</u> be disenrolled from the plan and lose prescription drug coverage.**
- If you have to pay an extra amount, Social Security, **not your Medicare plan**, will send you a letter telling you what that extra amount will be.
- For more information about Part D premiums based on income, go to Chapter 1, Section 6 of this booklet. You can also visit www.medicare.gov on the Web or call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. Or you may call Social Security at 1-800-772-1213. TTY users should call 1-800-325-0778.

Your copy of the *Medicare & You 2022* handbook gives information about the Medicare premiums in the section called "2022 Medicare Costs." This explains how the Medicare Part B and Part D premiums differ for people with different incomes. Everyone with Medicare receives a copy of the *Medicare & You* handbook each year in the fall. Those new to Medicare receive it within a month after first signing up. You can also download a copy of the *Medicare & You 2022* handbook from the Medicare website (www.medicare.gov). Or, you can order a printed copy by phone at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048.

**Part B Premium Reduction**

In 2022, we will reduce the Part B premium that you pay to the Social Security Administration by $35 per month. If you pay your Part B premium on a monthly basis, you will see this dollar amount credited in your Social Security check. If you pay your Part B premium quarterly, you will see an amount equaling three months of reductions credited on your quarterly Part B premium statement. It may take a few months to see these reductions credited to either your Social Security check or premium statement, but you will be reimbursed for any credits you did not receive during this waiting period.

| Section 7.1 | If you pay a Part D late enrollment penalty, there are several ways you can pay your penalty |
| --- | --- |

If you pay a Part D late enrollment penalty, there are four ways you can pay the penalty. You may

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 20 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    15
**CHAPTER 1.   Getting started as a member**

inform us of your premium payment option choice or change your choice by calling Member Services (phone numbers are printed on the back cover of this booklet).

If you decide to change the way you pay your Part D late enrollment penalty, it can take up to three months for your new payment method to take effect. While we are processing your request for a new payment method, you are responsible for making sure that your Part D late enrollment penalty is paid on time.

## Option 1: You can pay by check

You may decide to pay your monthly Part D late enrollment penalty to us by check using our invoice method. Please make your checks payable to our plan (which is indicated on your invoice) not to CMS nor HHS. Monthly Part D late enrollment penalty payments are due the 1st day of each month for coverage of the current month. We must receive your check and corresponding month's invoice slip in our office by the 10th of each month to prevent your account from becoming delinquent. All monthly Part D late enrollment penalty payments should be sent to the address listed on your payment invoice.

You will receive your first invoice within 45 days of your coverage effective date. You will then receive it every month going forward if a balance is owed. Be sure to include your invoice slip with your check to ensure the appropriate credit is applied to your account. In the event that you need a replacement invoice or you wish to change your payment method, please call Member Services for assistance (phone numbers are printed on the back cover of this booklet).

## Option 2: You can pay at a CVS Pharmacy

You may pay your monthly Part D late enrollment penalty at any retail CVS location (excluding CVS Pharmacies in Target and Schnucks) if a barcode is printed on your invoice. You can do this by taking your invoice and having it rung up at the register like any prescription or item you are purchasing. The CVS Associate will ask you how much you would like to pay towards your premium and you will need to confirm the amount on the credit card machine. You will then be able to pay the premium along with any other items you are purchasing with cash or credit cards.

You do not need to fill a prescription or use CVS Pharmacies for any of your prescriptions in order to take advantage of this payment method. You do not need to sign up for any CVS loyalty programs to use this payment method. A unique barcode is assigned to each member so you may not use another person's invoice to pay your bill. This payment method is only available to members with a barcode printed on their monthly invoice. If you have any questions about this payment method, please contact Member Services and not CVS associates. (Phone numbers for Member Services are

**CHAPTER 1.   Getting started as a member**

on the back cover of this booklet.)

**Option 3: You can pay by automatic withdrawal**

You may decide to pay your monthly Part D late enrollment penalty by an automatic payment from your checking/savings account or credit card by the Electronic Fund Transfer (EFT) option. Your Part D late enrollment penalty will be automatically deducted from your bank account between the 10th and the 15th of each month unless it is a weekend or bank holiday, then the deduction will occur the next business day. If you are interested in enrolling in this program, please contact Member Services (phone numbers are printed on the back cover of this booklet) or by completing and returning the authorization form located on your premium invoice.

**Option 4: You can have the Part D late enrollment penalty taken out of your monthly Social Security check**

You can have the Part D late enrollment penalty taken out of your monthly Social Security check. Contact Member Services for more information on how to pay your penalty this way. We will be happy to help you set this up. (Phone numbers for Member Services are printed on the back cover of this booklet.)

**What to do if you are having trouble paying your Part D late enrollment penalty**

If you are having trouble paying your Part D late enrollment penalty on time, please contact Member Services to see if we can direct you to programs that help you with your penalty. (Phone numbers for Member Services are printed on the back cover of this booklet.)

| Section 7.2 | Can we change your monthly plan premium during the year? |

**No**. We are not allowed to begin charging a monthly plan premium during the year. If the monthly plan premium changes for next year we will tell you in September and the change will take effect on January 1.

However, in some cases, you may need to start paying or may be able to stop paying a late enrollment penalty. (The late enrollment penalty may apply if you had a continuous period of 63 days or more when you didn't have "creditable" prescription drug coverage.) This could happen if you become eligible for the "Extra Help" program or if you lose your eligibility for the "Extra Help" program during the year:

- If you currently pay the Part D late enrollment penalty and become eligible for "Extra Help" during the year, you would be able to stop paying your penalty.

**CHAPTER 1.  Getting started as a member**

- If you lose your Extra Help, you may be subject to the late enrollment penalty if you go 63 days or more in a row without Part D or other creditable prescription drug coverage.

You can find out more about the "Extra Help" program in Chapter 2, Section 7.

| SECTION 8 | Please keep your plan membership record up to date |
|---|---|

| Section 8.1 | How to help make sure that we have accurate information about you |
|---|---|

Your membership record has information from your enrollment form, including your address and telephone number. It shows your specific plan coverage including your Primary Care Provider/Medical Group/IPA. A Medical Group is a group of physicians and other health care providers under contract to provide services to members of our plan. An IPA, or Independent Practice Association, is an independent group of physicians and other health care providers under contract to provide services to members of our plan.

The doctors, hospitals, pharmacists, and other providers in the plan's network need to have correct information about you. **These network providers use your membership record to know what services and drugs are covered and the cost-sharing amounts for you**. Because of this, it is very important that you help us keep your information up to date.

**Let us know about these changes:**

- Changes to your name, your address, or your phone number.
- Changes in any other health insurance coverage you have (such as from your employer, your spouse's employer, workers' compensation, or Medicaid).
- If you have any liability claims, such as claims from an automobile accident.
- If you have been admitted to a nursing home.
- If you receive care in an out-of-area or out-of-network hospital or emergency room.
- If your designated responsible party (such as a caregiver) changes.
- If you are participating in a clinical research study.

If any of this information changes, please let us know by calling Member Services (phone numbers are printed on the back cover of this booklet).

It is also important to contact Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

**Read over the information we send you about any other insurance coverage you have**

Medicare requires that we collect information from you about any other medical or drug insurance coverage that you have. That's because we must coordinate any other coverage you have with your benefits under our plan. (For more information about how our coverage works when you have other insurance, see Section 10 in this chapter.)

Once each year, we will send you a letter that lists any other medical or drug insurance coverage that we know about. Please read over this information carefully. If it is correct, you don't need to do anything. If the information is incorrect, or if you have other coverage that is not listed, please call Member Services (phone numbers are printed on the back cover of this booklet).

## SECTION 9        We protect the privacy of your personal health information

| Section 9.1 | We make sure that your health information is protected |
|---|---|

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

For more information about how we protect your personal health information, please go to Chapter 8, Section 1.3 of this booklet.

## SECTION 10       How other insurance works with our plan

| Section 10.1 | Which plan pays first when you have other insurance? |
|---|---|

When you have other insurance (like employer group health coverage), there are rules set by Medicare that decide whether our plan or your other insurance pays first. The insurance that pays first is called the "primary payer" and pays up to the limits of its coverage. The one that pays second, called the "secondary payer," only pays if there are costs left uncovered by the primary coverage. The secondary payer may not pay all of the uncovered costs.

These rules apply for employer or union group health plan coverage:

- If you have retiree coverage, Medicare pays first.
- If your group health plan coverage is based on your or a family member's current employment,

who pays first depends on your age, the number of people employed by your employer, and whether you have Medicare based on age, disability, or End-Stage Renal Disease (ESRD):

- ○ If you're under 65 and disabled and you or your family member is still working, your group health plan pays first if the employer has 100 or more employees or at least one employer in a multiple employer plan that has more than 100 employees.
- ○ If you're over 65 and you or your spouse is still working, your group health plan pays first if the employer has 20 or more employees or at least one employer in a multiple employer plan that has more than 20 employees.
- If you have Medicare because of ESRD, your group health plan will pay first for the first 30 months after you become eligible for Medicare.

These types of coverage usually pay first for services related to each type:

- No-fault insurance (including automobile insurance)
- Liability (including automobile insurance)
- Black lung benefits
- Workers' compensation

Medicaid and TRICARE never pay first for Medicare-covered services. They only pay after Medicare, employer group health plans, and/or Medigap have paid.

If you have other insurance, tell your doctor, hospital, and pharmacy. If you have questions about who pays first, or you need to update your other insurance information, call Member Services (phone numbers are printed on the back cover of this booklet). You may need to give your plan member ID number to your other insurers (once you have confirmed their identity) so your bills are paid correctly and on time.

# CHAPTER 2

*Important phone numbers and resources*

# CHAPTER 2.  Important phone numbers and resources

**SECTION 1**　　**Aetna Medicare Premier Plan (PPO) contacts** (how to contact us, including how to reach Member Services at the plan)........................ **22**

**SECTION 2**　　**Medicare** (how to get help and information directly from the Federal Medicare program)................................................................ **30**

**SECTION 3**　　**State Health Insurance Assistance Program** (free help, information, and answers to your questions about Medicare).............................. **31**

**SECTION 4**　　**Quality Improvement Organization** (paid by Medicare to check on the quality of care for people with Medicare)...................................... **32**

**SECTION 5**　　**Social Security** ................................................................. **32**

**SECTION 6**　　**Medicaid** (a joint Federal and state program that helps with medical costs for some people with limited income and resources).................. **33**

**SECTION 7**　　**Information about programs to help people pay for their prescription drugs**................................................................ **34**

**SECTION 8**　　**How to contact the Railroad Retirement Board**............................. **37**

**SECTION 9**　　**Do you have "group insurance" or other health insurance from an employer?**................................................................... **38**

| SECTION 1 | **Aetna Medicare Premier Plan (PPO) contacts** (how to contact us, including how to reach Member Services at the plan) |

### How to contact our plan's Member Services

For assistance with claims, billing or member card questions, please call or write to Aetna Medicare Premier Plan (PPO) Member Services. We will be happy to help you.

| Method | Member Services – Contact Information |
|--------|---------------------------------------|
| **CALL** | 1-833-570-6670 or the number on the back of your ID card<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week.<br>Member Services also has free language interpreter services available for non-English speakers. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-866-759-4415 |
| **WRITE** | Aetna Medicare<br>PO Box 7405<br>London, KY 40742 |
| **WEBSITE** | AetnaMedicare.com |

**How to contact us when you are asking for a coverage decision about your medical care**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services. For more information on asking for coverage decisions about your medical care, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).*

You may call us if you have questions about our coverage decision process.

| Method | Coverage Decisions For Medical Care – Contact Information |
|---|---|
| **CALL** | 1-833-570-6670 or the number on the back of your ID card<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-866-759-4415 |
| **WRITE** | Aetna Medicare Precertification Unit<br>PO Box 7405<br>London, KY  40742 |
| **WEBSITE** | AetnaMedicare.com |

**CHAPTER 2.   Important phone numbers and resources**

**How to contact us when you are making an appeal about your medical care**

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your medical care, see Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

| Method | Appeals For Medical Care – Contact Information |
|--------|-----------------------------------------------|
| **CALL** | 1-833-570-6670<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-724-741-4953<br>Expedited appeals: 1-724-741-4958 |
| **WRITE** | Aetna Medicare Part C Appeals<br>PO Box 14067<br>Lexington, KY 40512 |
| **WEBSITE** | [AetnaMedicare.com](AetnaMedicare.com) |

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 30 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                                    25
CHAPTER 2.  Important phone numbers and resources

**How to contact us when you are making a complaint about your medical care**

You can make a complaint about us or one of our network providers, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If your problem is about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your medical care, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

| Method | Complaints About Medical Care – Contact Information |
|---|---|
| **CALL** | 1-833-570-6670 or the number on the back of your ID card<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-724-741-4956 |
| **WRITE** | Aetna Medicare Grievances<br>PO Box 14834<br>Lexington, KY 40512 |
| **MEDICARE WEBSITE** | You can submit a complaint about Aetna Medicare Premier Plan (PPO) directly to Medicare. To submit an online complaint to Medicare go to www.medicare.gov/MedicareComplaintForm/home.aspx. |

CHAPTER 2.   Important phone numbers and resources
_____

**How to contact us when you are asking for a coverage decision about your Part D prescription drugs**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your prescription drugs covered under the Part D benefit included in your plan. For more information on asking for coverage decisions about your Part D prescription drugs, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

| Method | Coverage Decisions for Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | 1-800-414-2386<br>Calls to this number are free.<br>Hours of operation are 24 hours a day, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 24 hours a day, 7 days a week. |
| **FAX** | 1-800-408-2386 |
| **WRITE** | Aetna Medicare Coverage Determinations<br>PO Box 7773<br>London, KY 40742 |
| **WEBSITE** | AetnaMedicare.com |

CHAPTER 2.   Important phone numbers and resources

**How to contact us when you are making an appeal about your Part D prescription drugs**

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your Part D prescription drugs, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

| Method | Appeals for Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | 1-833-620-8808<br>Calls to this number are free.<br>Hours of operation are 24 hours a day, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 24 hours a day, 7 days a week. |
| **FAX** | 1-724-741-4954 |
| **WRITE** | Aetna Medicare Part D Appeals<br>PO Box 14579<br>Lexington, KY 40512 |
| **WEBSITE** | AetnaMedicare.com |

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 33 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                                28
CHAPTER 2.   Important phone numbers and resources

**How to contact us when you are making a complaint about your Part D prescription drugs**

You can make a complaint about us or one of our network pharmacies, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If your problem is about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your Part D prescription drugs, see Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))*.

| Method | Complaints about Part D prescription drugs – Contact Information |
|---|---|
| **CALL** | 1-833-570-6670 or the number on the back of your ID card<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-724-741-4956 |
| **WRITE** | Aetna Medicare Grievances<br>PO Box 14834<br>Lexington, KY  40512 |
| **MEDICARE WEBSITE** | You can submit a complaint about Aetna Medicare Premier Plan (PPO) directly to Medicare. To submit an online complaint to Medicare go to www.medicare.gov/MedicareComplaintForm/home.aspx. |

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 34 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                                      29
CHAPTER 2.   Important phone numbers and resources

**Where to send a request asking us to pay for our share of the cost for medical care or a drug you have received**

For more information on situations in which you may need to ask us for reimbursement or to pay a bill you have received from a provider, see Chapter 7 *(Asking us to pay our share of a bill you have received for covered medical services or drugs).*

**Please note:** If you send us a payment request and we deny any part of your request, you can appeal our decision. See Chapter 9 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))* for more information.

| Method | Payment Requests for Medical Coverage – Contact Information |
|---|---|
| **FAX** | 1-866-474-4040 |
| **WRITE** | Aetna Medicare<br>PO Box 981106<br>El Paso, TX  79998-1106 |
| **WEBSITE** | AetnaMedicare.com |

| Method | Payment Requests for Part D Prescription Drugs – Contact Information |
|---|---|
| **WRITE** | PO Box 52446<br>Phoenix, AZ  85072-2446 |
| **WEBSITE** | AetnaMedicare.com |

**CHAPTER 2.   Important phone numbers and resources**

---

**SECTION 2**        **Medicare** (how to get help and information directly from the Federal Medicare program)

---

Medicare is the Federal health insurance program for people 65 years of age or older, some people under age 65 with disabilities, and people with End-Stage Renal Disease (permanent kidney failure requiring dialysis or a kidney transplant).

The Federal agency in charge of Medicare is the Centers for Medicare & Medicaid Services (sometimes called "CMS"). This agency contracts with Medicare Advantage organizations including us.

| Method | Medicare – Contact Information |
|---|---|
| **CALL** | 1-800-MEDICARE, or 1-800-633-4227<br>Calls to this number are free.<br>24 hours a day, 7 days a week. |
| **TTY** | 1-877-486-2048<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are free. |
| **WEBSITE** | www.medicare.gov<br><br>This is the official government website for Medicare. It gives you up-to-date information about Medicare and current Medicare issues. It also has information about hospitals, nursing homes, physicians, home health agencies, and dialysis facilities. It includes booklets you can print directly from your computer. You can also find Medicare contacts in your state.<br><br>The Medicare website also has detailed information about your Medicare eligibility and enrollment options with the following tools:<br>• **Medicare Eligibility Tool:** Provides Medicare eligibility status information.<br>• **Medicare Plan Finder:** Provides personalized information about |

**CHAPTER 2.   Important phone numbers and resources**

| Method | Medicare – Contact Information |
|---|---|
| | available Medicare prescription drug plans, Medicare health plans, and Medigap (Medicare Supplement Insurance) policies in your area. These tools provide an *estimate* of what your out-of-pocket costs might be in different Medicare plans. |
| | You can also use the website to tell Medicare about any complaints you have about Aetna Medicare Premier Plan (PPO): |
| | • **Tell Medicare about your complaint:** You can submit a complaint about Aetna Medicare Premier Plan (PPO) directly to Medicare. To submit a complaint to Medicare, go to [www.medicare.gov/MedicareComplaintForm/home.aspx](http://www.medicare.gov/MedicareComplaintForm/home.aspx). Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program. |
| | If you don't have a computer, your local library or senior center may be able to help you visit this website using its computer. Or, you can call Medicare and tell them what information you are looking for. They will find the information on the website, print it out, and send it to you. (You can call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.) |

**SECTION 3**    **State Health Insurance Assistance Program** (free help, information, and answers to your questions about Medicare)

The State Health Insurance Assistance Program (SHIP) is a government program with trained counselors in every state. Refer to **Addendum A** at the back of this booklet for the name and contact information of the State Health Insurance Assistance Program in your state.

SHIP is independent (not connected with any insurance company or health plan). It is a state program that gets money from the Federal government to give free local health insurance counseling to people with Medicare.

SHIP counselors can help you with your Medicare questions or problems. They can help you understand your Medicare rights, help you make complaints about your medical care or

**CHAPTER 2.   Important phone numbers and resources**

treatment, and help you straighten out problems with your Medicare bills. SHIP counselors can also help you understand your Medicare plan choices and answer questions about switching plans.

---

METHOD TO ACCESS SHIP and OTHER RESOURCES

- Visit www.medicare.gov
- Click on "**Forms, Help, and Resources**" on far right of menu on top
- In the drop down click on "**Phone Numbers & Websites**"
- You now have several options
  - Option #1: You can have a **live chat**
  - Option #2: You can click on any of the **"TOPICS"** in the menu on the bottom
  - Option #3: You can select your **STATE** from the dropdown menu and click GO. This will take you to a page with phone numbers and resources specific to your state.

---

## SECTION 4     Quality Improvement Organization (paid by Medicare to check on the quality of care for people with Medicare)

There is a designated Quality Improvement Organization for serving Medicare beneficiaries in each state. Refer to **Addendum A** at the back of this booklet for the name and contact information of the Quality Improvement Organization in your state.

The QIO has a group of doctors and other health care professionals who are paid by the Federal government. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. The QIO is an independent organization. It is not connected with our plan.

You should contact the QIO in any of these situations:

- You have a complaint about the quality of care you have received.
- You think coverage for your hospital stay is ending too soon.
- You think coverage for your home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services are ending too soon.

## SECTION 5     Social Security

**CHAPTER 2.   Important phone numbers and resources**

Social Security is responsible for determining eligibility and handling enrollment for Medicare. U.S. citizens and lawful permanent residents who are 65 or older, or who have a disability or End-Stage Renal Disease (ESRD) and meet certain conditions, are eligible for Medicare. If you are already getting Social Security checks, enrollment into Medicare is automatic. If you are not getting Social Security checks, you have to enroll in Medicare. To apply for Medicare, you can call Social Security or visit your local Social Security office.

Social Security is also responsible for determining who has to pay an extra amount for their Part D drug coverage because they have a higher income. If you got a letter from Social Security telling you that you have to pay the extra amount and have questions about the amount or if your income went down because of a life-changing event, you can call Social Security to ask for reconsideration.

If you move or change your mailing address, it is important that you contact Social Security to let them know.

| Method | Social Security – Contact Information |
|---|---|
| **CALL** | 1-800-772-1213<br>Calls to this number are free.<br>Available 7:00 am to 7:00 pm, Monday through Friday.<br>You can use Social Security's automated telephone services to get recorded information and conduct some business 24 hours a day. |
| **TTY** | 1-800-325-0778<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are free.<br>Available 7:00 am to 7:00 pm, Monday through Friday. |
| **WEBSITE** | www.ssa.gov |

**SECTION 6**      **Medicaid** (a joint Federal and state program that helps with medical costs for some people with limited income and resources)

Medicaid is a joint Federal and state government program that helps with medical costs for certain people with limited incomes and resources. Some people with Medicare are also eligible for Medicaid.

In addition, there are programs offered through Medicaid that help people with Medicare pay their Medicare costs, such as their Medicare premiums. These "Medicare Savings Programs" help people with limited income and resources save money each year:

- **Qualified Medicare Beneficiary (QMB):** Helps pay Medicare Part A and Part B premiums, and other cost-sharing (like deductibles, coinsurance, and copayments). (Some people with QMB are also eligible for full Medicaid benefits (QMB+).)
- **Specified Low-Income Medicare Beneficiary (SLMB):** Helps pay Part B premiums. (Some people with SLMB are also eligible for full Medicaid benefits (SLMB+).)
- **Qualifying Individual (QI):** Helps pay Part B premiums.
- **Qualified Disabled & Working Individuals (QDWI):** Helps pay Part A premiums.

To find out more about Medicaid and its programs, contact your state Medicaid agency. Refer to **Addendum A** at the back of this booklet for the name and contact information for the Medicaid agency in your state.

| SECTION 7 | Information about programs to help people pay for their prescription drugs |

**Medicare's "Extra Help" Program**

Medicare provides "Extra Help" to pay prescription drug costs for people who have limited income and resources. Resources include your savings and stocks, but not your home or car. If you qualify, you get help paying for any Medicare drug plan's monthly premium, yearly deductible, and prescription copayments. This "Extra Help" also counts toward your out-of-pocket costs.

Some people automatically qualify for "Extra Help" and don't need to apply. Medicare mails a letter to people who automatically qualify for "Extra Help."

You may be able to get "Extra Help" to pay for your prescription drug premiums and costs. To see if you qualify for getting "Extra Help," call:

- 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048, 24 hours a day, 7 days a week;
- The Social Security Office at 1-800-772-1213, between 7 am to 7 pm, Monday through Friday. TTY users should call 1-800-325-0778 (applications); or
- Your State Medicaid Office (applications). (See **Addendum A** at the back of this booklet for

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 40 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)     35
CHAPTER 2.   Important phone numbers and resources

contact information.)

If you believe you have qualified for "Extra Help" and you believe that you are paying an incorrect cost-sharing amount when you get your prescription at a pharmacy, our plan has established a process that allows you to either request assistance in obtaining evidence of your proper copayment level, or, if you already have the evidence, to provide this evidence to us. You can send your evidence documentation to us using any of the following contact methods:

| Method | Best Available Evidence – Contact Information |
|---|---|
| **WRITE** | Best Available Evidence<br>PO Box 7782<br>London, KY 40742 |
| **FAX** | 1-866-669-2451 |
| **EMAIL** | BAE/LISmailbox@aetna.com |

- When we receive the evidence showing your copayment level, we will update our system so that you can pay the correct copayment when you get your next prescription at the pharmacy. If you overpay your copayment, we will reimburse you. Either we will forward a check to you in the amount of your overpayment or we will offset future copayments. If the pharmacy hasn't collected a copayment from you and is carrying your copayment as a debt owed by you, we may make the payment directly to the pharmacy. If a state paid on your behalf, we may make payment directly to the state. Please contact Member Services if you have questions (phone numbers are printed on the back cover of this booklet).

**Medicare Coverage Gap Discount Program**
The Medicare Coverage Gap Discount Program provides manufacturer discounts on brand name drugs to Part D members who have reached the coverage gap and are not receiving "Extra Help." For brand name drugs, the 70% discount provided by manufacturers excludes any dispensing fee for costs in the gap. Members pay 25% of the negotiated price and a portion of the dispensing fee for brand name drugs.

If you reach the coverage gap, we will automatically apply the discount when your pharmacy bills you for your prescription and your *Part D Explanation of Benefits* (Part D EOB) will show any discount provided. Both the amount you pay and the amount discounted by the manufacturer count toward your out-of-pocket costs as if you had paid them and move you through the coverage gap. The

amount paid by the plan (5%) does not count toward your out-of-pocket costs.

You also receive some coverage for generic drugs. If you reach the coverage gap, the plan pays 75% of the price for generic drugs and you pay the remaining 25% of the price. For generic drugs, the amount paid by the plan (75%) does not count toward your out-of-pocket costs. Only the amount you pay counts and moves you through the coverage gap. Also, the dispensing fee is included as part of the cost of the drug.

The Medicare Coverage Gap Discount Program is available nationwide. Because Aetna Medicare Premier Plan (PPO) offers additional gap coverage during the Coverage Gap Stage, your out-of-pocket costs will sometimes be lower than the costs described here. Please go to Chapter 6, Section 6 for more information about your coverage during the Coverage Gap Stage.

If you have any questions about the availability of discounts for the drugs you are taking or about the Medicare Coverage Gap Discount Program in general, please contact Member Services (phone numbers are printed on the back cover of this booklet).

**What if you have coverage from an AIDS Drug Assistance Program (ADAP)?**
**What is the AIDS Drug Assistance Program (ADAP)?**
The AIDS Drug Assistance Program (ADAP) helps ADAP-eligible individuals living with HIV/AIDS have access to life-saving HIV medications. Medicare Part D prescription drugs that are also covered by ADAP qualify for prescription cost-sharing assistance (telephone numbers are in **Addendum A** at the back of this booklet). Note: To be eligible for the ADAP operating in your State, individuals must meet certain criteria, including proof of State residence and HIV status, low income as defined by the State, and uninsured/under-insured status.

If you are currently enrolled in an ADAP, it can continue to provide you with Medicare Part D prescription cost-sharing assistance for drugs on the ADAP formulary. In order to be sure you continue receiving this assistance, please notify your local ADAP enrollment worker of any changes in your Medicare Part D plan name or policy number. Refer to **Addendum A** at the back of this booklet for the name and contact information of the ADAP in your state.

**What if you get "Extra Help" from Medicare to help pay your prescription drug costs?**
**Can you get the discounts?**
No. If you get "Extra Help," you already get coverage for your prescription drug costs during the coverage gap.

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 42 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                    37
CHAPTER 2.   Important phone numbers and resources

**What if you don't get a discount, and you think you should have?**

If you think that you have reached the coverage gap and did not get a discount when you paid for your brand name drug, you should review your next *Part D Explanation of Benefits* (Part D EOB) notice. If the discount doesn't appear on your *Part D Explanation of Benefits*, you should contact us to make sure that your prescription records are correct and up-to-date. If we don't agree that you are owed a discount, you can appeal. You can get help filing an appeal from your State Health Insurance Assistance Program (SHIP) (telephone numbers are in **Addendum A** at the back of this booklet) or by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 8        How to contact the Railroad Retirement Board

The Railroad Retirement Board is an independent Federal agency that administers comprehensive benefit programs for the nation's railroad workers and their families. If you have questions regarding your benefits from the Railroad Retirement Board, contact the agency.

If you receive your Medicare through the Railroad Retirement Board, it is important that you let them know if you move or change your mailing address.

| Method | Railroad Retirement Board – Contact Information |
|---|---|
| **CALL** | 1-877-772-5772<br>Calls to this number are free.<br>If you press "0," you may speak with an RRB representative from 9:00 am to 3:30 pm, Monday, Tuesday, Thursday and Friday, and from 9:00 am to 12:00 pm on Wednesday.<br>If you press "1", you may access the automated RRB HelpLine and recorded information 24 hours a day, including weekends and holidays. |
| **TTY** | 1-312-751-4701<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are *not* free. |
| **WEBSITE** | rrb.gov/ |

| SECTION 9 | Do you have "group insurance" or other health insurance from an employer? |
|---|---|

If you (or your spouse) get benefits from your (or your spouse's) employer or retiree group as part of this plan, you may call the employer/union benefits administrator or Member Services if you have any questions. You can ask about your (or your spouse's) employer or retiree health benefits, premiums, or the enrollment period. (Phone numbers for Member Services are printed on the back cover of this booklet.) You may also call 1-800-MEDICARE (1-800-633-4227; TTY: 1-877-486-2048) with questions related to your Medicare coverage under this plan. If you have other prescription drug coverage through your (or your spouse's) employer or retiree group, please contact **that group's benefits administrator.** The benefits administrator can help you determine how your current prescription drug coverage will work with our plan.

# CHAPTER 3

*Using the plan's coverage for your medical services*

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 45 of 313

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)     40
CHAPTER 3.   Using the plan's coverage for your medical services

# CHAPTER 3.   Using the plan's coverage for your medical services

**SECTION 1**   **Things to know about getting your medical care covered as a member of our plan**................................................................ **42**

Section 1.1   What are "network providers" and "covered services"?.................... 42

Section 1.2   Basic rules for getting your medical care covered by the plan............. 42

**SECTION 2**   **Using network and out-of-network providers to get your medical care**.......................................................................... **43**

Section 2.1   You may choose a Primary Care Provider (PCP) to provide and oversee your medical care................................................ 43

Section 2.2   How to get care from specialists and other network providers............. 45

Section 2.3   How to get care from out-of-network providers............................. 46

**SECTION 3**   **How to get covered services when you have an emergency or urgent need for care or during a disaster**....................... **47**

Section 3.1   Getting care if you have a medical emergency................................. 47

Section 3.2   Getting care when you have an urgent need for services.................... 49

Section 3.3   Getting care during a disaster................................................. 49

**SECTION 4**   **What if you are billed directly for the full cost of your covered services?**..................................................................... **50**

Section 4.1   You can ask us to pay our share of the cost of covered services........... 50

Section 4.2   If services are not covered by our plan, you must pay the full cost........ 50

**SECTION 5**   **How are your medical services covered when you are in a "clinical research study"?**........................................................ **51**

Section 5.1   What is a "clinical research study"?........................................... 51

Section 5.2   When you participate in a clinical research study, who pays for what?.. 52

**SECTION 6**   **Rules for getting care covered in a "religious non-medical health care institution"**..................................................... **53**

Section 6.1   What is a religious non-medical health care institution?..................... 53

Section 6.2   Receiving Care From a Religious Non-Medical Health Care Institution... 53

**SECTION 7**   **Rules for ownership of durable medical equipment**..................... **54**

**CHAPTER 3.   Using the plan's coverage for your medical services**

Section 7.1    Will you own the durable medical equipment after making a certain number of payments under our plan?.............................................   54

**SECTION 8    Rules for Oxygen Equipment, Supplies, and Maintenance**..............   **55**

Section 8.1    What oxygen benefits are you entitled to?......................................   55

Section 8.2    What is your cost-sharing? Will it change after 36 months?.................   55

Section 8.3    What happens if you leave your plan and return to Original Medicare?..   55

**CHAPTER 3.   Using the plan's coverage for your medical services**

| SECTION 1 | Things to know about getting your medical care covered as a member of our plan |
|---|---|

This chapter explains what you need to know about using the plan to get your medical care covered. It gives definitions of terms and explains the rules you will need to follow to get the medical treatments, services, and other medical care that are covered by the plan.

For the details on what medical care is covered by our plan and how much you pay when you get this care, use the benefits chart in the next chapter, Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*).

| Section 1.1 | What are "network providers" and "covered services"? |
|---|---|

Here are some definitions that can help you understand how you get the care and services that are covered for you as a member of our plan:

- **"Providers"** are doctors and other health care professionals licensed by the state to provide medical services and care. The term "providers" also includes hospitals and other health care facilities.
- **"Network providers"** are the doctors and other health care professionals, medical groups, hospitals, and other health care facilities that have an agreement with us to accept our payment and your cost-sharing amount as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The providers in our network bill us directly for care they give you. When you see a network provider, you pay only your share of the cost for their services.
- **"Covered services"** include all the medical care, health care services, supplies, and equipment that are covered by our plan. Your covered services for medical care are listed in the benefits chart in Chapter 4.

| Section 1.2 | Basic rules for getting your medical care covered by the plan |
|---|---|

As a Medicare health plan, Aetna Medicare Premier Plan (PPO) must cover all services covered by Original Medicare and must follow Original Medicare's coverage rules.

Aetna Medicare Premier Plan (PPO) will generally cover your medical care as long as:

- **The care you receive is included in the plan's Medical Benefits Chart** (this chart is in Chapter 4 of this booklet).

- **The care you receive is considered medically necessary.** "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.
- **You receive your care from a provider who is eligible to provide services under Original Medicare.** As a member of our plan, you can receive your care from either a network provider or an out-of-network provider (for more about this, see Section 2 in this chapter).
  - The providers in our network are listed in the *Provider & Pharmacy Directory*.
  - If you use an out-of-network provider, your share of the costs for your covered services may be higher.
  - **Please note:** While you can get your care from an out-of-network provider, the provider must be eligible to participate in Medicare. Except for emergency care, we cannot pay a provider who is not eligible to participate in Medicare. If you go to a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare.

## SECTION 2          Using network and out-of-network providers to get your medical care

| Section 2.1 | You may choose a Primary Care Provider (PCP) to provide and oversee your medical care |
|---|---|

**What is a "PCP" and what does the PCP do for you?**

As a member of our plan, you do not have to choose a network PCP, **however**, **we strongly encourage you to choose a PCP and let us know who you chose.** Your PCP can help you stay healthy, treat illnesses and coordinate your care with other health care providers.

**Depending on where you live, the following types of providers may act as a PCP:**

- General Practitioner
- Internist
- Family Practitioner
- Geriatrician
- Physician Assistants (Not available in all states)
- Nurse Practitioners (Not available in all states)

Please refer to your *Provider & Pharmacy Directory* or go to our website at AetnaMedicare.com/findprovider for a complete listing of PCPs in your area.

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 49 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                    44
CHAPTER 3.   Using the plan's coverage for your medical services

### What is the role of a PCP in coordinating covered services?

Your PCP will provide most of your care, and when you need more specialized services, they will coordinate your care with other providers. They will help you find a specialist and will arrange for covered services you get as a member of our plan. Some of the services that the PCP will coordinate include:

- x-rays;
- laboratory tests;
- therapies;
- care from doctors who are specialists; and
- hospital admissions

"Coordinating" your services includes consulting with other plan providers about your care and how it is progressing. Since your PCP will provide and coordinate most of your medical care, we recommend that you have your past medical records sent to your PCP's office.

### What is the role of the PCP in making decisions about or obtaining prior authorization?

In some cases, your PCP or other provider or you as the enrollee (member) may need to get approval in advance from our Medical Management Department for certain types of services or tests (this is called getting "prior authorization"). Obtaining prior authorization is the responsibility of the PCP, treating provider or you as the member. Services and items requiring prior authorization are listed in Chapter 4.

### How do you choose your PCP?

You can select your PCP by using the *Provider & Pharmacy Directory*, by accessing our website at AetnaMedicare.com/findprovider, or getting help from Member Services (phone numbers are printed on the back cover of this booklet).

You can change your PCP (as explained later in this section) for any reason, and at any time, by contacting Member Services (phone numbers are printed on the back cover of this booklet) with your PCP choice.

### Changing your PCP

You may change your PCP for any reason, at any time. Also, it's possible that your PCP might leave our plan's network of providers and you would have to find a new PCP in our plan or you will pay more for covered services.

To change your PCP, call Member Services (phone numbers are printed on the back cover of this booklet) **before** you set up an appointment with a new PCP. When you call, be sure to tell Member Services if you are seeing specialists or currently getting other covered services that were coordinated by your PCP (such as home health services and durable medical equipment). They will check to see if the PCP you want to switch to is accepting new patients. Member Services will

**CHAPTER 3.  Using the plan's coverage for your medical services**

change your membership record to show the name of your new PCP, let you know the effective date of your change request, and answer your questions about the change.

| Section 2.2 | How to get care from specialists and other network providers |
|---|---|

A specialist is a doctor who provides health care services for a specific disease or part of the body. There are many kinds of specialists. Here are a few examples:

- Oncologists care for patients with cancer.
- Cardiologists care for patients with heart conditions.
- Orthopedists care for patients with certain bone, joint, or muscle conditions.

**What is the role of the PCP in referring members to specialists and other providers?**
If you choose to select a PCP, your PCP will provide most of your care and will help arrange or coordinate the rest of the covered services you get as a plan member.

Your PCP may refer you to a specialist, but you can go to any specialists in our network without a referral. Please refer to the *Provider & Pharmacy Directory* or access our website at AetnaMedicare.com/findprovider for a complete listing of PCPs and other participating providers in your area, or you may contact Member Services (phone numbers are printed on the back cover of this booklet).

**Prior authorization process**
In some cases, your PCP or other provider or you as the enrollee (member) of the plan may need to get approval in advance from our Medical Management Department for certain types of services or tests that you receive in-network (this is called getting "prior authorization"). Obtaining prior authorization is the responsibility of the PCP or treating provider or you as the member. Services and items requiring prior authorization are listed in the *Medical Benefits Chart* in Chapter 4, Section 2.1.

Prior authorization is not required for covered services received out-of-network; however, if we later determine that the services you received were not covered or were not medically necessary, we may deny coverage and you will be responsible for the entire cost. You or your doctor may ask for a pre-visit coverage decision to confirm that the services you are getting are covered and are medically necessary by calling Member Services (phone numbers are printed on the back cover of this booklet).

**What if a specialist or another network provider leaves our plan?**
We may make changes to the hospitals, doctors, and specialists (providers) that are part of your plan during the year. There are a number of reasons why your provider might leave your plan, but if your doctor or specialist does leave your plan you have certain rights and protections that are summarized below:

**CHAPTER 3. Using the plan's coverage for your medical services**

- Even though our network of providers may change during the year, Medicare requires that we furnish you with uninterrupted access to qualified doctors and specialists.
- We will make a good faith effort to provide you with at least 30 days' notice that your provider is leaving our plan so that you have time to select a new provider.
- We will assist you in selecting a new qualified provider to continue managing your health care needs.
- If you are undergoing medical treatment you have the right to request, and we will work with you to ensure, that the medically necessary treatment you are receiving is not interrupted.
- If you believe we have not furnished you with a qualified provider to replace your previous provider or that your care is not being appropriately managed, you have the right to file an appeal of our decision.
- If you find out your doctor or specialist is leaving your plan, please contact us so we can assist you in finding a new provider to manage your care.

You may contact Member Services (phone numbers are printed on the back cover of this booklet) for assistance. You may also look up participating providers using the *Provider & Pharmacy Directory* or on our website at [AetnaMedicare.com/findprovider](AetnaMedicare.com/findprovider).

| Section 2.3 | How to get care from out-of-network providers |
|---|---|

As a member of our plan, you can choose to receive care from out-of-network providers. However, please note providers that do not contract with us are under no obligation to treat you, except in emergency situations. Our plan will cover services from either in-network or out-of-network providers, as long as the services are covered benefits and are medically necessary. However, **if you use an out-of-network provider, your share of the costs for your covered services may be higher**. Here are other important things to know about using out-of-network providers:

- You can get your care from an out-of-network provider; however, in most cases that provider must be eligible to participate in Medicare. Except for emergency care, we cannot pay a provider who is not eligible to participate in Medicare. If you receive care from a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare.
- You don't need to get a referral or prior authorization when you get care from out-of-network providers. However, before getting services from out-of-network providers you may want to ask for a pre-visit coverage decision to confirm that the services you are getting are covered

and are medically necessary. (See Chapter 9, Section 4 for information about asking for coverage decisions.) This is important because:

- ○ Without a pre-visit coverage decision, if we later determine that the services are not covered or were not medically necessary, we may deny coverage and you will be responsible for the entire cost. If we say we will not cover your services, you have the right to appeal our decision not to cover your care. See Chapter 9 *(What to do if you have a problem or complaint)* to learn how to make an appeal.

- It is best to ask an out-of-network provider to bill the plan first. But, if you have already paid for the covered services, we will reimburse you for our share of the cost for covered services. Or if an out-of-network provider sends you a bill that you think we should pay, you can send it to us for payment. See Chapter 7 (*Asking us to pay our share of a bill you have received for covered medical services or drugs*) for information about what to do if you receive a bill or if you need to ask for reimbursement.

- If you are using an out-of-network provider for emergency care, urgently needed services, or out-of-area dialysis, you may not have to pay a higher cost-sharing amount. See Section 3 for more information about these situations.

---

| SECTION 3 | **How to get covered services when you have an emergency or urgent need for care or during a disaster** |
|---|---|

---

| Section 3.1 | Getting care if you have a medical emergency |
|---|---|

**What is a "medical emergency" and what should you do if you have one?**

A **"medical emergency"** is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

If you have a medical emergency:

- **Get help as quickly as possible.** Call 911 for help or go to the nearest emergency room or hospital. Call for an ambulance if you need it. You do *not* need to get approval or a referral first from your PCP.

- **As soon as possible, make sure that our plan has been told about your emergency.** We need to follow up on your emergency care. You or someone else should call to tell us about your emergency care, usually within 48 hours. Please call Member Services (phone numbers

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 53 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    48
CHAPTER 3.   Using the plan's coverage for your medical services

are printed on the back cover of this booklet).

**What is covered if you have a medical emergency?**

You may get covered emergency medical care whenever you need it, anywhere in the United States or its territories. Our plan covers ambulance services in situations where getting to the emergency room in any other way could endanger your health. For more information, see the Medical Benefits Chart in Chapter 4 of this booklet.

Our plan also covers worldwide services outside of the United States under the following circumstances:

- Emergency care
- Urgently needed care
- Emergency ambulance transportation from the scene of an emergency to the nearest medical treatment facility

Transportation back to the United States from another country is not covered. Pre-scheduled and/or elective procedures are not covered. See the Medical Benefits Chart in Chapter 4 for more information.

If you have an emergency, we will talk with the doctors who are giving you emergency care to help manage and follow up on your care. The doctors who are giving you emergency care will decide when your condition is stable and the medical emergency is over.

After the emergency is over, you are entitled to follow-up care to be sure your condition continues to be stable. Your follow-up care will be covered by our plan. If you get your follow-up care from out-of-network providers, you will pay the higher out-of-network cost-sharing.

**What if it wasn't a medical emergency?**

Sometimes it can be hard to know if you have a medical emergency. For example, you might go in for emergency care – thinking that your health is in serious danger – and the doctor may say that it wasn't a medical emergency after all. If it turns out that it was not an emergency, as long as you reasonably thought your health was in serious danger, we will cover your care.

However, after the doctor has said that it was *not* an emergency, the amount of cost-sharing that you pay will depend on whether you get the care from network providers or out-of-network providers. If you get the care from network providers, your share of the costs will usually be lower than if you get the care from out-of-network providers.

**CHAPTER 3.   Using the plan's coverage for your medical services**

| Section 3.2 | Getting care when you have an urgent need for services |
|---|---|

**What are "urgently needed services"?**

"Urgently needed services" are non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible. The unforeseen condition could, for example, be an unforeseen flare-up of a known condition that you have.

**What if you are in the plan's service area when you have an urgent need for care?**

In most situations, if you are in the plan's service area and you use an out-of-network provider, you will pay a higher share of the costs for your care.

If you need to locate an urgent care facility, you can find the nearest in-network urgent care center by using the *Provider & Pharmacy Directory*, going to our website at AetnaMedicare.com/findprovider, or getting help from Member Services (phone numbers are printed on the back cover of this booklet).

**What if you are <u>outside</u> the plan's service area when you have an urgent need for care?**

When you are outside the service area and cannot get care from a network provider, our plan will cover urgently needed services that you get from any provider at the lower in-network cost-sharing amount.

Our plan also covers worldwide services outside of the United States under the following circumstances:

- Emergency care
- Urgently needed care
- Emergency ambulance transportation from the scene of an emergency to the nearest medical treatment facility

Transportation back to the United States from another country is not covered. Pre-scheduled and/or elective procedures are not covered. See the Medical Benefits Chart in Chapter 4 for more information.

| Section 3.3 | Getting care during a disaster |
|---|---|

If the Governor of your state, the U.S. Secretary of Health and Human Services, or the President of the United States declares a state of disaster or emergency in your geographic area, you are still entitled to care from your plan.

Please visit the following website: AetnaMedicare.com for information on how to obtain needed care during a disaster.

Generally, if you cannot use a network provider during a disaster, your plan will allow you to obtain care from out-of-network providers at in-network cost-sharing. If you cannot use a network pharmacy during a disaster, you may be able to fill your prescription drugs at an out-of-network pharmacy. Please see Chapter 5, Section 2.5 for more information.

| SECTION 4 | What if you are billed directly for the full cost of your covered services? |
|---|---|

| Section 4.1 | You can ask us to pay our share of the cost of covered services |
|---|---|

If you have paid more than your share for covered services, or if you have received a bill for the full cost of covered medical services, go to Chapter 7 (*Asking us to pay our share of a bill you have received for covered medical services or drugs*) for information about what to do.

| Section 4.2 | If services are not covered by our plan, you must pay the full cost |
|---|---|

Aetna Medicare Premier Plan (PPO) covers all medical services that are medically necessary, these services are listed in the plan's Medical Benefits Chart (this chart is in Chapter 4 of this booklet), and are obtained consistent with plan rules. You are responsible for paying the full cost of services that aren't covered by our plan, either because they are not plan covered services, or plan rules were not followed.

If you have any questions about whether we will pay for any medical service or care that you are considering, you have the right to ask us whether we will cover it before you get it. You also have the right to ask for this in writing. If we say we will not cover your services, you have the right to appeal our decision not to cover your care.

Chapter 9 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*) has more information about what to do if you want a coverage decision from us or want to appeal a

**CHAPTER 3.   Using the plan's coverage for your medical services**

decision we have already made. You may also call Member Services to get more information (phone numbers are printed on the back cover of this booklet).

For covered services that have a benefit limitation, you pay the full cost of any services you get after you have used up your benefit for that type of covered service. Any amounts you pay for services after a benefit limit has been reached do not count toward your out-of-pocket maximum. You can call Member Services when you want to know how much of your benefit limit you have already used.

## SECTION 5     How are your medical services covered when you are in a "clinical research study"?

| Section 5.1 | What is a "clinical research study"? |
|---|---|

A clinical research study (also called a "clinical trial") is a way that doctors and scientists test new types of medical care, like how well a new cancer drug works. They test new medical care procedures or drugs by asking for volunteers to help with the study. This kind of study is one of the final stages of a research process that helps doctors and scientists see if a new approach works and if it is safe.

Not all clinical research studies are open to members of our plan. Medicare first needs to approve the research study. If you participate in a study that Medicare has *not* approved, *you will be responsible for paying all costs for your participation in the study.*

Once Medicare approves the study, someone who works on the study will contact you to explain more about the study and see if you meet the requirements set by the scientists who are running the study. You can participate in the study as long as you meet the requirements for the study *and* you have a full understanding and acceptance of what is involved if you participate in the study.

If you participate in a Medicare-approved study, Original Medicare pays most of the costs for the covered services you receive as part of the study. When you are in a clinical research study, you may stay enrolled in our plan and continue to get the rest of your care (the care that is not related to the study) through our plan.

If you want to participate in a Medicare-approved clinical research study, you do *not* need to get approval from us or your PCP. The providers that deliver your care as part of the clinical research study do *not* need to be part of our plan's network of providers.

Although you do not need to get our plan's permission to be in a clinical research study, **you do need to tell us before you start participating in a clinical research study.**

If you plan on participating in a clinical research study, contact Member Services (phone numbers are printed on the back cover of this booklet) to let them know that you will be participating in a clinical trial and to find out more specific details about what your plan will pay.

| Section 5.2 | When you participate in a clinical research study, who pays for what? |
|---|---|

Once you join a Medicare-approved clinical research study, you are covered for routine items and services you receive as part of the study, including:

- Room and board for a hospital stay that Medicare would pay for even if you weren't in a study.
- An operation or other medical procedure if it is part of the research study.
- Treatment of side effects and complications of the new care.

Original Medicare pays most of the cost of the covered services you receive as part of the study. After Medicare has paid its share of the cost for these services, our plan will also pay for part of the costs. We will pay the difference between the cost-sharing in Original Medicare and your cost-sharing as a member of our plan. This means you will pay the same amount for the services you receive as part of the study as you would if you received these services from our plan.

> *Here's an example of how the cost-sharing works*: Let's say that you have a lab test that costs $100 as part of the research study. Let's also say that your share of the costs for this test is $20 under Original Medicare, but the test would be $10 under our plan's benefits. In this case, Original Medicare would pay $80 for the test and we would pay another $10. This means that you would pay $10, which is the same amount you would pay under our plan's benefits.

In order for us to pay for our share of the costs, you will need to submit a request for payment. With your request, you will need to send us a copy of your Medicare Summary Notices or other documentation that shows what services you received as part of the study and how much you owe. Please see Chapter 7 for more information about submitting requests for payment.

When you are part of a clinical research study, **neither Medicare nor our plan will pay for any of the following:**

- Generally, Medicare will *not* pay for the new item or service that the study is testing unless Medicare would cover the item or service even if you were *not* in a study.

**CHAPTER 3.   Using the plan's coverage for your medical services**

- Items and services the study gives you or any participant for free.
- Items or services provided only to collect data, and not used in your direct health care. For example, Medicare would not pay for monthly CT scans done as part of the study if your medical condition would normally require only one CT scan.

**Do you want to know more?**
You can get more information about joining a clinical research study by visiting the Medicare website to read or download the publication "Medicare and Clinical Research Studies." (The publication is available at www.medicare.gov/Pubs/pdf/02226-Medicare-and-Clinical-Research-Studies.pdf.) You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| SECTION 6 | Rules for getting care covered in a "religious non-medical health care institution" |
|---|---|

| Section 6.1 | What is a religious non-medical health care institution? |
|---|---|

A religious non-medical health care institution is a facility that provides care for a condition that would ordinarily be treated in a hospital or skilled nursing facility. If getting care in a hospital or a skilled nursing facility is against a member's religious beliefs, we will instead provide coverage for care in a religious non-medical health care institution. You may choose to pursue medical care at any time for any reason. This benefit is provided only for Part A inpatient services (non-medical health care services). Medicare will only pay for non-medical health care services provided by religious non-medical health care institutions.

| Section 6.2 | Receiving Care From a Religious Non-Medical Health Care Institution |
|---|---|

To get care from a religious non-medical health care institution, you must sign a legal document that says you are conscientiously opposed to getting medical treatment that is "non-excepted."

- "Non-excepted" medical care or treatment is any medical care or treatment that is *voluntary* and *not required* by any federal, state, or local law.
- "Excepted" medical treatment is medical care or treatment that you get that is *not* voluntary or *is required* under federal, state, or local law.

To be covered by our plan, the care you get from a religious non-medical health care institution must meet the following conditions:

- The facility providing the care must be certified by Medicare.

**CHAPTER 3.   Using the plan's coverage for your medical services**

- Our plan's coverage of services you receive is limited to non-religious aspects of care.
- If you get services from this institution that are provided to you in a facility, the following conditions apply:
  - You must have a medical condition that would allow you to receive covered services for inpatient hospital care or skilled nursing facility care.
  - – *and* – you must get approval in advance from our plan before you are admitted to the facility or your stay will not be covered.

Medicare Inpatient Hospital coverage has unlimited additional days (see *Medical Benefits Chart* in Chapter 4).

## SECTION 7          Rules for ownership of durable medical equipment

| Section 7.1 | Will you own the durable medical equipment after making a certain number of payments under our plan? |
| --- | --- |

Durable medical equipment (DME) includes items such as oxygen equipment and supplies, wheelchairs, walkers, powered mattress systems, crutches, diabetic supplies, speech generating devices, IV infusion pumps, nebulizers, and hospital beds ordered by a provider for use in the home. The member always owns certain items, such as prosthetics. In this section, we discuss other types of DME that you must rent.

In Original Medicare, people who rent certain types of DME own the equipment after paying copayments for the item for 13 months. As a member of our plan we will transfer ownership of certain DME items. Call Member Services (phone numbers are printed on the back cover of this booklet) to find out about the requirements you must meet and the documentation you need to provide.

**What happens to payments you made for durable medical equipment if you switch to Original Medicare?**
If you did not acquire ownership of the DME item while in our plan, you will have to make 13 new consecutive payments after you switch to Original Medicare in order to own the item. Payments you made while in our plan do not count toward these 13 consecutive payments.

If you made fewer than 13 payments for the DME item under Original Medicare *before* you joined our plan, your previous payments also do not count toward the 13 consecutive payments. You will have to make 13 new consecutive payments after you return to Original Medicare in order to own the item.

**CHAPTER 3.   Using the plan's coverage for your medical services**

There are no exceptions to this case when you return to Original Medicare.

## SECTION 8          Rules for Oxygen Equipment, Supplies, and Maintenance

| Section 8.1          What oxygen benefits are you entitled to? |
| --- |

If you qualify for Medicare oxygen equipment coverage, then for as long as you are enrolled, Aetna Medicare Premier Plan (PPO) will cover:

- Rental of oxygen equipment
- Delivery of oxygen and oxygen contents
- Tubing and related oxygen accessories for the delivery of oxygen and oxygen contents
- Maintenance and repairs of oxygen equipment

If you leave Aetna Medicare Premier Plan (PPO) or no longer medically require oxygen equipment, then the oxygen equipment must be returned to the owner.

| Section 8.2          What is your cost-sharing? Will it change after 36 months? |
| --- |

Your cost-sharing for Medicare oxygen equipment coverage is 20%, every time that you obtain services.

Your cost-sharing will not change after being enrolled for 36 months in Aetna Medicare Premier Plan (PPO).

If prior to enrolling in Aetna Medicare Premier Plan (PPO) you had made 36 months of rental payment for oxygen equipment coverage, your cost-sharing in Aetna Medicare Premier Plan (PPO) is 20%.

| Section 8.3          What happens if you leave your plan and return to Original Medicare? |
| --- |

If you return to Original Medicare, then you start a new 36-month cycle which renews every five years. For example, if you had paid rentals for oxygen equipment for 36 months prior to joining Aetna Medicare Premier Plan (PPO), join Aetna Medicare Premier Plan (PPO) for 12 months, and then return to Original Medicare, you will pay full cost-sharing for oxygen equipment coverage.

Similarly, if you made payments for 36 months while enrolled in Aetna Medicare Premier Plan (PPO)

**CHAPTER 3.   Using the plan's coverage for your medical services**

and then return to Original Medicare, you will pay full cost-sharing for oxygen equipment coverage.

# CHAPTER 4

*Medical Benefits Chart (what is covered and what you pay)*

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 63 of 313

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                    58
CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)

# CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)

**SECTION 1**     **Understanding your out-of-pocket costs for covered services**..........     **59**

   Section 1.1     Types of out-of-pocket costs you may pay for your covered services....     59

   Section 1.2     What is the most you will pay for covered medical services?..............     59

   Section 1.3     Our plan does not allow providers to "balance bill" you......................     60

**SECTION 2**     **Use the *Medical Benefits Chart* to find out what is covered for you and how much you will pay**............................................................     **61**

   Section 2.1     Your medical benefits and costs as a member of the plan....................     61

   Section 2.2     Getting care using our plan's optional visitor/traveler benefit..............     144

**SECTION 3**     **What services are not covered by the plan?**....................................     **145**

   Section 3.1     Services we do not cover (exclusions)...........................................     145

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

## SECTION 1          Understanding your out-of-pocket costs for covered services

This chapter focuses on your covered services and what you pay for your medical benefits. It includes a Medical Benefits Chart that lists your covered services and shows how much you will pay for each covered service as a member of Aetna Medicare Premier Plan (PPO). Later in this chapter, you can find information about medical services that are not covered. It also explains limits on certain services.

| Section 1.1          Types of out-of-pocket costs you may pay for your covered services |
|---|

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services.

- A **"copayment"** is the fixed amount you pay each time you receive certain medical services. You pay a copayment at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your copayments.)
- **"Coinsurance"** is the percentage you pay of the total cost of certain medical services. You pay a coinsurance at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your coinsurance.)

Most people who qualify for Medicaid or for the Qualified Medicare Beneficiary (QMB) program should never pay deductibles, copayments or coinsurance. Be sure to show your proof of Medicaid or QMB eligibility to your provider, if applicable. If you think that you are being asked to pay improperly, contact Member Services.

| Section 1.2          What is the most you will pay for covered medical services? |
|---|

Under our plan, there are two different limits on what you have to pay out-of-pocket for covered medical services:

- Your **in-network maximum out-of-pocket amount** is **$6,700**. This is the most you pay during the calendar year for covered plan services received from network providers. The amounts you pay for copayments and coinsurance for covered services from network providers count toward this in-network maximum out-of-pocket amount. (The amounts you pay for Part D prescription drugs and services from out-of-network providers do not count toward your in-network maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your in-network maximum out-of-pocket amount. These services are marked with an asterisk in the Medical Benefits Chart.) If you have paid **$6,700** for covered services from network providers, you will not have any out-of-pocket costs for the rest of the

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

year when you see our network providers. However, you must continue to pay the Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

- Your **combined maximum out-of-pocket amount** is **$11,300**. This is the most you pay during the calendar year for covered plan services received from both in-network and out-of-network providers. The amounts you pay for copayments and coinsurance for covered services count toward this combined maximum out-of-pocket amount. (The amounts you pay for your Part D prescription drugs do not count toward your combined maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your combined maximum out-of-pocket amount. These services are marked with an asterisk in the Medical Benefits Chart.) If you have paid **$11,300** for covered services, you will have 100% coverage and will not have any out-of-pocket costs for the rest of the year for covered services. However, you must continue to pay the Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

| Section 1.3 | Our plan does not allow providers to "balance bill" you |
|---|---|

As a member of Aetna Medicare Premier Plan (PPO), an important protection for you is that you only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges.

Here is how this protection works.

- If your cost-sharing is a copayment (a set amount of dollars, for example, $15.00), then you pay only that amount for any covered services from a network provider. You will generally have higher copays when you obtain care from out-of-network providers.
- If your cost-sharing is a coinsurance (a percentage of the total charges), then you never pay more than that percentage. However, your cost depends on which type of provider you see:
    ○ If you obtain covered services from a network provider, you pay the coinsurance percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan).
    ○ If you obtain covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers.
    ○ If you obtain covered services from an out-of-network provider who does not participate with Medicare, then you pay the coinsurance percentage multiplied by the Medicare

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

payment rate for non-participating providers.

- If you believe a provider has "balance billed" you, call Member Services (phone numbers are printed on the back cover of this booklet).

| SECTION 2 | Use the *Medical Benefits Chart* to find out what is covered for you and how much you will pay |
|---|---|

| Section 2.1 | Your medical benefits and costs as a member of the plan |
|---|---|

The Medical Benefits Chart on the following pages lists the services Aetna Medicare Premier Plan (PPO) covers and what you pay out-of-pocket for each service. The services listed in the Medical Benefits Chart are covered only when the following coverage requirements are met:

- Your Medicare covered services must be provided according to the coverage guidelines established by Medicare.
- Your services (including medical care, services, supplies, and equipment) *must* be medically necessary. "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.
- Some of the services listed in the Medical Benefits Chart are covered as in-network services *only* if your doctor or other network provider gets approval in advance (sometimes called "prior authorization") from Aetna Medicare Premier Plan (PPO).
  - Covered services that need approval in advance to be covered as in-network services are marked in the Medical Benefits Chart.
  - You never need approval in advance for out-of-network services from out-of-network providers.
- While you don't need approval in advance for out-of-network services, you or your doctor can ask us to make a coverage decision in advance.
- We may also charge you "administrative fees" for missed appointments or for not paying your required cost-sharing at the time of service. Call Member Services if you have questions regarding these administrative fees. (Phone numbers for Member Services are printed on the back cover of this booklet.)

Other important things to know about our coverage:

- For benefits where your cost-sharing is a coinsurance percentage, the amount you pay depends on what type of provider you receive the services from:
  - If you receive the covered services from a network provider, you pay the coinsurance

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

---

      percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan).

      ○ If you receive the covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers.

      ○ If you receive the covered services from an out-of-network provider who does not participate with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for non-participating providers.

- Like all Medicare health plans, we cover everything that Original Medicare covers. For some of these benefits, you pay *more* in our plan than you would in Original Medicare. For others, you pay *less*. (If you want to know more about the coverage and costs of Original Medicare, look in your *Medicare & You 2022* handbook. View it online at www.medicare.gov or ask for a copy by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.)

- For all preventive services that are covered at no cost under Original Medicare, we also cover the service at no cost to you. However, if you also are treated or monitored for an existing medical condition during the visit when you receive the preventive service, a copayment will apply for the care received for the existing medical condition.

- Sometimes, Medicare adds coverage under Original Medicare for new services during the year. If Medicare adds coverage for any services during 2022, either Medicare or our plan will cover those services.

**Important information regarding the services listed below in the Medical Benefits Chart:**

| If you receive services from: | If your plan services include: | You will pay: |
|---|---|---|
| **A primary care physician (PCP) or specialist** and get more than one covered service during the single visit:<br><br>*A clinic visit cost share may apply based on the role of the attending physician (PCP or specialist).* | Copays only | The highest single copay for all services received. |
| | Copays and coinsurance | The highest single copay for all services **and** the coinsurance amounts for each service. |
| | Coinsurance only | The coinsurance amounts for all services received. |

| If you receive services from: | If your plan services include: | You will pay: |
|---|---|---|

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| | | |
|---|---|---|
| **An outpatient facility** and get more than one covered service during the single visit: | Copays only | The highest single copay for all services received. |
| | Copays and coinsurance | The highest single copay for all services **and** the coinsurance amounts for each service. |
| | Coinsurance only | The coinsurance amounts for all services received. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

 You will see this apple next to the preventive services in the benefits chart.

**Medical Benefits Chart**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
|  **Abdominal aortic aneurysm screening**<br>A one-time screening ultrasound for people at risk. The plan only covers this screening if you have certain risk factors and if you get a referral for it from your physician, physician assistant, nurse practitioner, or clinical nurse specialist. | There is no coinsurance, copayment, or deductible for members eligible for this preventive screening. | $0 copay for members eligible for this preventive screening. |
| **Acupuncture for chronic low back pain**<br>Covered services include:<br>Up to 12 visits in 90 days are covered for Medicare beneficiaries under the following circumstances:<br><br>For the purpose of this benefit, chronic low back pain is defined as:<br><br>• Lasting 12 weeks or longer;<br>• nonspecific, in that it has no identifiable systemic cause (i.e., not associated with metastatic, inflammatory, infectious, etc. disease);<br>• not associated with surgery; | $30 copay for each Medicare-covered acupuncture visit. | $60 copay for each Medicare-covered acupuncture visit. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| and<br>• not associated with pregnancy.<br><br>An additional eight sessions will be covered for those patients demonstrating an improvement. No more than 20 acupuncture treatments may be administered annually.<br><br>Treatment must be discontinued if the patient is not improving or is regressing.<br><br>Provider Requirements:<br><br>Physicians (as defined in 1861(r)(1) of the Social Security Act (the Act)) may furnish acupuncture in accordance with applicable state requirements.<br><br>Physician assistants (PAs), nurse practitioners (NPs)/clinical nurse specialists (CNSs) (as identified in 1861(aa)(5) of the Act), and auxiliary personnel may furnish acupuncture if they meet all applicable state requirements and have:<br><br>• a masters or doctoral level | | |

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| degree in acupuncture or Oriental Medicine from a school accredited by the Accreditation Commission on Acupuncture and Oriental Medicine (ACAOM); and,<br>• a current, full, active, and unrestricted license to practice acupuncture in a State, Territory, or Commonwealth (i.e. Puerto Rico) of the United States, or District of Columbia.<br><br>Auxiliary personnel furnishing acupuncture must be under the appropriate level of supervision of a physician, PA, or NP/CNS required by our regulations at 42 CFR §§ 410.26 and 410.27. | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Ambulance services**<br><br>• Covered ambulance services include fixed wing, rotary wing, and ground ambulance services, to the nearest appropriate facility that can provide care only if they are furnished to a member whose medical condition is such that other means of transportation could endanger the person's health or if authorized by the plan.<br>• Non-emergency transportation by ambulance is appropriate if it is documented that the member's condition is such that other means of transportation could endanger the person's health and that transportation by ambulance is medically required.<br><br>**Prior authorization is required for non-emergency transportation by fixed-wing aircraft.** | $250 copay for each Medicare-covered one-way trip via ground ambulance.<br><br>$250 copay for each Medicare-covered one-way trip via air ambulance.<br><br>Ground or air ambulance cost-sharing is <u>not</u> waived if you are admitted to the hospital. | $250 copay for each Medicare-covered one-way trip via ground ambulance.<br><br>$250 copay for each Medicare-covered one-way trip via air ambulance.<br><br>Ground or air ambulance cost-sharing is <u>not</u> waived if you are admitted to the hospital. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Annual routine physical**<br>The annual routine physical is an extensive physical exam including a medical history collection and it may also include any of the following: vital signs, observation of general appearance, a head and neck exam, a heart and lung exam, an abdominal exam, a neurological exam, a dermatological exam, and an extremities exam.<br><br>Coverage for this non-Medicare covered benefit is in addition to the Medicare-covered annual wellness visit and the "Welcome to Medicare" preventive visit. You may schedule your annual routine physical once each calendar year.<br><br>Preventive labs, screenings, and/or diagnostic tests received during this visit are subject to your lab and diagnostic test coverage. Please see "**Outpatient diagnostic tests and therapeutic services and supplies**" for more information. | $0 copay for an annual routine physical. | $0 copay for an annual routine physical. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| \* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🍎 **Annual wellness visit**<br><br>If you've had Part B for longer than 12 months, you can get an annual wellness visit to develop or update a personalized prevention plan based on your current health and risk factors. Our plan will cover the annual wellness visit once each calendar year.<br><br>**Note:** Your first annual wellness visit can't take place within 12 months of your "Welcome to Medicare" preventive visit. However, you don't need to have had a "Welcome to Medicare" visit to be covered for annual wellness visits after you've had Part B for 12 months. | There is no coinsurance, copayment, or deductible for the annual wellness visit. | $0 copay for the annual wellness visit. |
| 🍎 **Bone mass measurement**<br><br>For qualified individuals (generally, this means people at risk of losing bone mass or at risk of osteoporosis), the following services are covered every 24 months or more frequently if medically necessary: procedures to identify bone mass, detect bone loss, or determine bone quality, including a physician's interpretation of the results. | There is no coinsurance, copayment, or deductible for Medicare-covered bone mass measurement. | $0 copay for Medicare-covered bone mass measurement. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🍎 **Breast cancer screening (mammograms)**<br>Covered services include:<br><br>• One baseline mammogram between the ages of 35 and 39<br>• One screening mammogram each calendar year for women age 40 and older<br>• Clinical breast exams once every 24 months | There is no coinsurance, copayment, or deductible for covered screening mammograms.<br><br>$0 copay for each diagnostic mammogram. | $0 copay for covered screening mammograms.<br><br>50% coinsurance for each diagnostic mammogram. |
| **Cardiac rehabilitation services**<br>Comprehensive programs of cardiac rehabilitation services that include exercise, education, and counseling are covered for members who meet certain conditions with a doctor's order. The plan also covers intensive cardiac rehabilitation programs that are typically more rigorous or more intense than cardiac rehabilitation programs. | $45 copay for Medicare-covered cardiac rehabilitation services.<br><br>$45 copay for Medicare-covered intensive cardiac rehabilitation services. | 50% coinsurance for Medicare-covered cardiac rehabilitation services.<br><br>50% coinsurance for Medicare-covered intensive cardiac rehabilitation services. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🍎 **Cardiovascular disease risk reduction visit (therapy for cardiovascular disease)** <br> We cover one visit per year with your primary care doctor to help lower your risk for cardiovascular disease. During this visit, your doctor may discuss aspirin use (if appropriate), check your blood pressure, and give you tips to make sure you're eating healthy. | There is no coinsurance, copayment, or deductible for the intensive behavioral therapy cardiovascular disease preventive benefit. | $0 copay for the intensive behavioral therapy cardiovascular disease preventive benefit. |
| 🍎 **Cardiovascular disease testing** <br> Blood tests for the detection of cardiovascular disease (or abnormalities associated with an elevated risk of cardiovascular disease) once every 5 years (60 months). | There is no coinsurance, copayment, or deductible for cardiovascular disease testing that is covered once every 5 years. | $0 copay for cardiovascular disease testing that is covered once every 5 years. |

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Cervical and vaginal cancer screening**<br>Covered services include:<br>• For all women: Pap tests and pelvic exams are covered once every 24 months<br>• If you are at high risk of cervical or vaginal cancer or you are of childbearing age and have had an abnormal Pap test within the past 3 years: one Pap test every 12 months | There is no coinsurance, copayment, or deductible for Medicare-covered preventive Pap and pelvic exams. | $0 copay for Medicare-covered preventive Pap and pelvic exams. |
| **Chiropractic services**<br>Covered services include:<br>• We cover only manual manipulation of the spine to correct subluxation<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $20 copay for each Medicare-covered chiropractic visit. | 50% coinsurance for each Medicare-covered chiropractic visit. |
| **Colorectal cancer screening**<br>For people 50 and older, the following are covered:<br>• Flexible sigmoidoscopy (or screening barium enema as an | There is no coinsurance, copayment, or deductible for a Medicare-covered colorectal cancer screening exam. | $0 copay for a Medicare-covered colorectal cancer screening exam.<br><br>$0 copay for each Medicare-covered |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| alternative) every 48 months<br><br>Two of the following per calendar year:<br><br>• Guaiac-based fecal occult blood test (gFOBT)<br>• Fecal immunochemical test (FIT)<br><br>DNA based colorectal screening every 3 years<br><br>For people at high risk of colorectal cancer, we cover:<br><br>• Screening colonoscopy (or screening barium enema as an alternative) every 24 months<br><br>For people not at high risk of colorectal cancer, we cover:<br><br>• Screening colonoscopy every 10 years (120 months), but not within 48 months of a screening sigmoidoscopy | $0 copay for each Medicare-covered preventive barium enema.<br><br>If a polyp is removed or a biopsy is performed during a Medicare-covered screening colonoscopy, the polyp removal and associated pathology will be covered at $0 copay as these procedures were performed during a preventive service.<br><br>If you have had polyps removed during a previous colonoscopy or have a condition that is monitored via colonoscopy (such as a prior history of colon cancer), ongoing colonoscopies are considered diagnostic, are not considered preventive screenings, and are subject to the outpatient surgery cost-sharing.<br><br>(See "**Outpatient surgery, including services** | preventive barium enema.<br><br>If a polyp is removed or a biopsy is performed during a Medicare-covered screening colonoscopy, the polyp removal and associated pathology will be covered subject to the outpatient surgery cost-sharing.<br><br>If you have had polyps removed during a previous colonoscopy or have a condition that is monitored via colonoscopy (such as a prior history of colon cancer), ongoing colonoscopies are considered diagnostic, are not considered preventive screenings, and are subject to the outpatient surgery cost-sharing.<br><br>(See "**Outpatient surgery, including services provided at hospital outpatient facilities and ambulatory surgical** |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| | provided at hospital outpatient facilities and ambulatory surgical centers" for more information.) | centers" for more information.) |
| **Dental services (additional)**<br>In general, preventive dental services (such as cleaning, routine dental exams, and dental x-rays) are not covered by Original Medicare. We cover:<br><br>• Preventive dental services<br>  ○ Oral exams*<br>  ○ Cleanings*<br>  ○ Fluoride treatments*<br>  ○ Dental x-rays*<br><br>• Comprehensive dental services<br>  ○ Non-routine services*<br>  ○ Diagnostic services*<br>  ○ Restorative services*<br>  ○ Endodontics services*<br>  ○ Periodontics services*<br>  ○ Extractions*<br>  ○ Prosthodontics and maxillofacial services*<br><br>**Additional dental services maximum benefit:** Plan pays up to $1,000 every year for non-Medicare | Your benefit covers most dental treatments with the exception of cosmetic services.<br><br>Non-Medicare covered preventive dental services:<br>• Oral exams: $0 copay<br>• Cleanings: $0 copay<br>• Fluoride treatments: $0 copay<br>• Dental x-rays: $0 copay<br><br>Non-Medicare covered comprehensive dental services:<br>• Non-routine services: $0 copay<br>• Diagnostic services: $0 copay<br>• Restorative services: $0 copay<br>• Endodontics: $0 copay<br>• Periodontics: $0 copay<br>• Extractions: $0 copay | Your benefit covers most dental treatments with the exception of cosmetic services.<br><br>Non-Medicare covered preventive dental services:<br>• $0 copay<br><br>Non-Medicare covered comprehensive dental services:<br>• $0 copay<br><br>(See "**Physician/Practitioner services, including doctor's office visits**" for information about Medicare-covered dental services.) |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| covered preventive dental services and non-Medicare covered comprehensive dental services combined. You are responsible for any amount above the dental coverage limit.<br><br>Your benefit covers most dental treatments with the exception of cosmetic services.<br><br>With the Aetna Total Choice dental benefit, you can choose to receive these dental services from a network provider or a provider who is not in our network. Our dental network for this coverage is the Aetna Dental PPO network. You may save money by using network providers. Additionally, network providers agree to bill us directly so you won't have to pay upfront and submit a request to get reimbursed. Visit AetnaMedicare.com/Dental to find a provider in the Aetna Dental PPO network. If you choose a provider that is not in the Aetna Dental PPO network, you may have higher costs. If a provider who is not in our network is not willing to bill us directly, you may have to pay upfront | • Prosthodontics and maxillofacial services: $0 copay<br><br>(See "**Physician/ Practitioner services, including doctor's office visits**" for information about Medicare-covered dental services.) | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| and submit a request for reimbursement. For information on requesting reimbursement, visit AetnaMedicare.com or see the Payment Request for Medical Coverage- Contact Information in Chapter 2 (*Important phone numbers and resources*). | | |
| 🍎 **Depression screening** We cover one screening for depression per year. The screening must be done in a primary care setting that can provide follow-up treatment and/or referrals. | There is no coinsurance, copayment, or deductible for an annual depression screening visit. | $0 copay for an annual depression screening visit. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🫐 **Diabetes screening**<br>We cover this screening (includes fasting glucose tests) if you have any of the following risk factors: high blood pressure (hypertension), history of abnormal cholesterol and triglyceride levels (dyslipidemia), obesity, or a history of high blood sugar (glucose). Tests may also be covered if you meet other requirements, like being overweight and having a family history of diabetes.<br><br>Based on the results of these tests, you may be eligible for up to two diabetes screenings every 12 months. | There is no coinsurance, copayment, or deductible for the Medicare-covered diabetes screening tests. | $0 copay for the Medicare-covered diabetes screening tests. |
| 🫐 **Diabetes self-management training, diabetic services and supplies**<br>For all people who have diabetes (insulin and non-insulin users). Covered services include:<br><br>• Supplies to monitor your blood glucose: Blood glucose monitor, blood glucose test strips, lancet devices and lancets, and glucose-control | 0% - 20% coinsurance for each Medicare-covered supply to monitor blood glucose.<br><br>• 0% coinsurance for OneTouch/LifeScan supplies, including test strips, glucose monitors, solutions, lancets and lancing devices. | 0% - 20% coinsurance for each Medicare-covered supply to monitor blood glucose.<br><br>• 0% coinsurance for OneTouch/LifeScan supplies, including test strips, glucose monitors, solutions, lancets and lancing devices. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| \* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| solutions for checking the accuracy of test strips and monitors.<br>• For people with diabetes who have severe diabetic foot disease: One pair per calendar year of therapeutic custom-molded shoes (including inserts provided with such shoes) and two additional pairs of inserts, or one pair of depth shoes and three pairs of inserts (not including the non-customized removable inserts provided with such shoes). Coverage includes fitting.<br>• Diabetes self-management training is covered under certain conditions.<br><br>**We cover diabetic supplies made by OneTouch/LifeScan. We exclusively cover OneTouch/LifeScan glucose monitors and test strips. We also cover OneTouch/LifeScan lancets, solutions and lancing devices. We do not cover other brands of monitors and test strips unless you or your provider requests a medical exception and it is** | • 20% coinsurance for non-OneTouch/LifeScan supplies, including test strips, glucose monitors, solutions, lancets and lancing devices, with a medical exception.<br><br>$0 copay for Medicare-covered diabetic shoes and inserts.<br><br>$0 copay for Medicare-covered diabetes self-management training. | • 20% coinsurance for non-OneTouch/LifeScan supplies, including test strips, glucose monitors, solutions, lancets and lancing devices, with a medical exception.<br><br>20% coinsurance for Medicare-covered diabetic shoes and inserts.<br><br>50% coinsurance for Medicare-covered diabetes self-management training. |

**CHAPTER 4. Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| approved. If the medical exception is approved, a 20% coinsurance will apply. Non-LifeScan monitors and test strips without a medical exception, or a medical exception that is not approved, will not be covered.<br><br>Note: Continuous Glucose Monitors (CGMs) are considered Durable Medical Equipment (DME) and are subject to applicable DME cost-sharing.<br><br>Prior authorization is required for more than one blood glucose monitor per year and/or test strips in excess of 100 strips per 30 days.<br><br>Prior authorization may be required for diabetic shoes and inserts.<br><br>Prior authorization is the responsibility of your provider. | | |
| **Durable medical equipment (DME) and related supplies**<br>(For a definition of "durable medical equipment," see Chapter 12 of this booklet.) | 20% coinsurance for each Medicare-covered durable medical equipment item. | 45% coinsurance for each Medicare-covered durable medical equipment item. |

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| Covered items include, but are not limited to: wheelchairs, crutches, powered mattress systems, diabetic supplies, hospital beds ordered by a provider for use in the home, IV infusion pumps, speech generating devices, oxygen equipment, nebulizers, and walkers.<br><br>We cover all medically necessary DME covered by Original Medicare. If our supplier in your area does not carry a particular brand or manufacturer, you may ask them if they can special order it for you. The most recent list of suppliers is available on our website at: AetnaMedicare.com/findprovider.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | | |
| **Emergency care**<br>Emergency care refers to services that are:<br><br>• Furnished by a provider qualified to furnish emergency services, and | $90 copay for emergency care. Cost-sharing is waived if you are admitted to the hospital.<br><br>$90 copay for emergency care worldwide (i.e. | $90 copay for emergency care. Cost-sharing is waived if you are admitted to the hospital.<br><br>$90 copay for emergency care worldwide (i.e. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| <ul><li>Needed to evaluate or stabilize an emergency medical condition.</li></ul>A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.<br><br>Cost-sharing for necessary emergency services furnished out-of-network is the same as for such services furnished in-network.<br><br>In addition to Medicare-covered benefits, we also offer:<ul><li>Emergency care (worldwide)</li><li>Emergency ambulance services (worldwide)</li></ul>$250,000 maximum benefit for worldwide emergency and urgently | outside the United States). Cost-sharing <u>is</u> waived if you are admitted to the hospital.<br><br>$250 copay for emergency ambulance services worldwide (i.e. outside the United States). Cost-sharing is <u>not</u> waived if you are admitted to the hospital.<br><br>If you receive emergency care at an out-of-network hospital and need inpatient care after your emergency condition is stabilized, you must move to a network hospital in order to pay the in-network cost-sharing amount for the part of your stay after you are stabilized. If you stay at the out-of-network hospital, your stay will be covered but you will pay the out-of-network cost-sharing amount for the part of your stay after you are stabilized. | outside the United States). Cost-sharing <u>is</u> waived if you are admitted to the hospital.<br><br>$250 copay for emergency ambulance services worldwide (i.e. outside the United States). Cost-sharing is <u>not</u> waived if you are admitted to the hospital.<br><br>If you receive emergency care at an out-of-network hospital and need inpatient care after your emergency condition is stabilized, you must move to a network hospital in order to pay the in-network cost-sharing amount for the part of your stay after you are stabilized. If you stay at the out-of-network hospital, your stay will be covered but you will pay the out-of-network cost-sharing amount for the part of your stay after you are stabilized. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| needed care annually. | | |
| **Fitness program**<br>You are covered for a basic membership to a SilverSneakers® participating fitness facility.<br><br>At-home fitness kits and online classes are also available for members who do not reside near a participating club or prefer to exercise at home. Members may order one fitness kit per year through SilverSneakers.<br><br>Call SilverSneakers at 1-888-423-4632 for assistance. (For TTY/TDD assistance, please dial 711.)<br><br>Visit Silversneakers.com to find a participating location near you. | $0 copay for health club membership/fitness classes. | $0 copay for at-home fitness kits ordered through SilverSneakers. |
| 🌐 **Health and wellness education programs**<br><br>• **Written health education materials:** Members are eligible to receive the health education supplemental benefit to support a healthier lifestyle. This benefit gives members the opportunity to | $0 copay for written health education materials.<br><br>$0 copay for 24-Hour Nurse Line services. | Written health education materials are included in your plan.<br><br>The in-network provider must be used for the 24-Hour Nurse Line benefit. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| interact as a group, one-on-one, or virtually, with a certified health educator or other qualified health professional. Members may receive educational supplies such as books and pamphlets to augment their interactive sessions. In addition, members will be encouraged to adopt healthy habits and build skills to enhance self-care capabilities.<br><br>• **24-Hour Nurse Line:** Talk to a registered nurse 24 hours a day, 7 days a week. Please call 1-855-493-7019 (For TTY/TDD assistance, please dial 711). | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Hearing services**<br>Diagnostic hearing and balance evaluations performed by your provider to determine if you need medical treatment are covered as outpatient care when furnished by a physician, audiologist, or other qualified provider.<br><br>In addition to Medicare-covered benefits, we also offer:<br><br>• Routine hearing exams: one exam every year<br>• Hearing aid fitting/evaluation: one hearing aid fitting/evaluation every year | $30 copay for each Medicare-covered hearing exam.<br><br>$0 copay for each non-Medicare covered routine hearing exam.<br><br>$30 copay for each non-Medicare covered hearing aid fitting/evaluation. | $60 copay for each Medicare-covered hearing exam.<br><br>$60 copay for each non-Medicare covered routine hearing exam and hearing aid fitting/evaluation. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🔵 **HIV screening**<br>For people who ask for an HIV screening test or who are at increased risk for HIV infection, we cover:<br><br>• One screening exam every 12 months<br><br>For women who are pregnant, we cover:<br><br>• Up to three screening exams during a pregnancy | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered preventive HIV screening. | $0 copay for members eligible for Medicare-covered preventive HIV screening. |
| **Home health agency care**<br>Prior to receiving home health services, a doctor must certify that you need home health services and will order home health services to be provided by a home health agency. You must be homebound, which means leaving home is a major effort.<br><br>Covered services include, but are not limited to:<br><br>• Part-time or intermittent skilled nursing and home health aide services (To be covered under | $0 copay for each Medicare-covered home health service.<br><br>20% coinsurance for each Medicare-covered durable medical equipment item. | 50% coinsurance for each Medicare-covered home health service.<br><br>45% coinsurance for each Medicare-covered durable medical equipment item. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| the home health care benefit, your skilled nursing and home health aide services combined must total fewer than 8 hours per day and 35 hours per week) <br> • Physical therapy, occupational therapy, and speech therapy <br> • Medical and social services <br> • Medical equipment and supplies <br><br> **Prior authorization may be required and is the responsibility of your provider.** | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Home infusion therapy** Home infusion therapy involves the intravenous or subcutaneous administration of drugs or biologicals to an individual at home. The components needed to perform home infusion include the drug (for example, antivirals, immune globulin), equipment (for example, a pump), and supplies (for example, tubing and catheters). Prior to receiving home infusion services, they must be ordered by a doctor and included in your care plan. Covered services include, but are not limited to:<br>• Professional services, including nursing services, furnished in accordance with the plan of care<br>• Patient training and education not otherwise covered under the durable medical equipment benefit<br>• Remote monitoring<br>• Monitoring services for the provision of home infusion | You will pay the cost-sharing that applies to primary care physician services, specialist physician services (including certified home infusion providers), or home health services depending on where you received administration or monitoring services. See "**Physician/Practitioner Services, Including Doctor's Office Visits**" or "**Home Health Agency Care**" for any applicable cost-sharing. Please note that home infusion drugs, pumps, and devices provided during a home infusion therapy visit, are covered separately under your "**Durable Medical Equipment (DME) and related supplies**" benefit. | You will pay the cost-sharing that applies to primary care physician services, specialist physician services (including certified home infusion providers), or home health services depending on where you received administration or monitoring services. See "**Physician/Practitioner Services, Including Doctor's Office Visits**" or "**Home Health Agency Care**" for any applicable cost-sharing. Please note that home infusion drugs, pumps, and devices provided during a home infusion therapy visit, are covered separately under your "**Durable medical equipment (DME) and related supplies**" benefit. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| therapy and home infusion drugs furnished by a qualified home infusion therapy supplier | | |
| **Hospice care**<br>You may receive care from any Medicare-certified hospice program. You are eligible for the hospice benefit when your doctor and the hospice medical director have given you a terminal prognosis certifying that you're terminally ill and have 6 months or less to live if your illness runs its normal course. Your hospice doctor can be a network provider or an out-of-network provider.<br><br>Covered services include:<br><br>• Drugs for symptom control and pain relief<br>• Short-term respite care<br>• Home care<br><br>For hospice services and for services that are covered by Medicare Part A or B and are related to your terminal prognosis: Original Medicare (rather than our plan) will pay for your hospice services and any Part A and Part B services related to your | When you enroll in a Medicare-certified hospice program, your hospice services and your Part A and Part B services related to your terminal prognosis are paid for by Original Medicare, not Aetna Medicare Premier Plan (PPO).<br><br>Hospice consultations are included as part of inpatient hospital care. Physician service cost-sharing may apply for outpatient consultations. | When you enroll in a Medicare-certified hospice program, your hospice services and your Part A and Part B services related to your terminal prognosis are paid for by Original Medicare, not Aetna Medicare Premier Plan (PPO).<br><br>Hospice consultations are included as part of inpatient hospital care. Physician service cost-sharing may apply for outpatient consultations. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |

terminal prognosis.

While you are in the hospice program, your hospice provider will bill Original Medicare for the services that Original Medicare pays for.

<u>For services that are covered by Medicare Part A or B and are not related to your terminal prognosis</u>: If you need non-emergency, non-urgently needed services that are covered under Medicare Part A or B and that are not related to your terminal prognosis, your cost for these services depends on whether you use a provider in our plan's network:

- If you obtain the covered services from a network provider, you only pay the plan cost-sharing amount for in-network services
- If you obtain the covered services from an out-of-network provider, you pay the plan cost-sharing for out-of-network services

<u>For services that are covered by Aetna Medicare Premier Plan (PPO) but are not covered by Medicare Part A or B</u>: Aetna Medicare Premier Plan

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| (PPO) will continue to cover plan-covered services that are not covered under Part A or B whether or not they are related to your terminal prognosis. You pay your plan cost-sharing amount for these services.<br><br>For drugs that may be covered by the plan's Part D benefit: Drugs are never covered by both hospice and our plan at the same time. For more information, please see Chapter 5, Section 9.4 *(What if you're in Medicare-certified hospice)*.<br><br>Our plan covers hospice consultation services (one time only) for a terminally ill person who hasn't elected the hospice benefit.<br><br>**Note**: If you need non-hospice care (care that is not related to your terminal prognosis), you should contact us to arrange the services. | | |

CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
|  **Immunizations**<br><br>Covered Medicare Part B services include:<br><br>• Pneumonia vaccine<br>• Flu shots, each flu season in the fall and winter, with additional flu shots if medically necessary<br>• Hepatitis B vaccine if you are at high or intermediate risk of getting Hepatitis B<br>• COVID-19 vaccine<br>• Other vaccines if you are at risk and they meet Medicare Part B coverage rules<br><br>We also cover some vaccines under our Part D prescription drug benefit. | There is no coinsurance, copayment, or deductible for the pneumonia, influenza, and Hepatitis B, and COVID-19 vaccines. | $0 copay for the pneumonia, influenza, Hepatitis B, and COVID-19 vaccines. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Inpatient hospital care**<br>Includes inpatient acute, inpatient rehabilitation, long-term care hospitals and other types of inpatient hospital services. Inpatient hospital care starts the day you are formally admitted to the hospital with a doctor's order. The day before you are discharged is your last inpatient day.<br><br>Days covered: There is no limit to the number of days covered by our plan. Cost-sharing is not charged on the day of discharge.<br><br>Covered services include but are not limited to:<br><br>• Semi-private room (or a private room if medically necessary)<br>• Meals including special diets<br>• Regular nursing services<br>• Costs of special care units (such as intensive care or coronary care units)<br>• Drugs and medications<br>• Lab tests<br>• X-rays and other radiology services<br>• Necessary surgical and | $365 per day, days 1-4; $0 per day, days 5-90; $0 copay for additional days for inpatient services.<br><br>Cost-sharing is charged for each medically necessary covered inpatient stay.<br><br>Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities, is considered a new admission.<br><br>If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost-sharing you would pay at a network hospital. | 50% per stay for inpatient hospital services.<br><br>Cost-sharing is charged for each medically necessary covered inpatient stay.<br><br>Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities, is considered a new admission.<br><br>If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost-sharing you would pay at a network hospital. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| medical supplies<br>• Use of appliances, such as wheelchairs<br>• Operating and recovery room costs<br>• Physical, occupational, and speech language therapy<br>• Inpatient substance abuse services<br>• Under certain conditions, the following types of transplants are covered: corneal, kidney, kidney-pancreatic, heart, liver, lung, heart/lung, bone marrow, stem cell, and intestinal/multivisceral. If you need a transplant, we will arrange to have your case reviewed by a Medicare-approved transplant center that will decide whether you are a candidate for a transplant. Transplant providers may be local or outside of the service area. If our in-network transplant services are outside the community pattern of care, you may choose to go locally as long as the local transplant | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| providers are willing to accept the Original Medicare rate. If Aetna Medicare Premier Plan (PPO) provides transplant services at a location outside the pattern of care for transplants in your community and you choose to obtain transplants at this distant location, we will arrange or pay for appropriate lodging and transportation costs for you and a companion.<br>• Blood – including storage and administration. All components of blood are covered beginning with the first pint used.<br>• Physician services<br><br>**Note:** To be an inpatient, your provider must write an order to admit you formally as an inpatient of the hospital. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an inpatient or an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Inpatient mental health care** Covered services include mental health care services that require a hospital stay. Days covered: There is a 190-day lifetime limit for inpatient services in a psychiatric hospital. The 190-day limit does not apply to inpatient mental health services provided in a psychiatric unit of a general hospital. Cost-sharing is not charged on the day of discharge. **Prior authorization may be required and is the responsibility of your provider.** | $365 per day, days 1-4; $0 per day, days 5-90 for inpatient services. Cost-sharing is charged for each medically necessary covered inpatient stay. Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities, is considered a new admission. | 50% per stay for inpatient services. Cost-sharing is charged for each medically necessary covered inpatient stay. Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities is considered a new admission. |
| **Inpatient stay: Covered services received in a hospital or SNF during a non-covered inpatient stay** If you have exhausted your skilled nursing facility benefits, or if the skilled nursing facility or inpatient stay is not reasonable and necessary, we will not cover your inpatient stay. However, in some | $0 copay for Medicare-covered primary care physician (PCP) services (including telehealth services, nationally contracted walk-in clinic services, and urgently needed services). | $55 copay for Medicare-covered primary care physician (PCP) services (including Medicare-covered telehealth services and urgently needed services). $60 copay for Medicare- |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| cases, we will cover certain services you receive while you are in the hospital or the skilled nursing facility (SNF).<br><br>Covered services include, but are not limited to:<br><br>• Physician services<br>• Diagnostic tests (like lab tests)<br>• X-ray, radium, and isotope therapy including technician materials and services<br>• Surgical dressings<br>• Splints, casts and other devices used to reduce fractures and dislocations<br>• Prosthetics and orthotics devices (other than dental) that replace all or part of an internal body organ (including contiguous tissue), or all or part of the function of a permanently inoperative or malfunctioning internal body organ, including replacement or repairs of such devices<br>• Leg, arm, back, and neck braces; trusses, and artificial legs, arms, and eyes including adjustments, repairs, and | $30 copay for physician specialist services (including surgery second opinion, telehealth services, home infusion professional services, and urgently needed services).<br><br>$0 - $75 copay for each Medicare-covered diagnostic procedure and test.<br><br>  • $0 copay for services provided by your primary care physician in their office.<br>  • $75 copay for services performed by a provider other than your primary care physician.<br><br>$0 copay for each Medicare-covered lab service.<br><br>$0 - $120 copay for each Medicare-covered CT scan. | covered physician specialist services (including surgery second opinion, Medicare-covered telehealth services, home infusion professional services, and urgently needed services).<br><br>50% coinsurance for each Medicare-covered diagnostic procedure and test.<br><br>50% coinsurance for each Medicare-covered lab service.<br><br>50% coinsurance for each Medicare-covered CT scan.<br><br>50% coinsurance for each Medicare-covered diagnostic radiology service other than CT scans.<br><br>50% coinsurance for each Medicare-covered X-ray. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| replacements required because of breakage, wear, loss, or a change in the patient's physical condition<br>• Physical therapy, speech therapy, and occupational therapy<br><br>**Prior authorization may be required and is the responsibility of your provider.** | • $0 copay for services provided by your primary care physician in their office.<br>• $120 copay for services performed by a provider other than your primary care physician.<br><br>$0 - $120 copay for each Medicare-covered diagnostic radiology service other than CT scans.<br><br>• $0 copay for services provided by your primary care physician in their office.<br>• $120 copay for services performed by a provider other than your primary care physician.<br><br>$14 copay for each Medicare-covered X-ray. | 50% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>45% coinsurance for Medicare-covered medical supplies.<br><br>45% coinsurance for each Medicare-covered prosthetic device.<br><br>50% coinsurance for each Medicare-covered physical and speech therapy service.<br><br>50% coinsurance for each Medicare-covered occupational therapy service. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| | 20% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>20% coinsurance for Medicare-covered medical supplies.<br><br>20% coinsurance for each Medicare-covered prosthetic device.<br><br>$35 copay for each Medicare-covered physical and speech therapy service.<br><br>$35 copay for each Medicare-covered occupational therapy service. | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Meal benefit**<br>After discharge from an Inpatient Acute Hospital, Inpatient Psychiatric Hospital or Skilled Nursing Facility to your home, you may be eligible to receive up to 14 meals over a 7-day period\* delivered to your home. After our plan confirms that this benefit will help support your recovery or manage your health conditions, and is not based solely on convenience or comfort purposes, you will be contacted by our partner, GA Foods, to schedule delivery.<br><br>**Note:** Observation stays do not qualify you for this benefit. | $0 copay for covered meals. | The in-network provider must be used for the meal benefit. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| 🍎 **Medical nutrition therapy**<br>This benefit is for people with diabetes, renal (kidney) disease (but not on dialysis), or after a kidney transplant when ordered by your doctor.<br><br>We cover 3 hours of one-on-one counseling services during your first year that you receive medical nutrition therapy services under Medicare (this includes our plan, any other Medicare Advantage plan, or Original Medicare), and 2 hours each year after that. If your condition, treatment, or diagnosis changes, you may be able to receive more hours of treatment with a physician's order. A physician must prescribe these services and renew their order yearly if your treatment is needed into the next calendar year. | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered medical nutrition therapy services. | $0 copay for members eligible for Medicare-covered medical nutrition therapy services. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| 🍎 **Medicare Diabetes Prevention Program (MDPP)** <br> MDPP services will be covered for eligible Medicare beneficiaries under all Medicare health plans. <br><br> MDPP is a structured health behavior change intervention that provides practical training in long-term dietary change, increased physical activity, and problem-solving strategies for overcoming challenges to sustaining weight loss and a healthy lifestyle. | There is no coinsurance, copayment, or deductible for the MDPP benefit. | $0 copay for the Medicare-covered MDPP benefit. |
| **Medicare Part B prescription drugs** <br> These drugs are covered under Part B of Original Medicare. Members of our plan receive coverage for these drugs through our plan. <br><br> Covered drugs include: <br><br> • Drugs that usually aren't self-administered by the patient and are injected or infused while you are getting physician, hospital outpatient, or ambulatory surgical center services <br> • Drugs you take using durable medical equipment (such as | 20% coinsurance for chemotherapy drugs. <br><br> 20% coinsurance for all other drugs covered under Medicare Part B. <br><br> Part B drugs may be subject to step therapy requirements. | 50% coinsurance for chemotherapy drugs. <br><br> 50% coinsurance for all other drugs covered under Medicare Part B. <br><br> Part B drugs may be subject to step therapy requirements. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| nebulizers) that were authorized by the plan<br>• Clotting factors you give yourself by injection if you have hemophilia<br>• Immunosuppressive drugs, if you were enrolled in Medicare Part A at the time of the organ transplant<br>• Injectable osteoporosis drugs, if you are homebound, have a bone fracture that a doctor certifies was related to post-menopausal osteoporosis, and cannot self-administer the drug<br>• Antigens<br>• Certain oral anti-cancer drugs and anti-nausea drugs<br>• Certain drugs for home dialysis, including heparin, the antidote for heparin when medically necessary, topical anesthetics, and erythropoiesis-stimulating agents (such as Epogen®, Procrit®, Epoetin Alfa, Aranesp®, or Darbepoetin Alfa)<br>• Intravenous Immune Globulin for the home treatment of | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| primary immune deficiency diseases<br><br>The following link will take you to a list of Part B Drugs that may be subject to Step Therapy: Aetna.com/PartB-Step<br><br>We also cover some vaccines under our Part B and Part D prescription drug benefit.<br><br>Chapter 5 explains the Part D prescription drug benefit, including rules you must follow to have prescriptions covered. What you pay for your Part D prescription drugs through our plan is explained in Chapter 6.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | | |

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| \* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🍎 **Obesity screening and therapy to promote sustained weight loss** If you have a body mass index of 30 or more, we cover intensive counseling to help you lose weight. This counseling is covered if you get it in a primary care setting, where it can be coordinated with your comprehensive prevention plan. Talk to your primary care doctor or practitioner to find out more. | There is no coinsurance, copayment, or deductible for preventive obesity screening and therapy. | $0 copay for preventive obesity screening and therapy. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Opioid treatment program services** Members of our plan with opioid use disorder (OUD) can receive coverage of services to treat OUD through an Opioid Treatment Program (OTP) which includes the following services: <br><br> • U.S. Food and Drug Administration (FDA)-approved opioid agonist and antagonist treatment medication-assisted treatment (MAT) medications. <br> • Dispensing and administration of MAT medications (if applicable) <br> • Substance use counseling <br> • Individual and group therapy <br> • Toxicology testing <br> • Intake activities <br> • Periodic assessments <br><br> **Prior authorization may be required and is the responsibility of your provider.** | $40 copay for each Medicare-covered opioid use disorder treatment service. | 50% coinsurance for each Medicare-covered opioid use disorder treatment service. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Outpatient diagnostic tests and therapeutic services and supplies** Covered services include, but are not limited to:<br><br>• X-rays<br>• Radiation (radium and isotope) therapy including technician materials and supplies<br>• Surgical supplies, such as dressings<br>• Splints, casts and other devices used to reduce fractures and dislocations<br>• Laboratory tests<br>• Blood – including storage and administration. All components of blood are covered beginning with the first pint used.<br>• Other outpatient diagnostic tests<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $14 copay for each Medicare-covered X-ray.<br><br>20% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>20% coinsurance for Medicare-covered medical supplies.<br><br>$0 copay for each Medicare-covered lab service.<br><br>$0 copay for Medicare-covered and non-Medicare covered blood services.<br><br>$0 - $120 copay for each Medicare-covered CT scan.<br><br>• $0 copay for services provided by your primary care physician in their office. | 50% coinsurance for each Medicare-covered X-ray.<br><br>50% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>45% coinsurance for Medicare-covered medical supplies.<br><br>50% coinsurance for each Medicare-covered lab service.<br><br>$60 copay for Medicare-covered blood services.<br><br>$60 copay for non-Medicare covered blood services.<br><br>50% coinsurance for each Medicare-covered CT scan.<br><br>50% coinsurance for each Medicare-covered diagnostic radiology service other than CT |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| | <ul><li>$120 copay for services performed by a provider other than your primary care physician.</li></ul><br>$0 - $120 copay for each Medicare-covered diagnostic radiology service other than CT scans.<br><ul><li>$0 copay for services provided by your primary care physician in their office.</li><li>$120 copay for services performed by a provider other than your primary care physician.</li></ul><br>$0 - $75 copay for each Medicare-covered diagnostic procedure and test.<br><ul><li>$0 copay for services provided by your primary care</li></ul> | scans.<br><br>50% coinsurance for each Medicare-covered diagnostic procedure and test. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| | physician in their office.<br>• $75 copay for services performed by a provider other than your primary care physician.<br><br>$0 copay for each Medicare-covered retinal fundus service.<br><br>An additional cost share may apply if you receive services from multiple providers. | |
| **Outpatient hospital observation**<br>Observation services are hospital outpatient services given to determine if you need to be admitted as an inpatient or can be discharged.<br><br>For outpatient hospital observation services to be covered, they must meet the Medicare criteria and be considered reasonable and necessary. Observation services are covered only when provided by the order of a physician or another individual authorized by state | $350 copay for outpatient hospital observation services. | 50% coinsurance for outpatient hospital observation services. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| licensure law and hospital staff bylaws to admit patients to the hospital or order outpatient tests.<br><br>**Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | | |
| **Outpatient hospital services**<br>We cover medically-necessary services you get in the outpatient department of a hospital for diagnosis or treatment of an illness | $90 copay for emergency care. Cost-sharing is waived if you are admitted to the hospital. | $90 copay for emergency care. Cost-sharing is waived if you are admitted to the hospital. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| or injury.<br><br>Covered services include, but are not limited to:<br><br>• Services in an emergency department or outpatient clinic, such as observation services or outpatient surgery<br>• Laboratory and diagnostic tests billed by the hospital<br>• Mental health care, including care in a partial-hospitalization program, if a doctor certifies that inpatient treatment would be required without it<br>• X-rays and other radiology services billed by the hospital<br>• Medical supplies such as splints and casts<br>• Certain drugs and biologicals that you can't give yourself<br><br>**Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the | $350 copay for each Medicare-covered outpatient surgery at an outpatient hospital facility.<br><br>$350 copay for outpatient hospital observation services.<br><br>$0 - $75 copay for each Medicare-covered diagnostic procedure and test.<br><br>  • $0 copay for services provided by your primary care physician in their office.<br>  • $75 copay for services performed by a provider other than your primary care physician.<br><br>$0 copay for each Medicare-covered lab service.<br><br>$0 - $120 copay for each Medicare-covered CT scan. | 50% coinsurance for each Medicare-covered outpatient surgery at an outpatient hospital facility.<br><br>50% coinsurance for outpatient hospital observation services.<br><br>50% coinsurance for each Medicare-covered diagnostic procedure and test.<br><br>50% coinsurance for each Medicare-covered lab service.<br><br>50% coinsurance for each Medicare-covered CT scan.<br><br>50% coinsurance for each Medicare-covered diagnostic radiology service other than CT scans.<br><br>50% coinsurance for each Medicare-covered X-ray. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at www.medicare.gov/Pubs/pdf/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | • $0 copay for services provided by your primary care physician in their office.<br>• $120 copay for services performed by a provider other than your primary care physician.<br><br>$0 - $120 copay for each Medicare-covered diagnostic radiology service other than CT scans.<br><br>• $0 copay for services provided by your primary care physician in their office.<br>• $120 copay for services performed by a provider other than your primary care physician.<br><br>$14 copay for each Medicare-covered X-ray. | 50% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>50% coinsurance for each outpatient mental health service provided by a psychiatrist (individual or group sessions).<br><br>50% coinsurance for each outpatient mental health service provided by a mental health professional other than a psychiatrist (individual or group sessions).<br><br>50% coinsurance for each Medicare-covered partial hospitalization day.<br><br>45% coinsurance for Medicare-covered medical supplies.<br><br>50% coinsurance for chemotherapy drugs.<br><br>50% coinsurance for all |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| | 20% coinsurance for each Medicare-covered therapeutic radiology service.<br><br>$40 copay for each Medicare-covered individual session for outpatient mental health services provided by a psychiatrist.<br><br>$40 copay for each Medicare-covered group session for outpatient mental health services provided by a psychiatrist.<br><br>$40 copay for each Medicare-covered individual session for outpatient mental health services provided by a mental health professional other than a psychiatrist.<br><br>$40 copay for each Medicare-covered group session for outpatient mental health services provided by a mental | other drugs covered under Medicare Part B. |

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| | health professional other than a psychiatrist. $55 copay for each Medicare-covered partial hospitalization day. 20% coinsurance for Medicare-covered medical supplies. 20% coinsurance for chemotherapy drugs. 20% coinsurance for all other drugs covered under Medicare Part B. $30 copay for all other outpatient hospital services. | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Outpatient mental health care**<br>Covered services include:<br><br>Mental health services provided by a state-licensed psychiatrist or doctor, clinical psychologist, clinical social worker, clinical nurse specialist, nurse practitioner, physician assistant, or other Medicare-qualified mental health care professional as allowed under applicable state laws.<br><br>We also cover some telehealth visits with psychiatric and mental health professionals. See **"Physician/Practitioner services, including doctor's office visits"** for information about telehealth outpatient mental health care.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $40 copay for each Medicare-covered individual session for outpatient mental health services provided by a psychiatrist.<br><br>$40 copay for each Medicare-covered group session for outpatient mental health services provided by a psychiatrist.<br><br>$40 copay for each Medicare-covered individual session for outpatient mental health services provided by a mental health professional other than a psychiatrist.<br><br>$40 copay for each Medicare-covered group session for outpatient mental health services provided by a mental health professional other than a psychiatrist. | 50% coinsurance for each outpatient mental health service provided by a psychiatrist (individual or group sessions).<br><br>50% coinsurance for each outpatient mental health service provided by a mental health professional other than a psychiatrist (individual or group sessions). |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Outpatient rehabilitation services** Covered services include: physical therapy, occupational therapy, and speech language therapy.<br><br>Outpatient rehabilitation services are provided in various outpatient settings, such as hospital outpatient departments, independent therapist offices, and Comprehensive Outpatient Rehabilitation Facilities (CORFs).<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $35 copay for each Medicare-covered occupational therapy service.<br><br>$35 copay for each Medicare-covered physical and speech therapy service. | 50% coinsurance for each Medicare-covered occupational therapy service.<br><br>50% coinsurance for each Medicare-covered physical and speech therapy service. |
| **Outpatient substance abuse services** Our coverage is the same as Original Medicare's which is coverage for services that are provided in the outpatient department of a hospital to patients who, for example, have been discharged from an inpatient stay for the treatment of drug substance abuse or who require treatment but do not require the availability and intensity of services found only in the inpatient hospital setting. The coverage available for | $40 copay for each Medicare-covered individual outpatient substance abuse session.<br><br>$40 copay for each Medicare-covered group outpatient substance abuse session. | 50% coinsurance for each Medicare-covered outpatient substance abuse session (individual or group sessions). |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| these services is subject to the same rules generally applicable to the coverage of outpatient hospital services.<br><br>Covered services include:<br><br>• Assessment, evaluation, and treatment for substance use related disorders by a Medicare-eligible provider to quickly determine the severity of substance use and identify the appropriate level of treatment.<br>• Brief interventions or advice focusing on increasing insight and awareness regarding substance use and motivation toward behavioral change.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Outpatient surgery, including services provided at hospital outpatient facilities and ambulatory surgical centers**<br><br>**Note:** If you are having surgery in a hospital facility, you should check with your provider about whether you will be an inpatient or outpatient. Unless the provider writes an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient surgery. Even if you stay in the hospital overnight, you might still be considered an "outpatient."<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $350 copay for each Medicare-covered outpatient surgery at an ambulatory surgical center.<br><br>$350 copay for each Medicare-covered outpatient surgery at an outpatient hospital facility. | 50% coinsurance for each Medicare-covered outpatient surgery at an ambulatory surgical center.<br><br>50% coinsurance for each Medicare-covered outpatient surgery at an outpatient hospital facility. |
| **Over-the-Counter (OTC) items**<br>We pay up to $45 quarterly for the purchase of covered over-the-counter (OTC) items. You can order items in the OTC catalog as long as the total purchase price is equal to or less than $45*.<br><br>This plan comes with a quarterly allowance for OTC medications and | There is no coinsurance, copayment, or deductible for covered OTC items.<br><br>This benefit includes certain nicotine replacement therapies. | The in-network provider must be used for covered OTC items. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| supplies. For a complete list of covered items, please refer to the OTC catalog.<br><br>You may place up to three orders each quarter and are limited to up to nine (9) like items per quarter (every three months), with the exception of blood pressure monitors, which are limited to one per year. Orders cannot exceed your quarterly allowance. Any unused allowance will not be rolled over into the following quarter.<br><br>**Notes:**<br><br>• You cannot pay out-of-pocket for the difference above your allowance.<br>• The OTC limits apply to all orders including in-store/retail transactions, where available.<br>• Reimbursements are not allowed for this benefit. Items purchased outside of the benefit are not covered or reimbursable. Members cannot mail in their OTC order to Member Services.<br>• Quantity limits may apply to | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| select items.<br><br>OTC Vendor: OTC Health Solutions<br><br>Items may be ordered over the phone at 1- 833-331-1573 (TTY: 711) Monday-Friday 9 am-8 pm local time (except Hawaii) or online at cvs.com/otchs/myorder to be shipped to your home. You can place an order online 24 hours a day, 7 days a week (24/7). Ordered items are for enrollee only.<br><br>Items can also be obtained at select participating CVS retail locations by presenting your member ID card at check-out. You can use the store locator at cvs.com/otchs/myorder/storelocator to determine if there is a participating store near you. | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Partial hospitalization services** "Partial hospitalization" is a structured program of active psychiatric treatment provided as a hospital outpatient service, or by a community mental health center, that is more intense than the care received in your doctor's or therapist's office and is an alternative to inpatient hospitalization.<br><br>**Prior authorization may be required and is the responsibility of your provider.** | $55 copay for each Medicare-covered partial hospitalization day. | 50% coinsurance for each Medicare-covered partial hospitalization day. |

## CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Physician/Practitioner services, including doctor's office visits**<br>Covered services include:<br><br>• Medically necessary medical care or surgery services furnished in a physician's office, certified ambulatory surgical center, hospital outpatient department, or any other location<br>• Consultation, diagnosis, and treatment by a specialist<br>• Basic hearing and balance exams performed by your specialist, if your doctor orders it to see if you need medical treatment<br>• Certain telehealth services, including:<br>  ○ Primary care physician services<br>  ○ Physician specialist services<br>  ○ Mental health services (individual sessions)<br>  ○ Mental health services (group sessions)<br>  ○ Psychiatric services (individual sessions)<br>  ○ Psychiatric services (group sessions) | $0 copay for Medicare-covered primary care physician (PCP) services (including telehealth services, nationally contracted walk-in clinic services, and urgently needed services).<br><br>For a list of nationally contracted walk-in clinics, please consult your provider directory.<br><br>$30 copay for physician specialist services (including surgery second opinion, telehealth services, home infusion professional services, and urgently needed services).<br><br>$30 copay for each Medicare-covered hearing exam.<br><br>Certain additional telehealth services, including those for:<br><br>• $0 copay for each | $55 copay for Medicare-covered primary care physician (PCP) services (including Medicare-covered telehealth services and urgently needed services).<br><br>$60 copay for Medicare-covered physician specialist services (including surgery second opinion, Medicare-covered telehealth services, home infusion professional services, and urgently needed services).<br><br>$60 copay for each Medicare-covered hearing exam.<br><br>50% coinsurance for each Medicare-covered dental service. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
|     ○ Urgently needed services<br>• This coverage is in addition to the telehealth services described below. For more details on your additional telehealth coverage, please review your Aetna Medicare Telehealth Coverage at [AetnaMedicare.com/Telehealth](AetnaMedicare.com/Telehealth).<br>    ○ You have the option of getting these services through an in-person visit or by telehealth. If you choose to get one of these services by telehealth, you must use a network provider who offers the service by telehealth.<br>    ○ Members should contact their doctor for information on what telehealth services they offer and how to schedule a telehealth visit. Depending on location, members may also have the option to schedule a telehealth visit 24 hours a day, 7 days a week via Teladoc, MinuteClinic Video | primary care physician service<br>• $30 copay for each physician specialist service<br>• $40 copay for each mental health service (individual sessions)<br>• $40 copay for each mental health service (group sessions)<br>• $40 copay for each psychiatric service (individual sessions)<br>• $40 copay for each psychiatric service (group sessions)<br>• $30 copay for each urgently needed service<br><br>$30 copay for each Medicare-covered dental service. | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| Visit, or other provider that offers telehealth services covered under your plan. Members can access Teladoc at Teladoc.com/Aetna or by calling 1-855-TELADOC (1-855-835-2362) (TTY: 711). Members can find out if MinuteClinic Video Visits are available in their area at CVS.com/MinuteClinic/virtual-care/videovisit.<br>• Some telehealth services including consultation, diagnosis, and treatment by a physician or practitioner, for patients in certain rural areas or other places approved by Medicare<br>• Telehealth services for monthly end-stage renal disease-related visits for home dialysis members in a hospital-based or critical access hospital-based renal dialysis center, renal dialysis facility, or the member's home<br>• Telehealth services to diagnose, evaluate, or treat | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| symptoms of a stroke, regardless of your location<br>• Telehealth services for members with a substance use disorder or co-occurring mental health disorder, regardless of their location<br>• Virtual check-ins (for example, by phone or video chat) with your doctor for 5-10 minutes **if**:<br>  ○ You're not a new patient **and**<br>  ○ The check-in isn't related to an office visit in the past 7 days **and**<br>  ○ The check-in doesn't lead to an office visit within 24 hours or the soonest available appointment<br>• Evaluation of video and/or images you send to your doctor, and interpretation and follow-up by your doctor within 24 hours **if**:<br>  ○ You're not a new patient **and**<br>  ○ The evaluation isn't related to an office visit in the past 7 days **and**<br>  ○ The evaluation doesn't lead | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| to an office visit within 24 hours or the soonest available appointment<br>• Consultation your doctor has with other doctors by phone, internet, or electronic health record<br>• Second opinion by another network provider prior to surgery<br>• Non-routine dental care (covered services are limited to surgery of the jaw or related structures, setting fractures of the jaw or facial bones, extraction of teeth to prepare the jaw for radiation treatments of neoplastic cancer disease, or services that would be covered when provided by a physician)<br><br>**Prior authorization may be required and is the responsibility of your provider.** | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Podiatry services**<br>Covered services include:<br><br>• Diagnosis and the medical or surgical treatment of injuries and diseases of the feet (such as hammer toe or heel spurs)<br>• Routine foot care for members with certain medical conditions affecting the lower limbs | $30 copay for each Medicare-covered podiatry visit. | $60 copay for each Medicare-covered podiatry visit. |
| 🍎 **Prostate cancer screening exams**<br>For men age 50 and older, covered services include the following – once every 12 months:<br><br>• Digital rectal exam<br>• Prostate Specific Antigen (PSA) test | There is no coinsurance, copayment, or deductible for an annual PSA test.<br><br>$0 copay for each Medicare-covered digital rectal exam. | $0 copay for an annual PSA test.<br><br>$0 copay for each Medicare-covered digital rectal exam. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
| **Prosthetic devices and related supplies** <br> Devices (other than dental) that replace all or part of a body part or function. These include, but are not limited to: colostomy bags and supplies directly related to colostomy care, pacemakers, braces, prosthetic shoes, artificial limbs, and breast prostheses (including a surgical brassiere after a mastectomy). Includes certain supplies related to prosthetic devices, and repair and/or replacement of prosthetic devices. Also includes some coverage following cataract removal or cataract surgery – see "**Vision Care**" later in this section for more detail. <br><br> **Prior authorization may be required and is the responsibility of your provider.** | 20% coinsurance for each Medicare-covered prosthetic device. <br><br> 20% coinsurance for Medicare-covered medical supplies. | 45% coinsurance for each Medicare-covered prosthetic device. <br><br> 45% coinsurance for Medicare-covered medical supplies. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Pulmonary rehabilitation services** Comprehensive programs of pulmonary rehabilitation are covered for members who have moderate to very severe chronic obstructive pulmonary disease (COPD) and an order for pulmonary rehabilitation from the doctor treating the chronic respiratory disease. | $30 copay for each Medicare-covered pulmonary rehabilitation service. | 50% coinsurance for each Medicare-covered pulmonary rehabilitation service. |
| 🍎 **Screening and counseling to reduce alcohol misuse** We cover one alcohol misuse screening for adults with Medicare (including pregnant women) who misuse alcohol, but aren't alcohol dependent.<br><br>If you screen positive for alcohol misuse, you can get up to 4 brief face-to-face counseling sessions per year (if you're competent and alert during counseling) provided by a qualified primary care doctor or practitioner in a primary care setting. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit. | $0 copay for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit. |
| 🍎 **Screening for lung cancer with low dose computed tomography (LDCT)** For qualified individuals, a LDCT is covered every 12 months. | There is no coinsurance, copayment, or deductible for the Medicare-covered counseling and shared decision making visit or for the LDCT. | $0 copay for the Medicare-covered counseling and shared decision making visit and for the LDCT. |

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Eligible members are:** people aged 55–77 years who have no signs or symptoms of lung cancer, but who have a history of tobacco smoking of at least 30 pack-years and who currently smoke or have quit smoking within the last 15 years, who receive a written order for LDCT during a lung cancer screening counseling and shared decision making visit that meets the Medicare criteria for such visits and be furnished by a physician or qualified non-physician practitioner.

*For LDCT lung cancer screenings after the initial LDCT screening*: the member must receive a written order for LDCT lung cancer screening, which may be furnished during any appropriate visit with a physician or qualified non-physician practitioner. If a physician or qualified non-physician practitioner elects to provide a lung cancer screening counseling and shared decision making visit for subsequent lung cancer screenings with LDCT, the visit must meet the Medicare criteria for such visits. | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🍎 **Screening for sexually transmitted infections (STIs) and counseling to prevent STIs** <br><br> We cover sexually transmitted infection (STI) screenings for chlamydia, gonorrhea, syphilis, and Hepatitis B. These screenings are covered for pregnant women and for certain people who are at increased risk for an STI when the tests are ordered by a primary care provider. We cover these tests once every 12 months or at certain times during pregnancy. <br><br> We also cover up to 2 individual 20 to 30 minute, face-to-face high-intensity behavioral counseling sessions each year for sexually active adults at increased risk for STIs. We will only cover these counseling sessions as a preventive service if they are provided by a primary care provider and take place in a primary care setting, such as a doctor's office. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening for STIs and counseling for STIs preventive benefit. | $0 copay for the Medicare-covered screening for STIs and counseling for STIs preventive benefit. |
| **Services to treat kidney disease** <br> Covered services include: <br><br> • Kidney disease education | 20% coinsurance for each Medicare-covered kidney disease education session. | $60 copay for each Medicare-covered kidney disease education session. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| services to teach kidney care and help members make informed decisions about their care. For members with stage IV chronic kidney disease when referred by their doctor, we cover up to six sessions of kidney disease education services per lifetime<br>• Outpatient dialysis treatments (including dialysis treatments when temporarily out of the service area, as explained in Chapter 3)<br>• Inpatient dialysis treatments (if you are admitted as an inpatient to a hospital for special care)<br>• Self-dialysis training (includes training for you and anyone helping you with your home dialysis treatments)<br>• Home dialysis equipment and supplies<br>• Certain home support services (such as, when necessary, visits by trained dialysis workers to check on your home dialysis, to help in emergencies, and check your | 20% coinsurance for Medicare-covered outpatient dialysis, self-dialysis training, certain home support services, and home dialysis equipment and supplies.<br><br>$365 per day, days 1-4; $0 per day, days 5-90; $0 copay for additional days for inpatient services.<br><br>Cost-sharing is charged for each medically necessary covered inpatient stay.<br><br>Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities, is considered a new admission. | 50% coinsurance for outpatient dialysis, self-dialysis training, certain home support services, and home dialysis equipment and supplies.<br><br>50% per stay for inpatient hospital services.<br><br>Cost-sharing is charged for each medically necessary covered inpatient stay.<br><br>Your inpatient benefits will begin on day one each time you are admitted within or to a specific facility type. A transfer within or to a facility including Inpatient Rehabilitation facilities, Long Term Acute Care (LTAC) facilities, Inpatient Acute Care facilities, and Inpatient Psychiatric facilities, is considered a new admission.<br><br>If you get authorized inpatient care at an out-of- |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| dialysis equipment and water supply)<br><br>Certain drugs for dialysis are covered under your Medicare Part B drug benefit. For information about coverage for Part B Drugs, please go to the section, "**Medicare Part B prescription drugs**."<br><br>**Prior authorization may be required and is the responsibility of your provider.** | If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost-sharing you would pay at a network hospital. | network hospital after your emergency condition is stabilized, your cost is the cost-sharing you would pay at a network hospital. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Skilled nursing facility (SNF) care** (For a definition of "skilled nursing facility care," see Chapter 12 of this booklet. Skilled nursing facilities are sometimes called "SNFs.")<br><br>Days covered: You are covered for up to 100 days per benefit period. A prior hospital stay is not required. We will only cover your stay if you meet certain Medicare guidelines and your stay is medically necessary.<br><br>Covered services include but are not limited to:<br><br>• Semiprivate room (or a private room if medically necessary)<br>• Meals, including special diets<br>• Skilled nursing services<br>• Physical therapy, occupational therapy, and speech therapy<br>• Drugs administered to you as part of your plan of care (This includes substances that are naturally present in the body, such as blood clotting factors.)<br>• Blood - including storage and administration. All components of blood are covered beginning with the first pint used. | $0 per day, days 1-20; $188 per day, days 21-100 for each Medicare-covered SNF stay.<br><br>A benefit period begins the day you go into a hospital or skilled nursing facility. The benefit period ends when you haven't received any inpatient hospital care (or skilled care in a SNF) for 60 days in a row. If you go into a hospital or a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods you can have. | 50% per stay for each Medicare-covered SNF stay.<br><br>A benefit period begins the day you go into a hospital or skilled nursing facility. The benefit period ends when you haven't received any inpatient hospital care (or skilled care in a SNF) for 60 days in a row. If you go into a hospital or a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods you can have. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| • Medical and surgical supplies ordinarily provided by SNFs<br>• Laboratory tests ordinarily provided by SNFs<br>• X-rays and other radiology services ordinarily provided by SNFs<br>• Use of appliances such as wheelchairs ordinarily provided by SNFs<br>• Physician/Practitioner services<br><br>Generally, you will get your SNF care from network facilities. However, under certain conditions listed below, you may be able to pay in-network cost-sharing for a facility that isn't a network provider, if the facility accepts our plan's amounts for payment.<br><br>• A nursing home or continuing care retirement community where you were living right before you went to the hospital (as long as it provides skilled nursing facility care).<br>• A SNF where your spouse is living at the time you leave the hospital. | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Prior authorization may be required and is the responsibility of your provider.** | | |
| 🍎 **Smoking and tobacco use cessation (counseling to stop smoking or tobacco use)**<br><br>If you use tobacco, but do not have signs or symptoms of tobacco-related disease: We cover two counseling quit attempts within a 12-month period as a preventive service with no cost to you. Each counseling attempt includes up to four face-to-face visits.<br><br>If you use tobacco and have been diagnosed with a tobacco-related disease or are taking medicine that may be affected by tobacco: We cover cessation counseling services. We cover two counseling quit attempts within a 12-month period, however, you will pay the applicable inpatient or outpatient cost-sharing. Each counseling attempt includes up to four face-to-face visits.<br><br>In addition to Medicare-covered benefits, we also offer: | There is no coinsurance, copayment, or deductible for the Medicare-covered smoking and tobacco use cessation preventive benefits.<br><br>$0 copay for each non-Medicare covered smoking and tobacco use cessation visit. | $0 copay for the Medicare-covered smoking and tobacco use cessation preventive benefits.<br><br>$0 copay for each non-Medicare covered smoking and tobacco use cessation visit. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\*** Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| • Additional individual and group face-to-face intermediate and intensive counseling sessions: unlimited visits every year | | |
| **Supervised exercise therapy (SET)** SET is covered for members who have symptomatic peripheral artery disease (PAD) and a referral for PAD from the physician responsible for PAD treatment.<br><br>Up to 36 sessions over a 12-week period are covered if the SET program requirements are met. The SET program must:<br><br>• Consist of sessions lasting 30-60 minutes, comprising a therapeutic exercise-training program for PAD in patients with claudication<br>• Be conducted in a hospital outpatient setting or a physician's office<br>• Be delivered by qualified auxiliary personnel necessary to ensure benefits exceed harms, and who are trained in exercise therapy for PAD | $30 copay for each Medicare-covered supervised exercise therapy service. | 50% coinsurance for each Medicare-covered supervised exercise therapy service. |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| • Be under the direct supervision of a physician, physician assistant, or nurse practitioner/clinical nurse specialist who must be trained in both basic and advanced life support techniques<br><br>SET may be covered beyond 36 sessions over 12 weeks for an additional 36 sessions over an extended period of time if deemed medically necessary by a health care provider. | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| **Urgently needed services**<br>Urgently needed services are provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible.<br><br>Cost-sharing for necessary urgently needed services furnished out-of-network is the same as for such services furnished in-network.<br><br>In addition to Medicare-covered benefits, we also offer:<br><br>• Urgently needed services are covered worldwide.<br><br>$250,000 maximum benefit for worldwide emergency and urgently needed care annually. | $30 copay for each Medicare-covered urgent care facility visit. Cost-sharing is <u>not</u> waived if you are admitted to the hospital.<br><br>(See "**Physician/ Practitioner services, including doctor's office visits**" for information about urgently needed services provided in a physician office.)<br><br>$90 copay for each urgent care visit worldwide (i.e. outside the United States). Cost-sharing is <u>not</u> waived if you are admitted to the hospital. | $30 copay for each Medicare-covered urgent care facility visit. Cost-sharing is <u>not</u> waived if you are admitted to the hospital.<br><br>(See "**Physician/ Practitioner services, including doctor's office visits**" for information about urgently needed services provided in a physician office.)<br><br>$90 copay for each urgent care visit worldwide (i.e. outside the United States). Cost-sharing is <u>not</u> waived if you are admitted to the hospital. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| **\* Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum.** | | |
|  **Vision care** <br><br> Covered services include: <br><br> • Outpatient physician services for the diagnosis and treatment of diseases and injuries of the eye, including treatment for age-related macular degeneration. Original Medicare doesn't cover routine eye exams (eye refractions) for eyeglasses/contacts. <br> • For people who are at high risk of glaucoma, we will cover one glaucoma screening each year. People at high risk of glaucoma include: people with a family history of glaucoma, people with diabetes, African-Americans who are age 50 and older, and Hispanic Americans who are 65 or older. <br> • For people with diabetes, screening for diabetic retinopathy is covered once per year. <br> • One pair of eyeglasses or contact lenses after each cataract surgery that includes insertion of an intraocular lens. (If you have two separate | $30 copay for services for the diagnosis and treatment of diseases and injuries of the eye. <br><br> $0 copay for each Medicare-covered glaucoma screening. <br><br> $0 copay for the initial diabetic eye exam each year. <br><br> $0 copay for each follow up diabetic eye exam. <br><br> $0 copay for Medicare-covered eyewear. <br><br> $0 copay for each non-Medicare covered eye exam. <br><br> Additional cost sharing may apply if you receive additional services during your visit. | $60 copay for services for the diagnosis and treatment of diseases and injuries of the eye. <br><br> 50% coinsurance for each Medicare-covered glaucoma screening. <br><br> 50% coinsurance for Medicare-covered eyewear. <br><br> $60 copay for each non-Medicare covered eye exam and each follow-up diabetic eye exam. <br><br> Additional cost sharing may apply if you receive additional services during your visit. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| cataract operations, you cannot reserve the benefit after the first surgery and purchase two eyeglasses after the second surgery.)<br><br>In addition to Medicare-covered benefits, we also offer:<br><br>• Non-Medicare covered eye exams: one exam every year<br>• Follow-up diabetic eye exam | | |
| **Vision care - eyewear (non-Medicare covered)**<br>Non-Medicare covered prescription eyewear:<br><br>• Contact lenses*<br>• Eyeglasses (lenses and frames)*<br>• Eyeglass lenses*<br>• Eyeglass frames*<br>• Upgrades*<br><br>**Non-Medicare covered eyewear allowance:** Plan reimburses up to $115 every year for non-Medicare covered prescription eyewear. You are responsible for any amount above the eyewear coverage limit. | You will be required to pay for services up front and submit for reimbursement.<br><br>Non-Medicare covered eyewear:<br>• Contact lenses: $0 copay<br>• Eyeglasses (lenses and frames): $0 copay<br>• Eyeglass lenses: $0 copay<br>• Eyeglass frames: $0 copay<br>• Upgrades: $0 copay | You will be required to pay for services up front and submit for reimbursement.<br><br>Non-Medicare covered eyewear:<br>• Contact lenses: $0 copay<br>• Eyeglasses (lenses and frames): $0 copay<br>• Eyeglass lenses: $0 copay<br>• Eyeglass frames: $0 copay<br>• Upgrades: $0 copay |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| You may see any licensed vision provider in the U.S. If you choose to receive services through EyeMed, your EyeMed provider will apply your allowance at point of service and bill us directly, eliminating the need for you to submit for reimbursement. To locate an EyeMed provider, search online at aetnamedicarevision.com or you may call 1-844-486-3485. If you choose to receive services through another provider, they may require you to pay up front.<br><br>To be reimbursed for your prescription eyewear, you must:<br><br>Complete and mail the medical reimbursement form along with the itemized receipt/bill and proof of payment that lists the services that were provided to PO Box 981106 El Paso, TX 79998-1106. Fax the completed form and your original itemized receipts/bills with proof of payment to 1-866-474-4040. Or complete the digital form and upload your original itemized receipts/bills with proof of payment. All forms can be found online or by calling Member Services at the number on the back | | |

**CHAPTER 4.  Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| of your ID card. The form must be submitted within 365 days from the date of service to be eligible for reimbursement.<br><br>Remember to make copies of your itemized receipt/bill from your provider and include your member ID on each receipt/bill as mailed materials will not be returned to you.<br><br>When we have received all necessary information, your claim will be evaluated for reimbursement. If approved it can take up to 45 days for you to receive payment. If your request is incomplete, such as no itemization of services, or there is missing information, you will be notified by mail. You will then have to supply the missing information, which will delay the processing time.<br><br>Notes:<br>If you use a non-licensed provider you will not receive reimbursement. | | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services that are covered for you | What you must pay when you get these services in-network | What you must pay when you get these services out-of-network |
|---|---|---|
| * Services with an asterisk do not apply to your in-network or combined out-of-pocket maximum. | | |
| 🔵 **"Welcome to Medicare" preventive visit**<br>The plan covers the one-time "Welcome to Medicare" preventive visit. The visit includes a review of your health, as well as education and counseling about the preventive services you need (including certain screenings and shots), and referrals for other care if needed.<br><br>**Important:** We cover the "Welcome to Medicare" preventive visit only within the first 12 months you have Medicare Part B. When you make your appointment, let your doctor's office know you would like to schedule your "Welcome to Medicare" preventive visit. | There is no coinsurance, copayment, or deductible for the "Welcome to Medicare" preventive visit.<br><br>$0 copay for a Medicare-covered EKG following the "Welcome to Medicare" preventive visit. | $0 copay for the "Welcome to Medicare" preventive visit.<br><br>$0 copay for a Medicare-covered EKG following the "Welcome to Medicare" preventive visit. |

| Section 2.2 | Getting care using our plan's optional visitor/traveler benefit |
|---|---|

When you are continuously absent from our plan's service area for more than six months, we usually must disenroll you from our plan. However, we offer as a supplemental benefit a visitor/traveler program that is available within the United States, which will allow you to remain enrolled in our plan when you are in the visitor/traveler area and outside of our plan's service area for up to 12 months. This program is available to all Aetna Medicare Premier Plan (PPO) members who are temporarily in the visitor/traveler area and outside our plan's service area. Under our visitor/traveler program you may receive all plan covered services at in-network cost-sharing when you see a network provider. In most cases, when you receive non-urgent/non-emergency care from an out-of-network provider

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

(a provider who is not an Aetna Medicare provider), your share of the costs for your covered services may be higher, see Chapter 3, Section 2.3 for more information. Please contact the plan for assistance in locating a provider when using the visitor/traveler benefit.

If you are in the visitor/traveler area and outside the plan's service area, you can stay enrolled in our plan for up to 12 months. If you have not returned to the plan's service area within 12 months, you will be disenrolled from the plan. Please be sure to notify us when you will be out of the plan's service area for more than six months.

| SECTION 3 | What services are not covered by the plan? |
| --- | --- |

| Section 3.1 | Services we do not cover (exclusions) |
| --- | --- |

This section tells you what services are "excluded" from Medicare coverage and therefore, are not covered by this plan. If a service is "excluded," it means that this plan doesn't cover the service.

The chart below lists services and items that either are not covered under any condition or are covered only under specific conditions.

If you get services that are excluded (not covered), you must pay for them yourself. We won't pay for the excluded medical services listed in the chart below except under the specific conditions listed. The only exception: we will pay if a service in the chart below is found upon appeal to be a medical service that we should have paid for or covered because of your specific situation. (For information about appealing a decision we have made to not cover a medical service, go to Chapter 9, Section 5.3 in this booklet.)

All exclusions or limitations on services are described in the Benefits Chart or in the chart below.

Even if you receive the excluded services at an emergency facility, the excluded services are still not covered and our plan will not pay for them.

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
| --- | --- | --- |
| Acupuncture | | ✓<br><br>Covered for chronic low back pain. |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Cosmetic surgery or procedures | | ✓<br><br>Covered in cases of an accidental injury or for improvement of the functioning of a malformed body member.<br><br>Covered for all stages of reconstruction for a breast after a mastectomy, as well as for the unaffected breast to produce a symmetrical appearance. |
| Custodial care is care provided in a nursing home, hospice, or other facility setting when you do not require skilled medical care or skilled nursing care.<br><br>Custodial care is personal care that does not require the continuing attention of trained medical or paramedical personnel, such as care that helps you with activities of daily living, such as bathing or dressing. | ✓ | |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Experimental medical and surgical procedures, equipment and medications.<br><br>Experimental procedures and items are those items and procedures determined by our plan and Original Medicare to not be generally accepted by the medical community. | | ✔<br><br>May be covered by Original Medicare under a Medicare-approved clinical research study or by our plan.<br><br>(See Chapter 3, Section 5 for more information on clinical research studies.) |
| Fees charged for care by your immediate relatives or members of your household. | ✔ | |
| Full-time nursing care in your home. | ✔ | |
| Home-delivered meals | | ✔<br><br>Our plan provides some coverage for home-delivered meals as described in the Medical Benefits Chart. |
| Homemaker services include basic household assistance, including light housekeeping or light meal preparation. | ✔ | |
| Naturopath services (uses natural or alternative treatments). | ✔ | |

**CHAPTER 4. Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Non-routine dental care | | ✓<br><br>Dental care required to treat illness or injury may be covered as inpatient or outpatient care.Our plan provides some additional coverage for non-routine dental care as described in the Medical Benefits Chart. |
| Orthopedic shoes | | ✓<br><br>If shoes are part of a leg brace and are included in the cost of the brace, or the shoes are for a person with diabetic foot disease. |
| Personal items in your room at a hospital or a skilled nursing facility, such as a telephone or a television. | ✓ | |
| Private room in a hospital. | | ✓<br><br>Covered only when medically necessary |
| Reversal of sterilization procedures and or non-prescription contraceptive supplies. | ✓ | |
| Routine chiropractic care | | ✓<br><br>Manual manipulation of the spine to correct a subluxation is covered. |

**CHAPTER 4.　Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Routine dental care, such as cleanings, fillings or dentures. | | ✓<br><br>Our plan provides some coverage for preventive dental services as described in the Medical Benefits Chart. |
| Routine eye examinations, eyeglasses, radial keratotomy, LASIK surgery, and other low vision aids. | | ✓<br><br>Eye exam and one pair of eyeglasses (or contact lenses) are covered for people after cataract surgery.<br><br>Routine eye exams: Our plan provides some coverage for routine eye exams as described in the Medical Benefits Chart.<br><br>Eyewear: Our plan provides some additional coverage for eyewear as described in the Medical Benefits Chart. |
| Routine foot care | | ✓<br><br>Some limited coverage provided according to Medicare guidelines (e.g., if you have diabetes). |

**CHAPTER 4.   Medical Benefits Chart (what is covered and what you pay)**

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Routine hearing exams, hearing aids, or exams to fit hearing aids. | | ✔<br><br>Routine hearing exams: Our plan provides some coverage for routine hearing exams as described in the Medical Benefits Chart.<br><br>Hearing aid fitting and evaluations: Our plan provides some coverage for hearing aid fitting and evaluations as described in the Medical Benefits Chart.<br><br>Hearing aids:<br>Hearing aids are not covered. |
| Services considered not reasonable and necessary, according to the standards of Original Medicare. | ✔ | |
| Supportive devices for the feet | | ✔<br><br>Orthopedic or therapeutic shoes for people with diabetic foot disease. |

# CHAPTER 5

*Using the plan's coverage for your Part D prescription drugs*

7:25-cv-00759-JDA      Date Filed 02/10/25      Entry Number 1-1      Page 157 of 313

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                                    152
CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs

# CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

**SECTION 1**    **Introduction**................................................................... **154**

Section 1.1    This chapter describes your coverage for Part D drugs...................... 154

Section 1.2    Basic rules for the plan's Part D drug coverage............................. 155

**SECTION 2**    **Fill your prescription at a network pharmacy or through the plan's**

mail-order service................................................................ **155**

Section 2.1    To have your prescription covered, use a network pharmacy.............. 155

Section 2.2    Finding network pharmacies..................................................... 156

Section 2.3    Using the plan's mail-order services.......................................... 157

Section 2.4    How can you get a long-term supply of drugs?............................. 158

Section 2.5    When can you use a pharmacy that is not in the plan's network?.......... 159

**SECTION 3**    **Your drugs need to be on the plan's "Drug List"**.......................... **160**

Section 3.1    The "Drug List" tells which Part D drugs are covered........................ 160

Section 3.2    There are 5 "cost-sharing tiers" for drugs on the Drug List................. 161

Section 3.3    How can you find out if a specific drug is on the Drug List? ................ 161

**SECTION 4**    **There are restrictions on coverage for some drugs**........................ **162**

Section 4.1    Why do some drugs have restrictions?......................................... 162

Section 4.2    What kinds of restrictions?..................................................... 162

Section 4.3    Do any of these restrictions apply to your drugs? ............................ 163

**SECTION 5**    **What if one of your drugs is not covered in the way you'd like it to be**

covered?......................................................................... **163**

Section 5.1    There are things you can do if your drug is not covered in the way

you'd like it to be covered.................................................... 164

Section 5.2    What can you do if your drug is not on the Drug List or if the drug is

restricted in some way?....................................................... 164

Section 5.3    What can you do if your drug is in a cost-sharing tier you think is too

high?............................................................................. 166

**SECTION 6**    **What if your coverage changes for one of your drugs?**.................... **167**

Section 6.1    The Drug List can change during the year..................................... 167

**CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs**

Section 6.2    What happens if coverage changes for a drug you are taking?............    167

**SECTION 7      What types of drugs are *not* covered by the plan?**.........................  **169**

Section 7.1    Types of drugs we do not cover..................................................    169

**SECTION 8      Show your plan membership card when you fill a prescription**..........  **170**

Section 8.1    Show your membership card....................................................    170

Section 8.2    What if you don't have your membership card with you?...................    170

**SECTION 9      Part D drug coverage in special situations**....................................  **171**

Section 9.1    What if you're in a hospital or a skilled nursing facility for a stay that is
               covered by the plan?...............................................................    171

Section 9.2    What if you're a resident in a long-term care (LTC) facility?.................    171

Section 9.3    What if you're also getting drug coverage from an employer or retiree
               group plan?.........................................................................    172

Section 9.4    What if you're in Medicare-certified hospice?...................................    172

**SECTION 10     Programs on drug safety and managing medications**......................  **173**

Section 10.1   Programs to help members use drugs safely....................................    173

Section 10.2   Drug Management Program (DMP) to help members safely use their
               opioid medications................................................................    173

Section 10.3   Medication Therapy Management (MTM) program to help members
               manage their medications.........................................................    174

CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

 **Did you know there are programs to help people pay for their drugs?**

The "Extra Help" program helps people with limited resources pay for their drugs. For more information, see Chapter 2, Section 7.

**Are you currently getting help to pay for your drugs?**

If you are in a program that helps pay for your drugs, **some information in this *Evidence of Coverage* about the costs for Part D prescription drugs may not apply to you.** We sent you a separate insert, called the "Evidence of Coverage Rider for People Who Get Extra Help Paying for Prescription Drugs" (also known as the "Low Income Subsidy Rider" or the "LIS Rider"), which tells you about your drug coverage. If you don't have this insert, please call Member Services and ask for the "LIS Rider." (Phone numbers for Member Services are printed on the back cover of this booklet.)

## SECTION 1        Introduction

| Section 1.1 | This chapter describes your coverage for Part D drugs |
|---|---|

This chapter **explains rules for using your coverage for Part D drugs.** The next chapter tells what you pay for Part D drugs (Chapter 6, *What you pay for your Part D prescription drugs*).

In addition to your coverage for Part D drugs, Aetna Medicare Premier Plan (PPO) also covers some drugs under the plan's medical benefits. Through its coverage of Medicare Part A benefits, our plan generally covers drugs you are given during covered stays in the hospital or in a skilled nursing facility. Through its coverage of Medicare Part B benefits, our plan covers drugs including certain chemotherapy drugs, certain drug injections you are given during an office visit, and drugs you are given at a dialysis facility. Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*) tells about the benefits and costs for drugs during a covered hospital or skilled nursing facility stay, as well as your benefits and costs for Part B drugs.

Your drugs may be covered by Original Medicare if you are in Medicare hospice. Our plan only covers Medicare Parts A, B, and D services and drugs that are unrelated to your terminal prognosis and related conditions and therefore not covered under the Medicare hospice benefit. For more information, please see Section 9.4 (*What if you're in Medicare-certified hospice*). For information on hospice coverage and Part C, see the hospice section of Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*).

The following sections discuss coverage of your drugs under the plan's Part D benefit rules. Section 9, *Part D drug coverage in special situations* includes more information on your Part D coverage and

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

Original Medicare.

| Section 1.2 | Basic rules for the plan's Part D drug coverage |
|---|---|

The plan will generally cover your drugs as long as you follow these basic rules:

- You must have a provider (a doctor, dentist or other prescriber) write your prescription.
- Your prescriber must either accept Medicare or file documentation with CMS showing that he or she is qualified to write prescriptions, or your Part D claim will be denied. You should ask your prescribers the next time you call or visit if they meet this condition. If not, please be aware it takes time for your prescriber to submit the necessary paperwork to be processed.
- You generally must use a network pharmacy to fill your prescription. (See Section 2, *Fill your prescriptions at a network pharmacy or through the plan's mail-order service*.)
- Your drug must be on the plan's *List of Covered Drugs (Formulary)* (we call it the "Drug List" for short). (See Section 3, *Your drugs need to be on the plan's "Drug List."*)
- Your drug must be used for a medically accepted indication. A "medically accepted indication" is a use of the drug that is either approved by the Food and Drug Administration or supported by certain reference books. (See Section 3 for more information about a medically accepted indication.)

| SECTION 2 | **Fill your prescription at a network pharmacy or through the plan's mail-order service** |
|---|---|

| Section 2.1 | To have your prescription covered, use a network pharmacy |
|---|---|

In most cases, your prescriptions are covered *only* if they are filled at the plan's network pharmacies. (See Section 2.5 for information about when we would cover prescriptions filled at out-of-network pharmacies.)

A network pharmacy is a pharmacy that has a contract with the plan to provide your covered prescription drugs. The term "covered drugs" means all of the Part D prescription drugs that are covered on the plan's Drug List.

Our network includes pharmacies that offer standard cost-sharing and pharmacies that offer preferred cost-sharing. You may go to either type of network pharmacy to receive your covered prescription drugs. Your cost-sharing may be less at pharmacies with preferred cost-sharing.

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

| Section 2.2 | Finding network pharmacies |
|---|---|

### How do you find a network pharmacy in your area?

To find a network pharmacy, you can look in your *Provider & Pharmacy Directory*, visit our website ([AetnaMedicare.com/findpharmacy](AetnaMedicare.com/findpharmacy)), or call Member Services (phone numbers are printed on the back cover of this booklet).

You may go to any of our network pharmacies. However, your costs may be even less for your covered drugs if you use a network pharmacy that offers preferred cost-sharing rather than a network pharmacy that offers standard cost-sharing. The *Provider & Pharmacy Directory* will tell you which of the network pharmacies offer preferred cost-sharing. You can find out more about how your out-of-pocket costs could be different for different drugs by contacting us.

If you switch from one network pharmacy to another, and you need a refill of a drug you have been taking, you can ask either to have a new prescription written by a provider or to have your prescription transferred to your new network pharmacy.

### What if the pharmacy you have been using leaves the network?

If the pharmacy you have been using leaves the plan's network, you will have to find a new pharmacy that is in the network. Or if the pharmacy you have been using stays within the network but is no longer offering preferred cost-sharing, you may want to switch to a different pharmacy. To find another network pharmacy in your area, you can get help from Member Services (phone numbers are printed on the back cover of this booklet) or use the *Provider & Pharmacy Directory*. You can also find information on our website at [AetnaMedicare.com/findpharmacy](AetnaMedicare.com/findpharmacy).

### What if you need a specialized pharmacy?

Sometimes prescriptions must be filled at a specialized pharmacy. Specialized pharmacies include:

- Pharmacies that supply drugs for home infusion therapy.
- Pharmacies that supply drugs for residents of a long-term care (LTC) facility. Usually, a long-term care facility (such as a nursing home) has its own pharmacy. If you are in an LTC facility, we must ensure that you are able to routinely receive your Part D benefits through our network of LTC pharmacies, which is typically the pharmacy that the LTC facility uses.  If you have any difficulty accessing your Part D benefits in an LTC facility, please contact Member Services.
- Pharmacies that serve the Indian Health Service / Tribal / Urban Indian Health Program (not available in Puerto Rico). Except in emergencies, only Native Americans or Alaska Natives have access to these pharmacies in our network.
- Pharmacies that dispense drugs that are restricted by the FDA to certain locations or that

require special handling, provider coordination, or education on their use. (*Note*: This scenario should happen rarely.)

To locate a specialized pharmacy, look in your *Provider & Pharmacy Directory* or call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 2.3 | Using the plan's mail-order services |
|---|---|

For certain kinds of drugs, you can use the plan's network mail-order services. Generally, the drugs provided through mail-order are drugs that you take on a regular basis, for a chronic or long-term medical condition. The drugs available through our plan's mail-order service are marked as **"mail-order" (MO) drugs** in our Drug List.

Our plan's mail-order service allows you to order **up to a 100-day supply**.

To get order forms and information about filling your prescriptions by mail contact Member Services (phone numbers are printed on the back cover of this booklet).

Usually a mail-order pharmacy order will get to you in no more than 10 days. In the unlikely event that there is a significant delay with your mail-order prescription drug, our mail-order service will work with you and a network pharmacy to provide you with a temporary supply of your mail-order prescription drug.

**New prescriptions the pharmacy receives directly from your doctor's office.**
The pharmacy will automatically fill and deliver new prescriptions it receives from health care providers, without checking with you first, if either:

- You used mail-order services with this plan in the past, or
- You sign up for automatic delivery of all new prescriptions received directly from health care providers. You may request automatic delivery of all new prescriptions now or at any time by calling Member Services (phone numbers are printed on the back cover of this booklet).

If you receive a prescription automatically by mail that you do not want, and you were not contacted to see if you wanted it before it shipped, you may be eligible for a refund.

If you used mail-order in the past and do not want the pharmacy to automatically fill and ship

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

each new prescription, please contact us by calling Member Services (phone numbers are printed on the back cover of this booklet).

If you have never used our mail-order delivery and/or decide to stop automatic fills of new prescriptions, the pharmacy will contact you each time it gets a new prescription from a health care provider to see if you want the medication filled and shipped immediately. This will give you an opportunity to make sure that the pharmacy is delivering the correct drug (including strength, amount, and form) and, if necessary, allow you to cancel or delay the order before you are billed and it is shipped. It is important that you respond each time you are contacted by the pharmacy, to let them know what to do with the new prescription and to prevent any delays in shipping.

To opt out of automatic deliveries of new prescriptions received directly from your health care provider's office, please contact us by calling Member Services (phone numbers are printed on the back cover of this booklet).

**Refills on mail-order prescriptions.**
For refills of your drugs, you have the option to sign up for an automatic refill program. Under this program we will start to process your next refill automatically when our records show you should be close to running out of your drug. The pharmacy will contact you prior to shipping each refill to make sure you are in need of more medication, and you can cancel scheduled refills if you have enough of your medication or if your medication has changed. If you choose not to use our auto refill program, please contact your pharmacy 15 days before you think the drugs you have on hand will run out to make sure your next order is shipped to you in time.

To opt out of our program that automatically prepares mail-order refills, please contact us by calling Member Services (phone numbers are printed on the back cover of this booklet).

So the pharmacy can reach you to confirm your order before shipping, please make sure to let the pharmacy know the best ways to contact you by calling Member Services (phone number is on the back cover of this booklet).

| Section 2.4 | How can you get a long-term supply of drugs? |
| --- | --- |

When you get a long-term supply of drugs, your cost-sharing may be lower. The plan offers two ways to get a long-term supply (also called an "extended supply") of "maintenance" drugs on our plan's Drug List (For tiers 1-4). (Maintenance drugs are drugs that you take on a regular basis, for a chronic or long-term medical condition.) You may order this supply through mail-order (see Section 2.3) or you may go to a retail pharmacy.

7:25-cv-00759-JDA      Date Filed 02/10/25      Entry Number 1-1      Page 164 of 313

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                159
CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

1. **Some retail pharmacies** in our network allow you to get a long-term supply of maintenance drugs. Your *Provider & Pharmacy Directory* tells you which pharmacies in our network can give you a long-term supply of maintenance drugs. You can also call Member Services for more information (phone numbers are printed on the back cover of this booklet).
2. For certain kinds of drugs, you can use the plan's network **mail-order services.** The drugs available through our plan's mail-order service are marked as **"mail-order" (MO) drugs** in our Drug List. Our plan's mail-order service allows you to order up to a 100-day supply. See Section 2.3 for more information about using our mail-order services.

| Section 2.5 | When can you use a pharmacy that is not in the plan's network? |
|---|---|

**Your prescription may be covered in certain situations**

Generally, we cover drugs filled at an out-of-network pharmacy *only* when you are not able to use a network pharmacy. To help you, we have network pharmacies outside of our service area where you can get your prescriptions filled as a member of our plan. If you cannot use a network pharmacy, here are the circumstances when we would cover prescriptions filled at an out-of-network pharmacy:

- If you are unable to obtain a covered prescription drug in a timely manner within our service area because there are no network pharmacies within a reasonable driving distance that provides 24-hour service.
- If you are trying to fill a prescription drug that is not regularly stocked at an accessible network retail or mail order pharmacy (these prescription drugs include orphan drugs or other specialty pharmaceuticals).
- If you are traveling outside your service area (within the United States) and run out of your medication, if you lose your medication, or if you become ill and cannot access a network pharmacy.
- If you receive a Part D prescription drug dispensed by an out-of-network institutional-based pharmacy, while you are in the emergency department, provider-based clinic, outpatient surgery or other outpatient setting.
- If you have received your prescription during a state or federal disaster declaration or other public health emergency declaration in which you are evacuated or otherwise displaced from your service area or place of residence.

If you do need to go to an out-of-network pharmacy for any of the reasons listed above, the plan will cover up to a 10-day supply of drugs.

In these situations, **please check first with Member Services** to see if there is a network pharmacy nearby. (Phone numbers for Member Services are printed on the back cover of this booklet.) You

CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

may be required to pay the difference between what you pay for the drug at the out-of-network pharmacy and the cost that we would cover at an in-network pharmacy.

### How do you ask for reimbursement from the plan?

If you must use an out-of-network pharmacy, you will generally have to pay the full cost (rather than your normal share of the cost) at the time you fill your prescription. You can ask us to reimburse you for our share of the cost. (Chapter 7, Section 2.1 explains how to ask the plan to pay you back.)

## SECTION 3          Your drugs need to be on the plan's "Drug List"

| Section 3.1          The "Drug List" tells which Part D drugs are covered |
| --- |

The plan has a *"List of Covered Drugs (Formulary)."* In this *Evidence of Coverage*, **we call it the "Drug List" for short**.

The drugs on this list are selected by the plan with the help of a team of doctors and pharmacists. The list must meet requirements set by Medicare. Medicare has approved the plan's Drug List.

The drugs on the Drug List are only those covered under Medicare Part D (earlier in this chapter, Section 1.1 explains about Part D drugs).

We will generally cover a drug on the plan's Drug List as long as you follow the other coverage rules explained in this chapter and the use of the drug is a medically accepted indication. A "medically accepted indication" is a use of the drug that is *either*:

- Approved by the Food and Drug Administration. (That is, the Food and Drug Administration has approved the drug for the diagnosis or condition for which it is being prescribed.)
- -- *or* -- Supported by certain references, such as the American Hospital Formulary Service Drug Information and the DRUGDEX Information System.

### The Drug List includes both brand name and generic drugs

A generic drug is a prescription drug that has the same active ingredients as the brand name drug. Generally, it works just as well as the brand name drug and usually costs less. There are generic drug substitutes available for many brand name drugs.

### What is *not* on the Drug List?

The plan does not cover all prescription drugs.

**CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs**

- In some cases, the law does not allow any Medicare plan to cover certain types of drugs (for more about this, see Section 7.1 in this chapter).
- In other cases, we have decided not to include a particular drug on our Drug List.

| Section 3.2 | There are 5 "cost-sharing tiers" for drugs on the Drug List |
|---|---|

Every drug on the plan's Drug List is in one of 5 cost-sharing tiers. In general, the higher the cost-sharing tier, the higher your cost for the drug:

- **Tier 1: Preferred Generic**
  Our lowest cost-share tier includes many lower cost generic drugs.
- **Tier 2: Generic**
  Includes higher cost generic drugs.
- **Tier 3: Preferred Brand**
  Includes many common cost-effective brand name drugs and some generic drugs that cost as much as brand name drugs.
- **Tier 4: Non-Preferred Drug**
  Includes higher cost brand name and generic drugs for which a cheaper alternative is typically available.
- **Tier 5: Specialty**
  Our highest cost-share tier includes both high cost brand and generic drugs that meet Medicare's definition of a specialty drug.

To find out which cost-sharing tier your drug is in, look it up in the plan's Drug List.

The amount you pay for drugs in each cost-sharing tier is shown in Chapter 6 (*What you pay for your Part D prescription drugs*).

| Section 3.3 | How can you find out if a specific drug is on the Drug List? |
|---|---|

You have three ways to find out:

1. Check the most recent Drug List we provided electronically.
2. Visit the plan's website (AetnaMedicare.com/formulary). The Drug List on the website is always the most current.
3. Call Member Services to find out if a particular drug is on the plan's Drug List or to ask for a copy of the list. (Phone numbers for Member Services are printed on the back cover of this booklet.)

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

## SECTION 4          There are restrictions on coverage for some drugs

| Section 4.1 | Why do some drugs have restrictions? |
|---|---|

For certain prescription drugs, special rules restrict how and when the plan covers them. A team of doctors and pharmacists developed these rules to help our members use drugs in the most effective ways. These special rules also help control overall drug costs, which keeps your drug coverage more affordable.

In general, our rules encourage you to get a drug that works for your medical condition and is safe and effective. Whenever a safe, lower-cost drug will work just as well medically as a higher-cost drug, the plan's rules are designed to encourage you and your provider to use that lower-cost option. We also need to comply with Medicare's rules and regulations for drug coverage and cost-sharing.

**If there is a restriction for your drug, it usually means that you or your provider will have to take extra steps in order for us to cover the drug.** If you want us to waive the restriction for you, you will need to use the coverage decision process and ask us to make an exception. We may or may not agree to waive the restriction for you. (See Chapter 9, Section 6.2 for information about asking for exceptions.)

Please note that sometimes a drug may appear more than once in our Drug List. This is because different restrictions or cost-sharing may apply based on factors such as the strength, amount, or form of the drug prescribed by your health care provider (for instance, 10 mg versus 100 mg; one per day versus two per day; tablet versus liquid).

| Section 4.2 | What kinds of restrictions? |
|---|---|

Our plan uses different types of restrictions to help our members use drugs in the most effective ways. The sections below tell you more about the types of restrictions we use for certain drugs.

**Restricting brand name drugs when a generic version is available**

Generally, a "generic" drug works the same as a brand name drug and usually costs less. **In most cases, when a generic version of a brand name drug is available, our network pharmacies will provide you the generic version.** We usually will not cover the brand name drug when a generic version is available. However, if your provider has told us the medical reason that the generic drug will not work for you or the medical reason that neither the generic drug nor other covered drugs that treat the same condition will work for you, then we will cover the brand name drug. (Your share of the cost may be greater for the brand name drug than for the generic drug.)

**CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs**

### Getting plan approval in advance

For certain drugs, you or your provider need to get approval from the plan before we will agree to cover the drug for you. This is called **"prior authorization."** Sometimes the requirement for getting approval in advance helps guide appropriate use of certain drugs. If you do not get this approval, your drug might not be covered by the plan.

### Trying a different drug first

This requirement encourages you to try less costly but usually just as effective drugs before the plan covers another drug. For example, if Drug A and Drug B treat the same medical condition, the plan may require you to try Drug A first. If Drug A does not work for you, the plan will then cover Drug B. This requirement to try a different drug first is called **"step therapy."**

### Quantity limits

For certain drugs, we limit the amount of the drug that you can have by limiting how much of a drug you can get each time you fill your prescription. For example, if it is normally considered safe to take only one pill per day for a certain drug, we may limit coverage for your prescription to no more than one pill per day.

| Section 4.3 | Do any of these restrictions apply to your drugs? |
|---|---|

The plan's Drug List includes information about the restrictions described above. To find out if any of these restrictions apply to a drug you take or want to take, check the Drug List. For the most up-to-date information, call Member Services (phone numbers are printed on the back cover of this booklet) or check our website (AetnaMedicare.com/formulary).

**If there is a restriction for your drug, it usually means that you or your provider will have to take extra steps in order for us to cover the drug.** If there is a restriction on the drug you want to take, you should contact Member Services to learn what you or your provider would need to do to get coverage for the drug. If you want us to waive the restriction for you, you will need to use the coverage decision process and ask us to make an exception. We may or may not agree to waive the restriction for you. (See Chapter 9, Section 6.2 for information about asking for exceptions.)

| SECTION 5 | What if one of your drugs is not covered in the way you'd like it to be covered? |
|---|---|

**CHAPTER 5.    Using the plan's coverage for your Part D prescription drugs**

| Section 5.1 | There are things you can do if your drug is not covered in the way you'd like it to be covered |
|---|---|

We hope that your drug coverage will work well for you. But it's possible that there could be a prescription drug you are currently taking, or one that you and your provider think you should be taking, that is not on our formulary or is on our formulary with restrictions.
For example:

- The drug might not be covered at all. Or maybe a generic version of the drug is covered but the brand name version you want to take is not covered.
- The drug is covered, but there are extra rules or restrictions on coverage for that drug. As explained in Section 4, some of the drugs covered by the plan have extra rules to restrict their use. For example, you might be required to try a different drug first, to see if it will work, before the drug you want to take will be covered for you. Or there might be limits on what amount of the drug (number of pills, etc.) is covered during a particular time period. In some cases, you may want us to waive the restriction for you.
- The drug is covered, but it is in a cost-sharing tier that makes your cost-sharing more expensive than you think it should be. The plan puts each covered drug into one of 5 different cost-sharing tiers. How much you pay for your prescription depends in part on which cost-sharing tier your drug is in.

There are things you can do if your drug is not covered in the way that you'd like it to be covered. Your options depend on what type of problem you have:

- If your drug is not on the Drug List or if your drug is restricted, go to Section 5.2 to learn what you can do.
- If your drug is in a cost-sharing tier that makes your cost more expensive than you think it should be, go to Section 5.3 to learn what you can do.

| Section 5.2 | What can you do if your drug is not on the Drug List or if the drug is restricted in some way? |
|---|---|

If your drug is not on the Drug List or is restricted, here are things you can do:

- You may be able to get a temporary supply of the drug (only members in certain situations can get a temporary supply). This will give you and your provider time to change to another drug or to file a request to have the drug covered.
- You can change to another drug.

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

- You can request an exception and ask the plan to cover the drug or remove restrictions from the drug.

**You may be able to get a temporary supply**

Under certain circumstances, the plan must offer a temporary supply of a drug to you when your drug is not on the Drug List or when it is restricted in some way. Doing this gives you time to talk with your provider about the change in coverage and figure out what to do.

To be eligible for a temporary supply, you must meet the two requirements below:

1. **The change to your drug coverage must be one of the following types of changes:**

   - The drug you have been taking is **no longer on the plan's Drug List.**
   - -- or -- the drug you have been taking is **now restricted in some way** (Section 4 in this chapter tells about restrictions).

2. **You must be in one of the situations described below:**

   - **For those members who are new or who were in the plan last year:**
     We will cover a temporary supply of your drug **during the first 90 days of your membership in the plan if you were new and during the first 90 days of the calendar year if you were in the plan last year.** This temporary supply will be for a maximum of a 30-day supply. If your prescription is written for fewer days, we will allow multiple fills to provide up to a maximum of a 30-day supply of medication. The prescription must be filled at a network pharmacy. (Please note that the long-term care pharmacy may provide the drug in smaller amounts at a time to prevent waste.)
   - **For those members who have been in the plan for more than 90 days and reside in a long-term care (LTC) facility and need a supply right away:**
     We will cover one 31-day supply of a particular drug, or less if your prescription is written for fewer days. This is in addition to the above temporary supply situation.
   - If you experience a change in your setting of care (such as being discharged or admitted to a long-term care facility), your physician or pharmacy can request a temporary supply of the drug. This temporary supply (up to 30 days) will allow you time to talk with your doctor about the change in coverage.

To ask for a temporary supply, call Member Services (phone numbers are printed on the back cover of this booklet).

**CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs**

During the time when you are getting a temporary supply of a drug, you should talk with your provider to decide what to do when your temporary supply runs out. You can either switch to a different drug covered by the plan or ask the plan to make an exception for you and cover your current drug. The sections below tell you more about these options.

**You can change to another drug**

Start by talking with your provider. Perhaps there is a different drug covered by the plan that might work just as well for you. You can call Member Services to ask for a list of covered drugs that treat the same medical condition. This list can help your provider find a covered drug that might work for you. (Phone numbers for Member Services are printed on the back cover of this booklet.)

**You can ask for an exception**

You and your provider can ask the plan to make an exception for you and cover the drug in the way you would like it to be covered. If your provider says that you have medical reasons that justify asking us for an exception, your provider can help you request an exception to the rule. For example, you can ask the plan to cover a drug even though it is not on the plan's Drug List. Or you can ask the plan to make an exception and cover the drug without restrictions.

If you are a current member and a drug you are taking will be removed from the formulary or restricted in some way for next year, we will allow you to request a formulary exception in advance for next year. We will tell you about any change in the coverage for your drug for next year. You can ask for an exception before next year and we will give you an answer within 72 hours after we receive your request (or your prescriber's supporting statement). If we approve your request, we will authorize the coverage before the change takes effect.

If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do. It explains the procedures and deadlines that have been set by Medicare to make sure your request is handled promptly and fairly.

| Section 5.3 | What can you do if your drug is in a cost-sharing tier you think is too high? |
| --- | --- |

If your drug is in a cost-sharing tier you think is too high, here are things you can do:

**You can change to another drug**

If your drug is in a cost-sharing tier you think is too high, start by talking with your provider. Perhaps there is a different drug in a lower cost-sharing tier that might work just as well for you. You can call

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

Member Services to ask for a list of covered drugs that treat the same medical condition. This list can help your provider find a covered drug that might work for you. (Phone numbers for Member Services are printed on the back cover of this booklet.)

**You can ask for an exception**

You and your provider can ask the plan to make an exception in the cost-sharing tier for the drug so that you pay less for it. If your provider says that you have medical reasons that justify asking us for an exception, your provider can help you request an exception to the rule.

If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do. It explains the procedures and deadlines that have been set by Medicare to make sure your request is handled promptly and fairly.

Drugs on our Specialty (Tier 5) are not eligible for this type of exception. We do not lower the cost-sharing amount for drugs in this tier.

| SECTION 6 | What if your coverage changes for one of your drugs? |
|---|---|

| Section 6.1 | The Drug List can change during the year |
|---|---|

Most of the changes in drug coverage happen at the beginning of each year (January 1). However, during the year, the plan might make changes to the Drug List. For example, the plan might:

- **Add or remove drugs from the Drug List.** New drugs become available, including new generic drugs. Perhaps the government has given approval to a new use for an existing drug. Sometimes, a drug gets recalled and we decide not to cover it. Or we might remove a drug from the list because it has been found to be ineffective.
- **Move a drug to a higher or lower cost-sharing tier.**
- **Add or remove a restriction on coverage for a drug** (for more information about restrictions to coverage, see Section 4 in this chapter).
- **Replace a brand name drug with a generic drug.**

We must follow Medicare requirements before we change the plan's Drug List.

| Section 6.2 | What happens if coverage changes for a drug you are taking? |
|---|---|

**Information on changes to drug coverage**

When changes to the Drug List occur during the year, we post information on our website about those changes. We will update our online Drug List on a regularly scheduled basis to include any changes that have occurred after the last update. Below we point out the times that you would get direct notice if changes are made to a drug that you are then taking. You can also call Member Services for more information (phone numbers are printed on the back cover of this booklet).

**Do changes to your drug coverage affect you right away?**

Changes that can affect you this year: In the below cases, you will be affected by the coverage changes during the current year:

- **A new generic drug replaces a brand name drug on the Drug List (or we change the cost-sharing tier or add new restrictions to the brand name drug or both)**
  - We may immediately remove a brand name drug on our Drug List if we are replacing it with a newly approved generic version of the same drug that will appear on the same or lower cost-sharing tier and with the same or fewer restrictions. Also, when adding the new generic drug, we may decide to keep the brand name drug on our Drug List, but immediately move it to a higher cost-sharing tier or add new restrictions or both.
  - We may not tell you in advance before we make that change — even if you are currently taking the brand name drug.
  - You or your prescriber can ask us to make an exception and continue to cover the brand name drug for you. For information on how to ask for an exception, see Chapter 9 (*What to do if you have a problem or complaint* (*coverage decisions, appeals, complaints*)).
  - If you are taking the brand name drug at the time we make the change, we will provide you with information about the specific change(s) we made. This will also include information on the steps you may take to request an exception to cover the brand name drug. You may not get this notice before we make the change.
- **Unsafe drugs and other drugs on the Drug List that are withdrawn from the market**
  - Once in a while, a drug may be suddenly withdrawn because it has been found to be unsafe or removed from the market for another reason. If this happens, we will immediately remove the drug from the Drug List. If you are taking that drug, we will let you know of this change right away.
  - Your prescriber will also know about this change, and can work with you to find another drug for your condition.
- **Other changes to drugs on the Drug List**
  - We may make other changes once the year has started that affect drugs you are taking. For instance, we might add a generic drug that is not new to the market to replace a brand name drug or change the cost-sharing tier or add new restrictions to the brand

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

name drug or both. We also might make changes based on FDA boxed warnings or new clinical guidelines recognized by Medicare. We must give you at least 30 days' advance notice of the change or give you notice of the change and a 30-day refill of the drug you are taking at a network pharmacy.

○ After you receive notice of the change, you should be working with your prescriber to switch to a different drug that we cover.

○ Or you or your prescriber can ask us to make an exception and continue to cover the drug for you. For information on how to ask for an exception, see Chapter 9 (*What to do if you have a problem or complaint* (*coverage decisions, appeals, complaints)*).

**Changes to drugs on the Drug List that will not affect people currently taking the drug:** For changes to the Drug List that are not described above, if you are currently taking the drug the following types of changes will not affect you until January 1 of the next year if you stay in the plan:

- If we move your drug into a higher cost-sharing tier
- If we put a new restriction on your use of the drug
- If we remove your drug from the Drug List

If any of these changes happen for a drug you are taking (but not because of a market withdrawal, a generic drug replacing a brand name drug, or other change noted in the sections above), then the change won't affect your use or what you pay as your share of the cost until January 1 of the next year. Until that date, you probably won't see any increase in your payments or any added restriction to your use of the drug. You will not get direct notice this year about changes that do not affect you. However, on January 1 of the next year, the changes will affect you, and it is important to check the Drug List in the new benefit year for any changes to drugs.

## SECTION 7          What types of drugs are *not* covered by the plan?

| Section 7.1 | Types of drugs we do not cover |
|---|---|

This section tells you what kinds of prescription drugs are "excluded." This means Medicare does not pay for these drugs.

If you get drugs that are excluded, you must pay for them yourself. We won't pay for the drugs that are listed in this section. The only exception: If the requested drug is found upon appeal to be a drug that is not excluded under Part D and we should have paid for or covered it because of your specific situation. (For information about appealing a decision we have made to not cover a drug, go to Chapter 9, Section 6.5 in this booklet.)

Here are three general rules about drugs that Medicare drug plans will not cover under Part D:

CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

- Our plan's Part D drug coverage cannot cover a drug that would be covered under Medicare Part A or Part B.
- Our plan cannot cover a drug purchased outside the United States and its territories.
- Our plan usually cannot cover off-label use. "Off-label use" is any use of the drug other than those indicated on a drug's label as approved by the Food and Drug Administration.
  ○ Generally, coverage for "off-label use" is allowed only when the use is supported by certain references, such as the American Hospital Formulary Service Drug Information and the DRUGDEX Information System. If the use is not supported by any of these references, then our plan cannot cover its "off-label use."

Also, by law, these categories of drugs are not covered by Medicare drug plans:

- Non-prescription drugs (also called over-the-counter drugs)
- Drugs when used to promote fertility
- Drugs when used for the relief of cough or cold symptoms
- Drugs when used for cosmetic purposes or to promote hair growth
- Prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations
- Drugs when used for the treatment of sexual or erectile dysfunction
- Drugs when used for treatment of anorexia, weight loss, or weight gain
- Outpatient drugs for which the manufacturer seeks to require that associated tests or monitoring services be purchased exclusively from the manufacturer as a condition of sale

**If you receive "Extra Help" paying for your drugs,** your state Medicaid program may cover some prescription drugs not normally covered in a Medicare drug plan. Please contact your state Medicaid program to determine what drug coverage may be available to you. (You can find phone numbers and contact information for Medicaid in **Addendum A** at the back of this booklet.)

## SECTION 8          Show your plan membership card when you fill a prescription

| Section 8.1 | Show your membership card |
|---|---|

To fill your prescription, show your plan membership card at the network pharmacy you choose. When you show your plan membership card, the network pharmacy will automatically bill the plan for *our* share of your covered prescription drug cost. You will need to pay the pharmacy *your* share of the cost when you pick up your prescription.

| Section 8.2 | What if you don't have your membership card with you? |
|---|---|

If you don't have your plan membership card with you when you fill your prescription, ask the pharmacy to call the plan to get the necessary information.

If the pharmacy is not able to get the necessary information, **you may have to pay the full cost of the prescription when you pick it up.** (You can then **ask us to reimburse you** for our share. See Chapter 7, Section 2.1 for information about how to ask the plan for reimbursement.)

## SECTION 9          Part D drug coverage in special situations

| Section 9.1 | What if you're in a hospital or a skilled nursing facility for a stay that is covered by the plan? |
|---|---|

If you are admitted to a hospital or to a skilled nursing facility for a stay covered by the plan, we will generally cover the cost of your prescription drugs during your stay. Once you leave the hospital or skilled nursing facility, the plan will cover your drugs as long as the drugs meet all of our rules for coverage. See the previous parts of this section that tell about the rules for getting drug coverage. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about drug coverage and what you pay.

**Please Note:** When you enter, live in, or leave a skilled nursing facility, you are entitled to a Special Enrollment Period. During this time period, you can switch plans or change your coverage. (Chapter 10, *Ending your membership in the plan*, tells when you can leave our plan and join a different Medicare plan.)

| Section 9.2 | What if you're a resident in a long-term care (LTC) facility? |
|---|---|

Usually, a long-term care (LTC) facility (such as a nursing home) has its own pharmacy, or a pharmacy that supplies drugs for all of its residents. If you are a resident of a long-term care facility, you may get your prescription drugs through the facility's pharmacy as long as it is part of our network.

Check your *Provider & Pharmacy Directory* to find out if your long-term care facility's pharmacy is part of our network. If it isn't, or if you need more information, please contact Member Services (phone numbers are printed on the back cover of this booklet).

**What if you're a resident in a long-term care (LTC) facility and become a new member of the plan?**

If you need a drug that is not on our Drug List or is restricted in some way, the plan will cover a

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

**temporary supply** of your drug during the first 90 days of your membership. The total supply will be for a maximum of a 31-day supply, or less if your prescription is written for fewer days. (Please note that the long-term care pharmacy may provide the drug in smaller amounts at a time to prevent waste.) If you have been a member of the plan for more than 90 days and need a drug that is not on our Drug List or if the plan has any restriction on the drug's coverage, we will cover one 31-day supply, or less if your prescription is written for fewer days.

During the time when you are getting a temporary supply of a drug, you should talk with your provider to decide what to do when your temporary supply runs out. Perhaps there is a different drug covered by the plan that might work just as well for you. Or you and your provider can ask the plan to make an exception for you and cover the drug in the way you would like it to be covered. If you and your provider want to ask for an exception, Chapter 9, Section 6.4 tells what to do.

| Section 9.3 | What if you're also getting drug coverage from an employer or retiree group plan? |
|---|---|

Do you currently have other prescription drug coverage through your (or your spouse's) employer or retiree group? If so, please contact **that group's benefits administrator**. He or she can help you determine how your current prescription drug coverage will work with our plan.

In general, if you are currently employed, the prescription drug coverage you get from us will be *secondary* to your employer or retiree group coverage. That means your group coverage would pay first.

**Special note about 'creditable coverage':**

Each year your employer or retiree group should send you a notice that tells if your prescription drug coverage for the next calendar year is "creditable" and the choices you have for drug coverage.

If the coverage from the group plan is "**creditable**," it means that the plan has drug coverage that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.

**Keep these notices about creditable coverage,** because you may need them later. If you enroll in a Medicare plan that includes Part D drug coverage, you may need these notices to show that you have maintained creditable coverage. If you didn't get a notice about creditable coverage from your employer or retiree group plan, you can get a copy from the employer or retiree group's benefits administrator or the employer or union.

| Section 9.4 | What if you're in Medicare-certified hospice? |
|---|---|

Drugs are never covered by both hospice and our plan at the same time. If you are enrolled in Medicare hospice and require an anti-nausea, laxative, pain medication or antianxiety drug that is

CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs

not covered by your hospice because it is unrelated to your terminal illness and related conditions, our plan must receive notification from either the prescriber or your hospice provider that the drug is unrelated before our plan can cover the drug. To prevent delays in receiving any unrelated drugs that should be covered by our plan, you can ask your hospice provider or prescriber to make sure we have the notification that the drug is unrelated before you ask a pharmacy to fill your prescription.

In the event you either revoke your hospice election or are discharged from hospice our plan should cover all your drugs. To prevent any delays at a pharmacy when your Medicare hospice benefit ends, you should bring documentation to the pharmacy to verify your revocation or discharge. See the previous parts of this section that tell about the rules for getting drug coverage under Part D. Chapter 6 (*What you pay for your Part D prescription drugs*) gives more information about drug coverage and what you pay.

## SECTION 10          Programs on drug safety and managing medications

| Section 10.1 | Programs to help members use drugs safely |
| --- | --- |

We conduct drug use reviews for our members to help make sure that they are getting safe and appropriate care. These reviews are especially important for members who have more than one provider who prescribes their drugs.

We do a review each time you fill a prescription. We also review our records on a regular basis. During these reviews, we look for potential problems such as:

- Possible medication errors
- Drugs that may not be necessary because you are taking another drug to treat the same medical condition
- Drugs that may not be safe or appropriate because of your age or gender
- Certain combinations of drugs that could harm you if taken at the same time
- Prescriptions written for drugs that have ingredients you are allergic to
- Possible errors in the amount (dosage) of a drug you are taking
- Unsafe amounts of opioid pain medications

If we see a possible problem in your use of medications, we will work with your provider to correct the problem.

| Section 10.2 | Drug Management Program (DMP) to help members safely use their opioid medications |
| --- | --- |

**CHAPTER 5.  Using the plan's coverage for your Part D prescription drugs**

We have a program that can help make sure our members safely use their prescription opioid medications, and other medications that are frequently abused. This program is called a Drug Management Program (DMP). If you use opioid medications that you get from several doctors or pharmacies, or if you have had a recent opioid overdose, we may talk to your doctors to make sure your use of opioid medications is appropriate and medically necessary. Working with your doctors, if we decide your use of prescription opioid or benzodiazepine medications is not safe, we may limit how you can get those medications. The limitations may be:

- Requiring you to get all your prescriptions for opioid or benzodiazepine medications from a certain pharmacy(ies)
- Requiring you to get all your prescriptions for opioid or benzodiazepine medications from a certain doctor(s)
- Limiting the amount of opioid or benzodiazepine medications we will cover for you

If we think that one or more of these limitations should apply to you, we will send you a letter in advance. The letter will have information explaining the terms of limitations we think should apply to you. You will also have an opportunity to tell us which doctors or pharmacies you prefer to use, and about any other information you think is important for us to know. After you've had the opportunity to respond, if we decide to limit your coverage for these medications, we will send you another letter confirming the limitation. If you think we made a mistake or you disagree with our determination that you are at-risk for prescription drug misuse or with the limitation, you and your prescriber have the right to ask us for an appeal. If you choose to appeal, we will review your case and give you a decision. If we continue to deny any part of your request related to the limitations that apply to your access to medications, we will automatically send your case to an independent reviewer outside of our plan. See Chapter 9 for information about how to ask for an appeal.

The DMP may not apply to you if you have certain medical conditions, such as cancer or sickle-cell disease, you are receiving hospice, palliative, or end-of-life care, or live in a long-term care facility.

| | |
|---|---|
| Section 10.3 | Medication Therapy Management (MTM) program to help members manage their medications |

We have a program that can help our members with complex health needs.

This program is voluntary and free to members. A team of pharmacists and doctors developed the programs for us. This program can help make sure that our members get the most benefit from the drugs they take. Our program is called a Medication Therapy Management (MTM) program.

**CHAPTER 5.   Using the plan's coverage for your Part D prescription drugs**

Some members who take medications for different medical conditions and have high drug costs, or are in a DMP to help members use their opioids safely may be able to get services through an MTM program. A pharmacist or other health professional will give you a comprehensive review of all your medications. You can talk about how best to take your medications, your costs, and any problems or questions you have about your prescription and over-the-counter medications. You'll get a written summary of this discussion. The summary has a medication action plan that recommends what you can do to make the best use of your medications, with space for you to take notes or write down any follow-up questions. You'll also get a personal medication list that will include all the medications you're taking and why you take them. In addition, members in the MTM program will receive information on the safe disposal of prescription medications that are controlled substances.

It's a good idea to have your medication review before your yearly "Wellness" visit, so you can talk to your doctor about your action plan and medication list. Bring your action plan and medication list with you to your visit or anytime you talk with your doctors, pharmacists, and other health care providers. Also, keep your medication list with you (for example, with your ID) in case you go to the hospital or emergency room.

If we have a program that fits your needs, we will automatically enroll you in the program and send you information. If you decide not to participate, please notify us and we will withdraw you from the program. If you have any questions about these programs, please contact Member Services (phone numbers are printed on the back cover of this booklet).

# CHAPTER 6

## *What you pay for your Part D prescription drugs*

# CHAPTER 6.  What you pay for your Part D prescription drugs

**SECTION 1**    **Introduction** ................................................................ **179**

Section 1.1    Use this chapter together with other materials that explain your drug coverage ................................................................ 179

Section 1.2    Types of out-of-pocket costs you may pay for covered drugs ............. 180

**SECTION 2**    **What you pay for a drug depends on which "drug payment stage" you are in when you get the drug** ................................... **180**

Section 2.1    What are the drug payment stages for Aetna Medicare Premier Plan (PPO) members? ................................................................ 180

**SECTION 3**    **We send you reports that explain payments for your drugs and which payment stage you are in** ........................................ **182**

Section 3.1    We send you a monthly summary called the *Part D Explanation of Benefits* (the "Part D EOB") ................................................ 182

Section 3.2    Help us keep our information about your drug payments up to date ..... 182

**SECTION 4**    **During the Deductible Stage, you pay the full cost of your Tier 3, Tier 4, and Tier 5 drugs** ................................................... **183**

Section 4.1    You stay in the Deductible Stage until you have paid $150 for your Tier 3, Tier 4, and Tier 5 drugs ................................................ 183

**SECTION 5**    **During the Initial Coverage Stage, the plan pays its share of your drug costs and you pay your share** .................................. **184**

Section 5.1    What you pay for a drug depends on the drug and where you fill your prescription ................................................................ 184

Section 5.2    A table that shows your costs for a *one-month* supply of a drug ........... 185

Section 5.3    If your doctor prescribes less than a full month's supply, you may not have to pay the cost of the entire month's supply ........................... 188

Section 5.4    A table that shows your costs for a *long-term* (up to a 100-day) supply of a drug ................................................................ 189

Section 5.5    You stay in the Initial Coverage Stage until your total drug costs for the year reach $4,430 ................................................................ 190

**CHAPTER 6.   What you pay for your Part D prescription drugs**

**SECTION 6**       **During the Coverage Gap Stage, the plan provides some drug coverage** ...................................................................... **191**

Section 6.1    You stay in the Coverage Gap Stage until your out-of-pocket costs reach $7,050 ..................................................................... 191

Section 6.2    How Medicare calculates your out-of-pocket costs for prescription drugs ................................................................................ 192

**SECTION 7**       **During the Catastrophic Coverage Stage, the plan pays most of the cost for your drugs** ............................................................... **194**

Section 7.1    Once you are in the Catastrophic Coverage Stage, you will stay in this stage for the rest of the year ................................................. 194

**SECTION 8**       **What you pay for vaccinations covered by Part D depends on how and where you get them** ........................................................ **194**

Section 8.1    Our plan may have separate coverage for the Part D vaccine medication itself and for the cost of giving you the vaccine ............... 195

Section 8.2    You may want to call us at Member Services before you get a vaccination ........................................................................... 196

CHAPTER 6.  What you pay for your Part D prescription drugs
_____

   **Did you know there are programs to help people pay for their drugs?**


The "Extra Help" program helps people with limited resources pay for their drugs. For more information, see Chapter 2, Section 7.


**Are you currently getting help to pay for your drugs?**

If you are in a program that helps pay for your drugs, **some information in this _Evidence of Coverage_ about the costs for Part D prescription drugs may not apply to you.** We sent you a separate insert, called the "Evidence of Coverage Rider for People Who Get Extra Help Paying for Prescription Drugs" (also known as the "Low Income Subsidy Rider" or the "LIS Rider"), which tells you about your drug coverage. If you don't have this insert, please call Member Services and ask for the "LIS Rider." (Phone numbers for Member Services are printed on the back cover of this booklet.)


## SECTION 1          Introduction


| Section 1.1 | Use this chapter together with other materials that explain your drug coverage |
|---|---|


This chapter focuses on what you pay for your Part D prescription drugs. To keep things simple, we use "drug" in this chapter to mean a Part D prescription drug. As explained in Chapter 5, not all drugs are Part D drugs – some drugs are covered under Medicare Part A or Part B and other drugs are excluded from Medicare coverage by law.

To understand the payment information we give you in this chapter, you need to know the basics of what drugs are covered, where to fill your prescriptions, and what rules to follow when you get your covered drugs. Here are materials that explain these basics:

- **The plan's _List of Covered Drugs (Formulary)._** To keep things simple, we call this the "Drug List."
  - This Drug List tells which drugs are covered for you.
  - It also tells which of the 5 "cost-sharing tiers" the drug is in and whether there are any restrictions on your coverage for the drug.
  - If you need a copy of the Drug List, call Member Services (phone numbers are printed on the back cover of this booklet). You can also find the Drug List on our website at AetnaMedicare.com/formulary. The Drug List on the website is always the most current.
- **Chapter 5 of this booklet.** Chapter 5 gives the details about your prescription drug coverage,

**CHAPTER 6.   What you pay for your Part D prescription drugs**

including rules you need to follow when you get your covered drugs. Chapter 5 also tells which types of prescription drugs are not covered by our plan.

- **The plan's *Provider & Pharmacy Directory*.** In most situations you must use a network pharmacy to get your covered drugs (see Chapter 5 for the details). The *Provider & Pharmacy Directory* has a list of pharmacies in the plan's network. It also tells you which pharmacies in our network can give you a long-term supply of a drug (such as filling a prescription for a three-month's supply).

| Section 1.2 | Types of out-of-pocket costs you may pay for covered drugs |
|---|---|

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services. The amount that you pay for a drug is called "cost-sharing," and there are three ways you may be asked to pay.

- The **"deductible"** is the amount you must pay for drugs before our plan begins to pay its share.
- **"Copayment"** means that you pay a fixed amount each time you fill a prescription.
- **"Coinsurance"** means that you pay a percent of the total cost of the drug each time you fill a prescription.

## SECTION 2       What you pay for a drug depends on which "drug payment stage" you are in when you get the drug

| Section 2.1 | What are the drug payment stages for Aetna Medicare Premier Plan (PPO) members? |
|---|---|

As shown in the table below, there are "drug payment stages" for your prescription drug coverage under Aetna Medicare Premier Plan (PPO). How much you pay for a drug depends on which of these stages you are in at the time you get a prescription filled or refilled.

**CHAPTER 6.   What you pay for your Part D prescription drugs**

| **Stage 1**<br>*Yearly Deductible Stage* | **Stage 2**<br>*Initial Coverage Stage* | **Stage 3**<br>*Coverage Gap Stage* | **Stage 4**<br>*Catastrophic Coverage Stage* |
|---|---|---|---|
| During this stage, **you pay the full cost** of your Tier 3 Preferred Brand, Tier 4 Non-Preferred Drug, and Tier 5 Specialty drugs. You stay in this stage until you have paid $150 for your Tier 3 Preferred Brand, Tier 4 Non-Preferred Drug, and Tier 5 Specialty drugs ($150 is the amount of your Tier 3 Preferred Brand, Tier 4 Non-Preferred Drug, and Tier 5 Specialty deductible). (Details are in Section 4 of this chapter.) | During this stage, the plan pays its share of the cost of your Tier 1 Preferred Generic, Tier 2 Generic drugs and **you pay your share of the cost.** After you (or others on your behalf) have met your Tier 3 Preferred Brand, Tier 4 Non-Preferred Drug, and Tier 5 Specialty deductible, the plan pays its share of the costs of your Tier 3 Preferred Brand, Tier 4 Non-Preferred Drug, and Tier 5 Specialty drugs and you pay your share.  You stay in this stage until your year-to-date "**total drug costs**" (your payments plus any Part D plan's payments) total $4,430. (Details are in Section 5 of this chapter.) | Our plan offers some drug coverage in the Coverage Gap Stage for drugs on Tier 1 & 2. You pay 25% of the price for brand name drugs (plus a portion of the dispensing fee) and 25% of the price for generic drugs on all other tiers. Cost-sharing for a 30-day supply for drugs on each tier on which we provide gap coverage is listed below:<br><br>Preferred Cost-Sharing<br>Tier 1: $0, Tier 2: $0<br>Standard Cost-Sharing<br>Tier 1: $15, Tier 2: $20<br>You stay in this stage until your year-to-date "**out-of-pocket costs**" (your payments) reach a total of $7,050. This amount and rules for counting costs toward this amount have been set by Medicare. (Details are in Section 6 of this chapter.) | During this stage, **the plan will pay most of the cost** of your drugs for the rest of the calendar year (through December 31 2022). (Details are in Section 7 of this chapter.) |

**CHAPTER 6.   What you pay for your Part D prescription drugs**

---

| SECTION 3 | We send you reports that explain payments for your drugs and which payment stage you are in |
|---|---|

| Section 3.1 | We send you a monthly summary called the *Part D Explanation of Benefits* (the "Part D EOB") |
|---|---|

Our plan keeps track of the costs of your prescription drugs and the payments you have made when you get your prescriptions filled or refilled at the pharmacy. This way, we can tell you when you have moved from one drug payment stage to the next. In particular, there are two types of costs we keep track of:

- We keep track of how much you have paid. This is called your "**out-of-pocket**" cost.
- We keep track of your "**total drug costs**." This is the amount you pay out-of-pocket or others pay on your behalf plus the amount paid by the plan.

Our plan will prepare a written summary called the *Part D Explanation of Benefits* (it is sometimes called the "Part D EOB") when you have had one or more prescriptions filled through the plan during the previous month. The Part D EOB provides more information about the drugs you take, such as increases in price and other drugs with lower cost-sharing that may be available. You should consult with your prescriber about these lower cost options. The Part D EOB includes:

- **Information for that month.** This report gives the payment details about the prescriptions you have filled during the previous month. It shows the total drug costs, what the plan paid, and what you and others on your behalf paid.
- **Totals for the year since January 1.** This is called "year-to-date" information. It shows you the total drug costs and total payments for your drugs since the year began.
- **Drug price information.** This information will display the total drug price, and any percentage change from first fill for each prescription claim of the same quantity.
- **Available lower cost alternative prescriptions**. This will include information about other drugs with lower cost-sharing for each prescription claim that may be available.

| Section 3.2 | Help us keep our information about your drug payments up to date |
|---|---|

To keep track of your drug costs and the payments you make for drugs, we use records we get from pharmacies. Here is how you can help us keep your information correct and up to date:

**CHAPTER 6.   What you pay for your Part D prescription drugs**

- **Show your membership card when you get a prescription filled.** To make sure we know about the prescriptions you are filling and what you are paying, show your plan membership card every time you get a prescription filled.
- **Make sure we have the information we need**. There are times you may pay for prescription drugs when we will not automatically get the information we need to keep track of your out-of-pocket costs. To help us keep track of your out-of-pocket costs, you may give us copies of receipts for drugs that you have purchased. (If you are billed for a covered drug, you can ask our plan to pay our share of the cost. For instructions on how to do this, go to Chapter 7, Section 2 of this booklet.) Here are some types of situations when you may want to give us copies of your drug receipts to be sure we have a complete record of what you have spent for your drugs:
  - When you purchase a covered drug at a network pharmacy at a special price or using a discount card that is not part of our plan's benefit.
  - When you made a copayment for drugs that are provided under a drug manufacturer patient assistance program.
  - Any time you have purchased covered drugs at out-of-network pharmacies or other times you have paid the full price for a covered drug under special circumstances.
- **Send us information about the payments others have made for you**. Payments made by certain other individuals and organizations also count toward your out-of-pocket costs and help qualify you for catastrophic coverage. For example, payments made by  an AIDS drug assistance program (ADAP), the Indian Health Service, and most charities count toward your out-of-pocket costs. You should keep a record of these payments and send them to us so we can track your costs.
- **Check the written report we send you**. When you receive the *Part D Explanation of Benefits* (a Part D EOB) in the mail, please look it over to be sure the information is complete and correct. If you think something is missing from the report, or you have any questions, please call us at Member Services (phone numbers are printed on the back cover of this booklet). Be sure to keep these reports. They are an important record of your drug expenses.

| SECTION 4 | During the Deductible Stage, you pay the full cost of your Tier 3, Tier 4, and Tier 5 drugs |
|---|---|

| Section 4.1 | You stay in the Deductible Stage until you have paid $150 for your Tier 3, Tier 4, and Tier 5 drugs |
|---|---|

The Deductible Stage is the first payment stage for your drug coverage. You will pay a yearly

**CHAPTER 6. What you pay for your Part D prescription drugs**

deductible of $150 on Tier 3, Tier 4, and Tier 5 drugs. **You must pay the full cost of your Tier 3, Tier 4, and Tier 5 drugs** until you reach the plan's deductible amount. For all other drugs you will not have to pay any deductible and will start receiving coverage immediately.

- Your **"full cost"** is usually lower than the normal full price of the drug, since our plan has negotiated lower costs for most drugs.
- The **"deductible"** is the amount you must pay for your Part D prescription drugs before the plan begins to pay its share.

Once you have paid $150 for your Tier 3, Tier 4, and Tier 5 drugs, you leave the Deductible Stage and move on to the next drug payment stage, which is the Initial Coverage Stage.

| SECTION 5 | During the Initial Coverage Stage, the plan pays its share of your drug costs and you pay your share |
|---|---|

| Section 5.1 | What you pay for a drug depends on the drug and where you fill your prescription |
|---|---|

During the Initial Coverage Stage, the plan pays its share of the cost of your covered prescription drugs, and you pay your share (your copayment or coinsurance amount). Your share of the cost will vary depending on the drug and where you fill your prescription.

**The plan has 5 cost-sharing tiers**
Every drug on the plan's Drug List is in one of 5 cost-sharing tiers. In general, the higher the cost-sharing tier, the higher your cost for the drug:

- **Tier 1: Preferred Generic**
  Our lowest cost-share tier includes many lower cost generic drugs.
- **Tier 2: Generic**
  Includes higher cost generic drugs.
- **Tier 3: Preferred Brand**
  Includes many common cost-effective brand name drugs and some generic drugs that cost as much as brand name drugs.
- **Tier 4: Non-Preferred Drug**
  Includes higher cost brand name and generic drugs for which a cheaper alternative is typically available.
- **Tier 5: Specialty**

7:25-cv-00759-JDA      Date Filed 02/10/25      Entry Number 1-1      Page 190 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                          185
CHAPTER 6.   What you pay for your Part D prescription drugs

Our highest cost-share tier includes both high cost brand and generic drugs that meet Medicare's definition of a specialty drug.

To find out which cost-sharing tier your drug is in, look it up in the plan's Drug List.

**Your pharmacy choices**

How much you pay for a drug depends on whether you get the drug from:

- A network retail pharmacy that offers standard cost-sharing
- A network retail pharmacy that offers preferred cost-sharing
- A pharmacy that is not in the plan's network
- The plan's mail-order pharmacy

For more information about these pharmacy choices and filling your prescriptions, see Chapter 5 in this booklet and the plan's *Provider & Pharmacy Directory*.

Generally, we will cover your prescriptions *only* if they are filled at one of our network pharmacies. Some of our network pharmacies also offer preferred cost-sharing. You may go to either network pharmacies that offer preferred cost-sharing or other network pharmacies that offer standard cost-sharing to receive your covered prescription drugs. Your costs may be less at pharmacies that offer preferred cost-sharing.

| Section 5.2 | A table that shows your costs for a *one-month* supply of a drug |
|---|---|

During the Initial Coverage Stage, your share of the cost of a covered drug will be either a copayment or coinsurance.

- **"Copayment"** means that you pay a fixed amount each time you fill a prescription.
- **"Coinsurance"** means that you pay a percent of the total cost of the drug each time you fill a prescription.

As shown in the table below, the amount of the copayment or coinsurance depends on which cost-sharing tier your drug is in. Please note:

- If your covered drug costs less than the copayment amount listed in the chart, you will pay that lower price for the drug. You pay *either* the full price of the drug *or* the copayment amount, *whichever is lower*.
- We cover prescriptions filled at out-of-network pharmacies in only limited situations. Please

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 191 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    186
**CHAPTER 6.   What you pay for your Part D prescription drugs**

see Chapter 5, Section 2.5 for information about when we will cover a prescription filled at an out-of-network pharmacy.

CHAPTER 6.   What you pay for your Part D prescription drugs

**Your share of the cost when you get a _one-month_ supply of a covered Part D prescription drug:**

| Tier | Standard retail cost-sharing (in-network) (up to a 30-day supply) | Preferred retail cost-sharing (in-network) (up to a 30-day supply) | Standard mail-order cost-sharing (up to a 30-day supply) | Preferred mail-order cost-sharing (up to a 30-day supply) | Long-term care (LTC) cost-sharing (up to a 31-day supply) | Out-of-network cost-sharing (Coverage is limited to certain situations; see Chapter 5 for details.) (up to a 10-day supply) |
|---|---|---|---|---|---|---|
| **Cost-Sharing Tier 1** (Preferred Generic) | $15 | $0 | $15 | $0 | $15 | $15 |
| **Cost-Sharing Tier 2** (Generic) | $20 | $0 | $20 | $0 | $20 | $20 |
| **Cost-Sharing Tier 3** (Preferred Brand) | $47 | $47 | $47 | $47 | $47 | $47 |
| **Cost-Sharing Tier 4** (Non-Preferred Drug) | $100 | $100 | $100 | $100 | $100 | $100 |

## CHAPTER 6.   What you pay for your Part D prescription drugs

| Tier | Standard retail cost-sharing (in-network) (up to a 30-day supply) | Preferred retail cost-sharing (in-network) (up to a 30-day supply) | Standard mail-order cost-sharing (up to a 30-day supply) | Preferred mail-order cost-sharing (up to a 30-day supply) | Long-term care (LTC) cost-sharing (up to a 31-day supply) | Out-of-network cost-sharing (Coverage is limited to certain situations; see Chapter 5 for details.) (up to a 10-day supply) |
|---|---|---|---|---|---|---|
| Cost-Sharing Tier 5 (Specialty) | 30% | 30% | 30% | 30% | 30% | 30% |

| | |
|---|---|
| Section 5.3 | If your doctor prescribes less than a full month's supply, you may not have to pay the cost of the entire month's supply |

Typically, the amount you pay for a prescription drug covers you a full month's supply of a covered drug. However, your doctor can prescribe less than a month's supply of drugs. There may be times when you want to ask your doctor about prescribing less than a month's supply of a drug (for example, when you are trying a medication for the first time that is known to have serious side effects). If your doctor prescribes less than a full month's supply, you will not have to pay for the full month's supply for certain drugs.

The amount you pay when you get less than a full month's supply will depend on whether you are responsible for paying coinsurance (a percentage of the total cost) or a copayment (a flat dollar amount).

- If you are responsible for coinsurance, you pay a *percentage* of the total cost of the drug. You pay the same percentage regardless of whether the prescription is for a full month's supply or for fewer days. However, because the entire drug cost will be lower if you get less than a full month's supply, the *amount* you pay will be less.
- If you are responsible for a copayment for the drug, your copay will be based on the number of

**CHAPTER 6.  What you pay for your Part D prescription drugs**

days of the drug that you receive. We will calculate the amount you pay per day for your drug (the "daily cost-sharing rate") and multiply it by the number of days of the drug you receive.

- ○ Here's an example: Let's say the copay for your drug for a full month's supply (a 30-day supply) is $30. This means that the amount you pay per day for your drug is $1. If you receive a 7 days' supply of the drug, your payment will be $1 per day multiplied by 7 days, for a total payment of $7.

Daily cost-sharing allows you to make sure a drug works for you before you have to pay for an entire month's supply. You can also ask your doctor to prescribe, and your pharmacist to dispense, less than a full month's supply of a drug or drugs, if this will help you better plan refill dates for different prescriptions so that you can take fewer trips to the pharmacy. The amount you pay will depend upon the days' supply you receive.

| Section 5.4 | A table that shows your costs for a *long-term* (up to a 100-day) supply of a drug |
|---|---|

For some drugs, you can get a long-term supply (also called an "extended supply") when you fill your prescription. A long-term supply is up to a 100-day supply. (For details on where and how to get a long-term supply of a drug, see Chapter 5, Section 2.4.)

The table below shows what you pay when you get a long-term (up to a 100-day) supply of a drug.

- Please note: If your covered drug costs less than the copayment amount listed in the chart, you will pay that lower price for the drug. You pay *either* the full price of the drug *or* the copayment amount, *whichever is lower*.

**CHAPTER 6.  What you pay for your Part D prescription drugs**

**Your share of the cost when you get a _long-term_ supply of a covered Part D prescription drug:**

| Tier | Standard retail cost-sharing (in-network) (up to a 100-day supply) | Preferred retail cost-sharing (in-network) (up to a 100-day supply) | Standard mail-order cost-sharing (up to a 100-day supply) | Preferred mail-order cost-sharing (up to a 100-day supply) |
|---|---|---|---|---|
| **Cost-Sharing Tier 1** (Preferred Generic) | $45 | $0 | $45 | $0 |
| **Cost-Sharing Tier 2** (Generic) | $60 | $0 | $60 | $0 |
| **Cost-Sharing Tier 3** (Preferred Brand) | $141 | $141 | $141 | $141 |
| **Cost-Sharing Tier 4** (Non-Preferred Drug) | $300 | $300 | $300 | $300 |
| **Cost-Sharing Tier 5** (Specialty) | A long-term supply is not available for drugs in Tier 5 | | | |

| Section 5.5 | You stay in the Initial Coverage Stage until your total drug costs for the year reach $4,430 |
|---|---|

You stay in the Initial Coverage Stage until the total amount for the prescription drugs you have filled and refilled reaches the **$4,430 limit for the Initial Coverage Stage.**

Your total drug cost is based on adding together what you have paid and what any Part D plan has paid:

**CHAPTER 6.   What you pay for your Part D prescription drugs**

---

- **What <u>you</u> have paid** for all the covered drugs you have gotten since you started with your first drug purchase of the year. (See Section 6.2 for more information about how Medicare calculates your out-of-pocket costs.) This includes:
  - The $150 you paid when you were in the Deductible Stage.
  - The total you paid as your share of the cost for your drugs during the Initial Coverage Stage.
- **What the <u>plan</u> has paid** as its share of the cost for your drugs during the Initial Coverage Stage. (If you were enrolled in a different Part D plan at any time during 2022, the amount that plan paid during the Initial Coverage Stage also counts toward your total drug costs.)

The *Part D Explanation of Benefits* (Part D EOB) that we send to you will help you keep track of how much you and the plan, as well as any third parties, have spent on your behalf for your drugs during the year. Many people do not reach the $4,430 limit in a year.

We will let you know if you reach this $4,430 amount. If you do reach this amount, you will leave the Initial Coverage Stage and move on to the Coverage Gap Stage.

---

| **SECTION 6** | **During the Coverage Gap Stage, the plan provides some drug coverage** |
|---|---|

| Section 6.1 | You stay in the Coverage Gap Stage until your out-of-pocket costs reach $7,050 |
|---|---|

When you are in the Coverage Gap Stage, we will continue to provide some prescription drug coverage for certain drugs.

Cost-sharing for a 30-day supply at a network retail pharmacy that offers preferred cost-sharing:

- Tier 1: $0
- Tier 2: $0

Cost-sharing for a 30-day supply at a network retail pharmacy that offers standard cost-sharing:

- Tier 1: $15
- Tier 2: $20

For covered drugs on all other tiers when you are in the Coverage Gap Stage, the Medicare

**CHAPTER 6.   What you pay for your Part D prescription drugs**

Coverage Gap Discount Program provides manufacturer discounts on brand name drugs. You pay 25% of the negotiated price and a portion of the dispensing fee for brand name drugs. Both the amount you pay and the amount discounted by the manufacturer count toward your out-of-pocket costs as if you had paid them and moves you through the coverage gap.

You also receive some coverage for generic drugs. You pay no more than 25% of the cost for generic drugs and the plan pays the rest. For generic drugs, the amount paid by the plan (75%) does not count toward your out-of-pocket costs. Only the amount you pay counts and moves you through the coverage gap.

You continue paying the discounted price for brand name drugs and no more than 25% of the costs of generic drugs until your yearly out-of-pocket payments reach a maximum amount that Medicare has set. In 2022, that amount is $7,050.

Medicare has rules about what counts and what does *not* count as your out-of-pocket costs. When you reach an out-of-pocket limit of $7,050, you leave the Coverage Gap Stage and move on to the Catastrophic Coverage Stage.

| | |
|---|---|
| Section 6.2 | How Medicare calculates your out-of-pocket costs for prescription drugs |

Here are Medicare's rules that we must follow when we keep track of your out-of-pocket costs for your drugs.

---

**These payments <u>are included</u> in your out-of-pocket costs**

When you add up your out-of-pocket costs, **<u>you can include</u>** the payments listed below (as long as they are for Part D covered drugs and you followed the rules for drug coverage that are explained in Chapter 5 of this booklet):

- The amount you pay for drugs when you are in any of the following drug payment stages:
  - The Deductible Stage
  - The Initial Coverage Stage
  - The Coverage Gap Stage
- Any payments you made during this calendar year as a member of a different Medicare prescription drug plan before you joined our plan.

CHAPTER 6.   What you pay for your Part D prescription drugs

**It matters who pays:**

- If you make these payments **yourself**, they are included in your out-of-pocket costs.
- These payments are *also included* if they are made on your behalf by **certain other individuals or organizations**. This includes payments for your drugs made by a friend or relative, by most charities, by AIDS drug assistance programs, or by the Indian Health Service. Payments made by Medicare's "Extra Help" Program are also included.
- Some of the payments made by the Medicare Coverage Gap Discount Program are included. The amount the manufacturer pays for your brand name drugs is included. But the amount the plan pays for your generic drugs is not included.

**Moving on to the Catastrophic Coverage Stage:**

When you (or those paying on your behalf) have spent a total of $7,050 in out-of-pocket costs within the calendar year, you will move from the Coverage Gap Stage to the Catastrophic Coverage Stage.

---

**These payments <u>are not included</u> in your out-of-pocket costs**

When you add up your out-of-pocket costs, you are **<u>not</u> allowed to include** any of these types of payments for prescription drugs:

- Drugs you buy outside the United States and its territories.
- Drugs that are not covered by our plan.
- Drugs you get at an out-of-network pharmacy that do not meet the plan's requirements for out-of-network coverage.
- Non-Part D drugs, including prescription drugs covered by Part A or Part B and other drugs excluded from coverage by Medicare.
- Payments you make toward prescription drugs not normally covered in a Medicare Prescription Drug Plan.
- Payments made by the plan for your brand or generic drugs while in the Coverage Gap.
- Payments for your drugs that are made by group health plans including employer health plans.
- Payments for your drugs that are made by certain insurance plans and government-funded health programs such as TRICARE and Veterans Affairs.
- Payments for your drugs made by a third-party with a legal obligation to pay for prescription costs (for example, Workers' Compensation).

*Reminder*: If any other organization such as the ones listed above pays part or all of your out-of-pocket costs for drugs, you are required to tell our plan. Call Member Services to let us know (phone

CHAPTER 6.   What you pay for your Part D prescription drugs

---

numbers are printed on the back cover of this booklet).

---

***How can you keep track of your out-of-pocket total?***

- **We will help you.** The *Part D Explanation of Benefits* (Part D EOB) summary we send to you includes the current amount of your out-of-pocket costs (Section 3 in this chapter tells about this report). When you reach a total of $7,050 in out-of-pocket costs for the year, this report will tell you that you have left the Coverage Gap Stage and have moved on to the Catastrophic Coverage Stage.
- **Make sure we have the information we need.** Section 3.2 tells what you can do to help make sure that our records of what you have spent are complete and up to date.

---

| SECTION 7 | During the Catastrophic Coverage Stage, the plan pays most of the cost for your drugs |
|---|---|

| Section 7.1 | Once you are in the Catastrophic Coverage Stage, you will stay in this stage for the rest of the year |
|---|---|

You qualify for the Catastrophic Coverage Stage when your out-of-pocket costs have reached the $7,050 limit for the calendar year. Once you are in the Catastrophic Coverage Stage, you will stay in this payment stage until the end of the calendar year.

During this stage, the plan will pay most of the cost for your drugs.

- **Your share** of the cost for a covered drug will be either coinsurance or a copayment, whichever is the *larger* amount:
  - *- either -* coinsurance of 5% of the cost of the drug
  - *- or -* $3.95 for a generic drug or a drug that is treated like a generic and $9.85 for all other drugs.
- **Our plan pays the rest** of the cost.

---

| SECTION 8 | What you pay for vaccinations covered by Part D depends on how and where you get them |
|---|---|

**CHAPTER 6.   What you pay for your Part D prescription drugs**

---

| Section 8.1 | Our plan may have separate coverage for the Part D vaccine medication itself and for the cost of giving you the vaccine |
|---|---|

Our plan provides coverage for a number of Part D vaccines. We also cover vaccines that are considered medical benefits. You can find out about coverage of these vaccines by going to the Medical Benefits Chart in Chapter 4, Section 2.1.

There are two parts to our coverage of Part D vaccinations:

- The first part of coverage is the cost of **the vaccine medication itself**. The vaccine is a prescription medication.
- The second part of coverage is for the cost of **giving you the vaccine**. (This is sometimes called the "administration" of the vaccine.)

**What do you pay for a Part D vaccination?**

What you pay for a Part D vaccination depends on three things:

1. **The type of vaccine** (what you are being vaccinated for).
    - Some vaccines are considered medical benefits. You can find out about your coverage of these vaccines by going to Chapter 4, *Medical Benefits Chart (what is covered and what you pay)*.
    - Other vaccines are considered Part D drugs. You can find these vaccines listed in the plan's *List of Covered Drugs (Formulary)*.
2. **Where you get the vaccine medication.**
3. **Who gives you the vaccine.**

What you pay at the time you get the Part D vaccination can vary depending on the circumstances. For example:

- Sometimes when you get your vaccine, you will have to pay the entire cost for both the vaccine medication and for getting the vaccine. You can ask our plan to pay you back for our share of the cost.
- Other times, when you get the vaccine medication or the vaccine, you will pay only your share of the cost.

To show how this works, here are three common ways you might get a Part D vaccine. Remember you are responsible for all of the costs associated with vaccines (including their administration) during the Deductible and Coverage Gap Stage of your benefit.

**CHAPTER 6.   What you pay for your Part D prescription drugs**

Situation 1:      You buy the Part D vaccine at the pharmacy and you get your vaccine at the network pharmacy. (Whether you have this choice depends on where you live. Some states do not allow pharmacies to administer a vaccination.)

- You will have to pay the pharmacy the amount of your coinsurance or copayment for the vaccine and the cost of giving you the vaccine.
- Our plan will pay the remainder of the costs.

Situation 2:      You get the Part D vaccination at your doctor's office.

- When you get the vaccination, you will pay for the entire cost of the vaccine and its administration.
- You can then ask our plan to pay our share of the cost by using the procedures that are described in Chapter 7 of this booklet *(Asking us to pay our share of a bill you have received for covered medical services or drugs).*
- You will be reimbursed the amount you paid less your normal coinsurance or copayment for the vaccine (including administration) less any difference between the amount the doctor charges and what we normally pay. (If you get "Extra Help," we will reimburse you for this difference.)

Situation 3:      You buy the Part D vaccine at your pharmacy, and then take it to your doctor's office where they give you the vaccine.

- You will have to pay the pharmacy the amount of your coinsurance or copayment for the vaccine itself.
- When your doctor gives you the vaccine, you will pay the entire cost for this service. You can then ask our plan to pay our share of the cost by using the procedures described in Chapter 7 of this booklet.
- You will be reimbursed the amount charged by the doctor for administering the vaccine less any difference between the amount the doctor charges and what we normally pay. (If you get "Extra Help," we will reimburse you for this difference.)

| Section 8.2      You may want to call us at Member Services before you get a vaccination |
| --- |

The rules for coverage of vaccinations are complicated. We are here to help. We recommend that you call us first at Member Services whenever you are planning to get a vaccination. (Phone

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 202 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)     197
CHAPTER 6.   What you pay for your Part D prescription drugs

numbers for Member Services are printed on the back cover of this booklet.)

- We can tell you about how your vaccination is covered by our plan and explain your share of the cost.
- We can tell you how to keep your own cost down by using providers and pharmacies in our network.
- If you are not able to use a network provider and pharmacy, we can tell you what you need to do to get payment from us for our share of the cost.

# CHAPTER 7

*Asking us to pay our share of a bill you have received for covered medical services or drugs*

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 204 of 313

199
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)
**CHAPTER 7. Asking us to pay our share of a bill you have received for covered medical services or drugs**

# CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs

**SECTION 1**     **Situations in which you should ask us to pay our share of the cost of your covered services or drugs**………………………………………………… **200**

Section 1.1     If you pay our plan's share of the cost of your covered services or drugs, or if you receive a bill, you can ask us for payment………………… 200

**SECTION 2**     **How to ask us to pay you back or to pay a bill you have received**……. **202**

Section 2.1     How and where to send us your request for payment…………………… 202

**SECTION 3**     **We will consider your request for payment and say yes or no**………… **203**

Section 3.1     We check to see whether we should cover the service or drug and how much we owe………………………………………………………………… 203

Section 3.2     If we tell you that we will not pay for all or part of the medical care or drug, you can make an appeal………………………………………………… 204

**SECTION 4**     **Other situations in which you should save your receipts and send copies to us**………………………………………………………………………… **204**

Section 4.1     In some cases, you should send copies of your receipts to us to help us track your out-of-pocket drug costs…………………………………………… 204

**CHAPTER 7.  Asking us to pay our share of a bill you have received for covered medical services or drugs**

| SECTION 1 | Situations in which you should ask us to pay our share of the cost of your covered services or drugs |
|---|---|

| Section 1.1 | If you pay our plan's share of the cost of your covered services or drugs, or if you receive a bill, you can ask us for payment |
|---|---|

Sometimes when you get medical care or a prescription drug, you may need to pay the full cost right away. Other times, you may find that you have paid more than you expected under the coverage rules of the plan. In either case, you can ask our plan to pay you back (paying you back is often called "reimbursing" you). It is your right to be paid back by our plan whenever you've paid more than your share of the cost for medical services or drugs that are covered by our plan.

There may also be times when you get a bill from a provider for the full cost of medical care you have received. In many cases, you should send this bill to us instead of paying it. We will look at the bill and decide whether the services should be covered. If we decide they should be covered, we will pay the provider directly.

Here are examples of situations in which you may need to ask our plan to pay you back or to pay a bill you have received:

1. **When you've received medical care from a provider who is not in our plan's network**
   When you received care from a provider who is not part of our network, you are only responsible for paying your share of the cost, not the entire cost. (Your share of the cost may be higher for an out-of-network provider than for a network provider.) You should ask the provider to bill the plan for our share of the cost.
   - If you pay the entire amount yourself at the time you receive the care, you need to ask us to pay you back for our share of the cost. Send us the bill, along with documentation of any payments you have made.
   - At times you may get a bill from the provider asking for payment that you think you do not owe. Send us this bill, along with documentation of any payments you have already made.
     ○ If the provider is owed anything, we will pay the provider directly.
     ○ If you have already paid more than your share of the cost of the service, we will determine how much you owed and pay you back for our share of the cost.
   - **Please note:** While you can get your care from an out-of-network provider, the provider must be eligible to participate in Medicare. Except for emergency care, we cannot pay a

**CHAPTER 7.  Asking us to pay our share of a bill you have received for covered medical services or drugs**

provider who is not eligible to participate in Medicare. If the provider is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive.

2. **When a network provider sends you a bill you think you should not pay**

Network providers should always bill the plan directly, and ask you only for your share of the cost. But sometimes they make mistakes, and ask you to pay more than your share.

- You only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges. For more information about "balance billing," go to Chapter 4, Section 1.3.
- Whenever you get a bill from a network provider that you think is more than you should pay, send us the bill. We will contact the provider directly and resolve the billing problem.
- If you have already paid a bill to a network provider, but you feel that you paid too much, send us the bill along with documentation of any payment you have made and ask us to pay you back the difference between the amount you paid and the amount you owed under the plan.

3. **If you are retroactively enrolled in our plan**

Sometimes a person's enrollment in the plan is retroactive. (Retroactive means that the first day of their enrollment has already passed. The enrollment date may even have occurred last year.)

If you were retroactively enrolled in our plan and you paid out-of-pocket for any of your covered services or drugs after your enrollment date, you can ask us to pay you back for our share of the costs. You will need to submit paperwork for us to handle the reimbursement. Please call Member Services for additional information about how to ask us to pay you back and deadlines for making your request. (Phone numbers for Member Services are printed on the back cover of this booklet.)

4. **When you use an out-of-network pharmacy to get a prescription filled**

If you go to an out-of-network pharmacy and try to use your membership card to fill a prescription, the pharmacy may not be able to submit the claim directly to us. When that happens, you will have to pay the full cost of your prescription. (We cover prescriptions filled at out-of-network pharmacies only in a few special situations. Please go to Chapter 5, Section 2.5 to learn more.)

Save your receipt and send a copy to us when you ask us to pay you back for our share of the cost.

**CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**

5. **When you pay the full cost for a prescription because you don't have your plan membership card with you**

   If you do not have your plan membership card with you, you can ask the pharmacy to call the plan or to look up your plan enrollment information. However, if the pharmacy cannot get the enrollment information they need right away, you may need to pay the full cost of the prescription yourself.

   Save your receipt and send a copy to us when you ask us to pay you back for our share of the cost.

6. **When you pay the full cost for a prescription in other situations**

   You may pay the full cost of the prescription because you find that the drug is not covered for some reason.

   - For example, the drug may not be on the plan's *List of Covered Drugs (Formulary)*; or it could have a requirement or restriction that you didn't know about or don't think should apply to you. If you decide to get the drug immediately, you may need to pay the full cost for it.

   - Save your receipt and send a copy to us when you ask us to pay you back. In some situations, we may need to get more information from your doctor in order to pay you back for our share of the cost.

All of the examples above are types of coverage decisions. This means that if we deny your request for payment, you can appeal our decision. Chapter 9 of this booklet *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))* has information about how to make an appeal.

---

## SECTION 2          How to ask us to pay you back or to pay a bill you have received

| Section 2.1          How and where to send us your request for payment |
| --- |

Send us your request for payment, along with your bill and documentation of any payment you have made. It's a good idea to make a copy of your bill and receipts for your records.

To make sure you are giving us all the information we need to make a decision, you can fill out our claim form to make your request for payment.

- You don't have to use the form, but it will help us process the information faster.

**CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**

- Either download a copy of the form from our website (AetnaMedicare.com) or call Member Services and ask for the form. (Phone numbers for Member Services are printed on the back cover of this booklet.)

**For medical claims:** Mail your request for payment together with any bills or paid receipts to us at this address:

Aetna Medicare
PO Box 981106
El Paso, TX 79998-1106

**You must submit your medical claims to us within 12 months** of the date you received the service, item, or Part B drug.

**For Part D prescription drug claims:** Mail your request for payment together with any bills or paid receipts to us at this address:

Aetna Medicare
PO Box 52446
Phoenix, AZ 85072-2446

**You must submit your Part D prescription drug claims to us within 36 months** of the date you received the service, item, or Part D drug.

Contact Member Services if you have any questions (phone numbers are printed on the back cover of this booklet). If you don't know what you should have paid, or you receive bills and you don't know what to do about those bills, we can help. You can also call if you want to give us more information about a request for payment you have already sent to us.

| SECTION 3 | We will consider your request for payment and say yes or no |
|---|---|

| Section 3.1 | We check to see whether we should cover the service or drug and how much we owe |
|---|---|

When we receive your request for payment, we will let you know if we need any additional information from you. Otherwise, we will consider your request and make a coverage decision.

**CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**

- If we decide that the medical care or drug is covered and you followed all the rules for getting the care or drug, we will pay for our share of the cost. If you have already paid for the service or drug, we will mail your reimbursement of our share of the cost to you. If you have not paid for the service or drug yet, we will mail the payment directly to the provider. (Chapter 3 explains the rules you need to follow for getting your medical services covered. Chapter 5 explains the rules you need to follow for getting your Part D prescription drugs covered.)
- If we decide that the medical care or drug is *not* covered, or you did *not* follow all the rules, we will not pay for our share of the cost. Instead, we will send you a letter that explains the reasons why we are not sending the payment you have requested and your rights to appeal that decision.

| Section 3.2 | If we tell you that we will not pay for all or part of the medical care or drug, you can make an appeal |
| --- | --- |

If you think we have made a mistake in turning down your request for payment or you don't agree with the amount we are paying, you can make an appeal. If you make an appeal, it means you are asking us to change the decision we made when we turned down your request for payment.

For the details on how to make this appeal, go to Chapter 9 of this booklet *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).* The appeals process is a formal process with detailed procedures and important deadlines. If making an appeal is new to you, you will find it helpful to start by reading Section 4 of Chapter 9. Section 4 is an introductory section that explains the process for coverage decisions and appeals and gives definitions of terms such as "appeal." Then after you have read Section 4, you can go to the section in Chapter 9 that tells what to do for your situation:

- If you want to make an appeal about getting paid back for a medical service, go to Section 5.3 in Chapter 9.
- If you want to make an appeal about getting paid back for a drug, go to Section 6.5 of Chapter 9.

| **SECTION 4** | **Other situations in which you should save your receipts and send copies to us** |
| --- | --- |

| Section 4.1 | In some cases, you should send copies of your receipts to us to help us track your out-of-pocket drug costs |
| --- | --- |

**CHAPTER 7.   Asking us to pay our share of a bill you have received for covered medical services or drugs**

There are some situations when you should let us know about payments you have made for your drugs. In these cases, you are not asking us for payment. Instead, you are telling us about your payments so that we can calculate your out-of-pocket costs correctly. This may help you to qualify for the Catastrophic Coverage Stage more quickly.

Here are two situations when you should send us copies of receipts to let us know about payments you have made for your drugs:

1. **When you buy the drug for a price that is lower than our price**

   Sometimes when you are in the Deductible Stage or Coverage Gap Stage you can buy your drug **at a network pharmacy** for a price that is lower than our price.

   • For example, a pharmacy might offer a special price on the drug. Or you may have a discount card that is outside our benefit that offers a lower price.

   • Unless special conditions apply, you must use a network pharmacy in these situations and your drug must be on our Drug List.

   • Save your receipt and send a copy to us so that we can have your out-of-pocket expenses count toward qualifying you for the Catastrophic Coverage Stage.

   • **Please note:** If you are in the Deductible Stage or Coverage Gap Stage, we may not pay for any share of these drug costs. But sending a copy of the receipt allows us to calculate your out-of-pocket costs correctly and may help you qualify for the Catastrophic Coverage Stage more quickly.

2. **When you get a drug through a patient assistance program offered by a drug manufacturer**

   Some members are enrolled in a patient assistance program offered by a drug manufacturer that is outside the plan benefits. If you get any drugs through a program offered by a drug manufacturer, you may pay a copayment to the patient assistance program.

   • Save your receipt and send a copy to us so that we can have your out-of-pocket expenses count toward qualifying you for the Catastrophic Coverage Stage.

   • **Please note:** Because you are getting your drug through the patient assistance program and not through the plan's benefits, we will not pay for any share of these drug costs. But sending a copy of the receipt allows us to calculate your out-of-pocket costs correctly and may help you qualify for the Catastrophic Coverage Stage more quickly.

Since you are not asking for payment in the two cases described above, these situations are not considered coverage decisions. Therefore, you cannot make an appeal if you disagree with our decision.

# CHAPTER 8
## *Your rights and responsibilities*

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 212 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)     207
CHAPTER 8.  Your rights and responsibilities

## CHAPTER 8.   Your rights and responsibilities

**SECTION 1**      **Our plan must honor your rights as a member of the plan**................  **208**

Section 1.1      We must provide information in a way that works for you (in languages other than English, in braille, in large print, or other alternate formats, etc.)................................................................................  208

Section 1.2      We must ensure that you get timely access to your covered services and drugs................................................................  208

Section 1.3      We must protect the privacy of your personal health information.........  209

Section 1.4      We must give you information about the plan, its network of providers, and your covered services................................................  210

Section 1.5      We must support your right to make decisions about your care...........  211

Section 1.6      You have the right to make complaints and to ask us to reconsider decisions we have made................................................  213

Section 1.7      What can you do if you believe you are being treated unfairly or your rights are not being respected?......................................  213

Section 1.8      How to get more information about your rights..............................  214

**SECTION 2**      **You have some responsibilities as a member of the plan**................  **214**

Section 2.1      What are your responsibilities?......................................  214

**CHAPTER 8.   Your rights and responsibilities**

---

**SECTION 1          Our plan must honor your rights as a member of the plan**

---

| Section 1.1 | We must provide information in a way that works for you (in languages other than English, in braille, in large print, or other alternate formats, etc.) |
|---|---|

To get information from us in a way that works for you, please call Member Services (phone numbers are printed on the back cover of this booklet).

Our plan has people and free interpreter services available to answer questions from disabled and non-English speaking members. We can also give you information in braille, in large print, or other alternate formats at no cost if you need it. We are required to give you information about the plan's benefits in a format that is accessible and appropriate for you. To get information from us in a way that works for you, please call Member Services (phone numbers are printed on the back cover of this booklet).

If you have any trouble getting information from our plan in a format that is accessible and appropriate for you, please call to file a grievance with Member Services (phone numbers are printed on the back cover of this booklet). You may also file a complaint with Medicare by calling 1-800-MEDICARE (1-800-633-4227) or directly with the Office for Civil Rights. Contact information is included in this *Evidence of Coverage* or with this mailing, or you may contact Member Services for additional information.

| Section 1.2 | We must ensure that you get timely access to your covered services and drugs |
|---|---|

You have the right to choose a provider in the plan's network. Call Member Services to learn which doctors are accepting new patients (phone numbers are printed on the back cover of this booklet). You also have the right to go to a women's health specialist (such as a gynecologist) without a referral and still pay the in-network cost-sharing amount.

As a plan member, you have the right to get appointments and covered services from your providers *within a reasonable amount of time.* This includes the right to get timely services from specialists when you need that care. You also have the right to get your prescriptions filled or refilled at any of our network pharmacies without long delays.

If you think that you are not getting your medical care or Part D drugs within a reasonable amount of time, Chapter 9, Section 10 of this booklet tells what you can do. (If we have denied coverage for your medical care or drugs and you don't agree with our decision, Chapter 9, Section 4 tells what you can do.)

**CHAPTER 8.   Your rights and responsibilities**

| Section 1.3 | We must protect the privacy of your personal health information |
|---|---|

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

- Your "personal health information" includes the personal information you gave us when you enrolled in this plan as well as your medical records and other medical and health information.
- The laws that protect your privacy give you rights related to getting information and controlling how your health information is used. We give you a written notice, called a "Notice of Privacy Practice," that tells about these rights and explains how we protect the privacy of your health information.

**How do we protect the privacy of your health information?**

- We make sure that unauthorized people don't see or change your records.
- In most situations, if we give your health information to anyone who isn't providing your care or paying for your care, *we are required to get written permission from you first.* Written permission can be given by you or by someone you have given legal power to make decisions for you.
- There are certain exceptions that do not require us to get your written permission first. These exceptions are allowed or required by law.
  - For example, we are required to release health information to government agencies that are checking on quality of care.
  - Because you are a member of our plan through Medicare, we are required to give Medicare your health information  including information about your Part D prescription drugs. If Medicare releases your information for research or other uses, this will be done according to Federal statutes and regulations.

**You can see the information in your records and know how it has been shared with others**
You have the right to look at your medical records held at the plan, and to get a copy of your records. We are allowed to charge you a fee for making copies. You also have the right to ask us to make additions or corrections to your medical records. If you ask us to do this, we will work with your health care provider to decide whether the changes should be made.

You have the right to know how your health information has been shared with others for any purposes that are not routine.

If you have questions or concerns about the privacy of your personal health information, please call Member Services (phone numbers are printed on the back cover of this booklet).

**CHAPTER 8.   Your rights and responsibilities**

| Section 1.4 | We must give you information about the plan, its network of providers, and your covered services |
| --- | --- |

As a member of Aetna Medicare Premier Plan (PPO), you have the right to get several kinds of information from us. (As explained above in Section 1.1, you have the right to get information from us in a way that works for you. This includes getting the information in languages other than English and in large print or other alternate formats.)

If you want any of the following kinds of information, please call Member Services (phone numbers are printed on the back cover of this booklet):

- **Information about our plan.** This includes, for example, information about the plan's financial condition. It also includes information about the number of appeals made by members and the plan's Star Ratings, including how it has been rated by plan members and how it compares to other Medicare health plans.
- **Information about our network providers including our network pharmacies.**
    - For example, you have the right to get information from us about the qualifications of the providers and pharmacies in our network and how we pay the providers in our network.
    - For a list of the providers in the plan's network, see the *Provider & Pharmacy Directory*.
    - For a list of the pharmacies in the plan's network, see the *Provider & Pharmacy Directory*.
    - For more detailed information about our providers or pharmacies, you can call Member Services (phone numbers are printed on the back cover of this booklet) or visit our website at AetnaMedicare.com.
- **Information about your coverage and the rules you must follow when using your coverage.**
    - In Chapters 3 and 4 of this booklet, we explain what medical services are covered for you, any restrictions to your coverage, and what rules you must follow to get your covered medical services.
    - To get the details on your Part D prescription drug coverage, see Chapters 5 and 6 of this booklet plus the plan's *List of Covered Drugs* (*Formulary*). These chapters, together with the *List of Covered Drugs (Formulary)*, tell you what drugs are covered and explain the rules you must follow and the restrictions to your coverage for certain drugs.
    - If you have questions about the rules or restrictions, please call Member Services (phone numbers are printed on the back cover of this booklet).
- **Information about why something is not covered and what you can do about it.**
    - If a medical service or Part D drug is not covered for you, or if your coverage is restricted in some way, you can ask us for a written explanation. You have the right to this

**CHAPTER 8.   Your rights and responsibilities**

explanation even if you received the medical service or drug from an out-of-network provider or pharmacy.

○ If you are not happy or if you disagree with a decision we make about what medical care or Part D drug is covered for you, you have the right to ask us to change the decision. You can ask us to change the decision by making an appeal. For details on what to do if something is not covered for you in the way you think it should be covered, see Chapter 9 of this booklet. It gives you the details about how to make an appeal if you want us to change our decision. (Chapter 9 also tells about how to make a complaint about quality of care, waiting times, and other concerns.)

○ If you want to ask our plan to pay our share of a bill you have received for medical care or a Part D prescription drug, see Chapter 7 of this booklet.

| Section 1.5 | We must support your right to make decisions about your care |
| --- | --- |

**You have the right to know your treatment options and participate in decisions about your health care**

You have the right to get full information from your doctors and other health care providers when you go for medical care. Your providers must explain your medical condition and your treatment choices *in a way that you can understand.*

You also have the right to participate fully in decisions about your health care. To help you make decisions with your doctors about what treatment is best for you, your rights include the following:

- **To know about all of your choices.** This means that you have the right to be told about all of the treatment options that are recommended for your condition, no matter what they cost or whether they are covered by our plan. It also includes being told about programs our plan offers to help members manage their medications and use drugs safely.

- **To know about the risks.** You have the right to be told about any risks involved in your care. You must be told in advance if any proposed medical care or treatment is part of a research experiment. You always have the choice to refuse any experimental treatments.

- **The right to say "no."** You have the right to refuse any recommended treatment. This includes the right to leave a hospital or other medical facility, even if your doctor advises you not to leave. You also have the right to stop taking your medication. Of course, if you refuse treatment or stop taking medication, you accept full responsibility for what happens to your body as a result.

- **To receive an explanation if you are denied coverage for care.** You have the right to receive

**CHAPTER 8.   Your rights and responsibilities**

an explanation from us if a provider has denied care that you believe you should receive. To receive this explanation, you will need to ask us for a coverage decision. Chapter 9 of this booklet tells how to ask the plan for a coverage decision.

**You have the right to give instructions about what is to be done if you are not able to make medical decisions for yourself**

Sometimes people become unable to make health care decisions for themselves due to accidents or serious illness. You have the right to say what you want to happen if you are in this situation. This means that, *if you want to,* you can:

- Fill out a written form to give **someone the legal authority to make medical decisions for you** if you ever become unable to make decisions for yourself.
- **Give your doctors written instructions** about how you want them to handle your medical care if you become unable to make decisions for yourself.

The legal documents that you can use to give your directions in advance in these situations are called **"advance directives."** There are different types of advance directives and different names for them. Documents called **"living will"** and **"power of attorney for health care"** are examples of advance directives.

If you want to use an "advance directive" to give your instructions, here is what to do:

- **Get the form.** If you want to have an advance directive, you can get a form from your lawyer, from a social worker, or from some office supply stores. You can sometimes get advance directive forms from organizations that give people information about Medicare.
- **Fill it out and sign it.** Regardless of where you get this form, keep in mind that it is a legal document. You should consider having a lawyer help you prepare it.
- **Give copies to appropriate people.** You should give a copy of the form to your doctor and to the person you name on the form as the one to make decisions for you if you can't. You may want to give copies to close friends or family members as well. Be sure to keep a copy at home.

If you know ahead of time that you are going to be hospitalized, and you have signed an advance directive, **take a copy with you to the hospital.**

- If you are admitted to the hospital, they will ask you whether you have signed an advance directive form and whether you have it with you.
- If you have not signed an advance directive form, the hospital has forms available and will ask

if you want to sign one.

**Remember, it is your choice whether you want to fill out an advance directive** (including whether you want to sign one if you are in the hospital). According to law, no one can deny you care or discriminate against you based on whether or not you have signed an advance directive.

### What if your instructions are not followed?

If you have signed an advance directive, and you believe that a doctor or hospital did not follow the instructions in it, you may file a complaint with the state agency that oversees advance directives. To find the appropriate agency in your state, contact your SHIP. Contact information is in **Addendum A** at the back of this booklet.

| Section 1.6 | You have the right to make complaints and to ask us to reconsider decisions we have made |
|---|---|

If you have any problems or concerns about your covered services or care, Chapter 9 of this booklet tells what you can do. It gives the details about how to deal with all types of problems and complaints. What you need to do to follow up on a problem or concern depends on the situation. You might need to ask our plan to make a coverage decision for you, make an appeal to us to change a coverage decision, or make a complaint. Whatever you do – ask for a coverage decision, make an appeal, or make a complaint – **we are required to treat you fairly.**

You have the right to get a summary of information about the appeals and complaints that other members have filed against our plan in the past. To get this information, please call Member Services (phone numbers are printed on the back cover of this booklet).

| Section 1.7 | What can you do if you believe you are being treated unfairly or your rights are not being respected? |
|---|---|

### If it is about discrimination, call the Office for Civil Rights

If you believe you have been treated unfairly or your rights have not been respected due to your race, disability, religion, sex, health, ethnicity, creed (beliefs), age, or national origin, you should call the Department of Health and Human Services' **Office for Civil Rights** at 1-800-368-1019 or TTY 1-800-537-7697, or call your local Office for Civil Rights.

### Is it about something else?

If you believe you have been treated unfairly or your rights have not been respected, *and* it's *not* about discrimination, you can get help dealing with the problem you are having:

**CHAPTER 8.   Your rights and responsibilities**

- You can **call Member Services** (phone numbers are printed on the back cover of this booklet).
- You can **call the State Health Insurance Assistance Program (SHIP)**. For details about this organization and how to contact it, go to Chapter 2, Section 3 or **Addendum A** at the back of this booklet.
- Or, **you can call Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| Section 1.8 | How to get more information about your rights |
|---|---|

There are several places where you can get more information about your rights:

- You can **call Member Services** (phone numbers are printed on the back cover of this booklet).
- You can **call the State Health Insurance Assistance Program (SHIP).** For details about this organization and how to contact it, go to Chapter 2, Section 3 or **Addendum A** at the back of this booklet.
- You can contact **Medicare.**
  - You can visit the Medicare website to read or download the publication "Medicare Rights & Protections." (The publication is available at: www.medicare.gov/Pubs/pdf/11534-Medicare-Rights-and-Protections.pdf.)
  - Or, you can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| SECTION 2 | You have some responsibilities as a member of the plan |
|---|---|

| Section 2.1 | What are your responsibilities? |
|---|---|

Things you need to do as a member of the plan are listed below. If you have any questions, please call Member Services (phone numbers are printed on the back cover of this booklet). We're here to help.

- **Get familiar with your covered services and the rules you must follow to get these covered services.** Use this *Evidence of Coverage* booklet to learn what is covered for you and the rules you need to follow to get your covered services.
  - Chapters 3 and 4 give the details about your medical services, including what is covered, what is not covered, rules to follow, and what you pay.
  - Chapters 5 and 6 give the details about your coverage for Part D prescription drugs.
- **If you have any other health insurance or prescription drug coverage in addition to our**

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 220 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    215
CHAPTER 8.   Your rights and responsibilities

**plan, you are required to tell us.** Please call Member Services to let us know (phone numbers are printed on the back cover of this booklet).

- ○ We are required to follow rules set by Medicare to make sure that you are using all of your coverage in combination when you get your covered services from our plan. This is called **"coordination of benefits"** because it involves coordinating the health and drug benefits you get from our plan with any other health and drug benefits available to you. We'll help you coordinate your benefits. (For more information about coordination of benefits, go to Chapter 1, Section 10.)

- **Tell your doctor and other health care providers that you are enrolled in our plan.** Show your plan membership card whenever you get your medical care or Part D prescription drugs.

- **Help your doctors and other providers help you by giving them information, asking questions, and following through on your care.**

  - ○ To help your doctors and other health providers give you the best care, learn as much as you are able to about your health problems and give them the information they need about you and your health. Follow the treatment plans and instructions that you and your doctors agree upon.

  - ○ Make sure your doctors know all of the drugs you are taking, including over-the-counter drugs, vitamins, and supplements.

  - ○ If you have any questions, be sure to ask. Your doctors and other health care providers are supposed to explain things in a way you can understand. If you ask a question and you don't understand the answer you are given, ask again.

- **Be considerate.** We expect all our members to respect the rights of other patients. We also expect you to act in a way that helps the smooth running of your doctor's office, hospitals, and other offices.

- **Pay what you owe.** As a plan member, you are responsible for these payments:

  - ○ In order to be eligible for our plan, you must have Medicare Part A and Medicare Part B. Some plan members must pay a premium for Medicare Part A. Most plan members must pay a premium for Medicare Part B to remain a member of the plan.

  - ○ For most of your medical services or drugs covered by the plan, you must pay your share of the cost when you get the service or drug. This will be a copayment (a fixed amount) or coinsurance (a percentage of the total cost). Chapter 4 tells what you must pay for your medical services. Chapter 6 tells what you must pay for your Part D prescription drugs.

    - ■ If you get any medical services or drugs that are not covered by our plan or by other insurance you may have, you must pay the full cost.

    - ■ If you disagree with our decision to deny coverage for a service or drug, you can

make an appeal. Please see Chapter 9 of this booklet for information about how to
make an appeal.

○ If you are required to pay the extra amount for Part D because of your yearly income, you
must pay the extra amount directly to the government to remain a member of the plan.

• **Tell us if you move.** If you are going to move, it's important to tell us right away. Call Member
Services (phone numbers are printed on the back cover of this booklet).

○ **If you move *outside* of our plan service area, you cannot remain a member of our
plan.** (Chapter 1 tells about our service area.) We can help you figure out whether you
are moving outside our service area. If you are leaving our service area, you will have a
Special Enrollment Period when you can join any Medicare plan available in your new
area. We can let you know if we have a plan in your new area.

○ **If you move *within* our service area, we still need to know** so we can keep your
membership record up to date and know how to contact you.

○ If you move, it is also important to tell Social Security (or the Railroad Retirement Board).
You can find phone numbers and contact information for these organizations in Chapter
2.

• **Call Member Services for help if you have questions or concerns.** We also welcome any
suggestions you may have for improving our plan.

○ Phone numbers and calling hours for Member Services are printed on the back cover of
this booklet.

○ For more information on how to reach us, including our mailing address, please see
Chapter 2.

# CHAPTER 9

*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*

# CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

**SECTION 1      Introduction** ...................................................................... **221**

Section 1.1    What to do if you have a problem or concern ................................ 221

Section 1.2    What about the legal terms? ................................................... 221

**SECTION 2      You can get help from government organizations that are not connected with us** ...................................................................... **221**

Section 2.1    Where to get more information and personalized assistance .............. 222

**SECTION 3      To deal with your problem, which process should you use?** ........... **222**

Section 3.1    Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? ................................... 222

**COVERAGE DECISIONS AND APPEALS** .................................................... **223**

**SECTION 4      A guide to the basics of coverage decisions and appeals** ............... **223**

Section 4.1    Asking for coverage decisions and making appeals: the big picture ............ 223

Section 4.2    How to get help when you are asking for a coverage decision or making an appeal ....................................................................................... 224

Section 4.3    Which section of this chapter gives the details for your situation? ............... 225

**SECTION 5      Your medical care: How to ask for a coverage decision or make an appeal** ...................................................................................... **226**

Section 5.1    This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care .................................................................................. 226

Section 5.2    Step-by-step: How to ask for a coverage decision (how to ask our plan to authorize or provide the medical care coverage you want) ....................... 227

Section 5.3    Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a medical care coverage decision made by our plan) ................................. 231

Section 5.4    Step-by-step: How a Level 2 Appeal is done ................................... 234

Section 5.5    What if you are asking us to pay you for our share of a bill you have received for medical care? ................................................................... 236

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**SECTION 6**   **Your Part D prescription drugs: How to ask for a coverage decision or make an appeal** .................................................................... **237**

Section 6.1   This section tells you what to do if you have problems getting a Part D drug or you want us to pay you back for a Part D drug ...................... 238

Section 6.2   What is an exception? ................................................................. 239

Section 6.3   Important things to know about asking for exceptions ........................... 241

Section 6.4   Step-by-step: How to ask for a coverage decision, including an exception ..... 242

Section 6.5   Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a coverage decision made by our plan) ................................................. 245

Section 6.6   Step-by-step: How to make a Level 2 Appeal ...................................... 248

**SECTION 7**   **How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon** ............................................... **251**

Section 7.1   During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights ................................................. 251

Section 7.2   Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date ......................................................................... 252

Section 7.3   Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date ......................................................................... 256

Section 7.4   What if you miss the deadline for making your Level 1 Appeal? ................ 257

**SECTION 8**   **How to ask us to keep covering certain medical services if you think your coverage is ending too soon** ................................................... **260**

Section 8.1   *This section is about three services only:*
Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services ................................ 260

Section 8.2   We will tell you in advance when your coverage will be ending ............... 261

Section 8.3   Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time ..................................................................... 261

Section 8.4   Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time ................................................................. 264

Section 8.5   What if you miss the deadline for making your Level 1 Appeal? ................ 265

**CHAPTER 9. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**SECTION 9** **Taking your appeal to Level 3 and beyond**................................... **268**

  Section 9.1   Appeal Levels 3, 4, and 5 for Medical Service Requests........................... 268

  Section 9.2   Appeal Levels 3, 4, and 5 for Part D Drug Requests................................ 270

**MAKING COMPLAINTS**............................................................... **271**

**SECTION 10** **How to make a complaint about quality of care, waiting times,**
                **customer service, or other concerns**............................................. **271**

  Section 10.1   What kinds of problems are handled by the complaint process?.......... 271

  Section 10.2   The formal name for "making a complaint" is "filing a grievance"......... 273

  Section 10.3   Step-by-step: Making a complaint.................................................. 274

  Section 10.4   You can also make complaints about quality of care to the Quality
                 Improvement Organization....................................................... 276

  Section 10.5   You can also tell Medicare about your complaint................................ 276

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

## SECTION 1          Introduction

---

| Section 1.1 | What to do if you have a problem or concern |
|---|---|

This chapter explains two types of processes for handling problems and concerns:

- For some types of problems, you need to use the **process for coverage decisions and appeals.**
- For other types of problems, you need to use the **process for making complaints.**

Both of these processes have been approved by Medicare. To ensure fairness and prompt handling of your problems, each process has a set of rules, procedures, and deadlines that must be followed by us and by you.

Which one do you use? That depends on the type of problem you are having. The guide in Section 3 will help you identify the right process to use.

| Section 1.2 | What about the legal terms? |
|---|---|

There are technical legal terms for some of the rules, procedures, and types of deadlines explained in this chapter. Many of these terms are unfamiliar to most people and can be hard to understand.

To keep things simple, this chapter explains the legal rules and procedures using simpler words in place of certain legal terms. For example, this chapter generally says "making a complaint" rather than "filing a grievance," "coverage decision" rather than "organization determination," or "coverage determination" or "at-risk determination," and "Independent Review Organization" instead of "Independent Review Entity." It also uses abbreviations as little as possible.

However, it can be helpful – and sometimes quite important – for you to know the correct legal terms for the situation you are in. Knowing which terms to use will help you communicate more clearly and accurately when you are dealing with your problem and get the right help or information for your situation. To help you know which terms to use, we include legal terms when we give the details for handling specific types of situations.

---

## SECTION 2          You can get help from government organizations that are not connected with us

---

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Section 2.1 | Where to get more information and personalized assistance |
|---|---|

Sometimes it can be confusing to start or follow through the process for dealing with a problem. This can be especially true if you do not feel well or have limited energy. Other times, you may not have the knowledge you need to take the next step.

**Get help from an independent government organization**

We are always available to help you. But in some situations you may also want help or guidance from someone who is not connected with us. You can always contact your **State Health Insurance Assistance Program (SHIP)**. This government program has trained counselors in every state. The program is not connected with us or with any insurance company or health plan. The counselors at this program can help you understand which process you should use to handle a problem you are having. They can also answer your questions, give you more information, and offer guidance on what to do.

The services of SHIP counselors are free. You will find phone numbers in **Addendum A** at the back of this booklet.

**You can also get help and information from Medicare**

For more information and help in handling a problem, you can also contact Medicare. Here are two ways to get information directly from Medicare:

- You can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.
- You can visit the Medicare website (www.medicare.gov).

**SECTION 3          To deal with your problem, which process should you use?**

| Section 3.1 | Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? |
|---|---|

If you have a problem or concern, you only need to read the parts of this chapter that apply to your situation. The guide that follows will help.

To figure out which part of this chapter will help with your specific problem or concern,

CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

**START HERE**

**Is your problem or concern about your benefits or coverage?**

(This includes problems about whether particular medical care or prescription drugs are covered or not, the way in which they are covered, and problems related to payment for medical care or prescription drugs.)

**Yes**. My problem is about benefits or coverage.

Go on to the next section of this chapter, **Section 4, "A guide to the basics of coverage decisions and appeals."**

**No**. My problem is <u>not</u> about benefits or coverage.

Skip ahead to **Section 10** at the end of this chapter: "**How to make a complaint about quality of care, waiting times, customer service or other concerns**."

---

## COVERAGE DECISIONS AND APPEALS

## SECTION 4          A guide to the basics of coverage decisions and appeals

| Section 4.1          Asking for coverage decisions and making appeals: the big picture |
| --- |

The process for coverage decisions and appeals deals with problems related to your benefits and coverage for medical services and prescription drugs, including problems related to payment. This is the process you use for issues such as whether something is covered or not and the way in which something is covered.

**Asking for coverage decisions**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services or drugs. For example, your plan network doctor makes a (favorable) coverage decision for you whenever you receive medical care from him or her or if your network doctor refers you to a medical specialist. You or your doctor can also contact us and ask for a coverage decision if your doctor is unsure whether we will cover a particular medical service or refuses to provide medical care you think that you need. In other words, if you want to know if we will cover a medical service before you receive it, you can ask us to make a coverage decision for you. In limited circumstances a request for a coverage decision will be dismissed, which means we won't

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

review the request. Examples of when a request will be dismissed include if the request is incomplete, if someone makes the request on your behalf but isn't legally authorized to do so or if you ask for your request to be withdrawn. If we dismiss a request for a coverage decision, we will send a notice explaining why the request was dismissed and how to ask for a review of the dismissal.

We are making a coverage decision for you whenever we decide what is covered for you and how much we pay. In some cases we might decide a service or drug is not covered or is no longer covered by Medicare for you. If you disagree with this coverage decision, you can make an appeal.

**Making an appeal**

If we make a coverage decision and you are not satisfied with this decision, you can "appeal" the decision. An appeal is a formal way of asking us to review and change a coverage decision we have made.

When you appeal a decision for the first time, this is called a Level 1 Appeal. In this appeal, we review the coverage decision we made to check to see if we were following all of the rules properly. Your appeal is handled by different reviewers than those who made the original unfavorable decision. When we have completed the review, we give you our decision. Under certain circumstances, which we discuss later, you can request an expedited or "fast coverage decision" or fast appeal of a coverage decision. In limited circumstances a request for a coverage decision will be dismissed, which means we won't review the request. Examples of when a request will be dismissed include if the request is incomplete, if someone makes the request on your behalf but isn't legally authorized to do so or if you ask for your request to be withdrawn. If we dismiss a request for a coverage decision, we will send a notice explaining why the request was dismissed and how to ask for a review of the dismissal.

If we say no to all or part of your Level 1 Appeal, you can go on to a Level 2 Appeal. The Level 2 Appeal is conducted by an Independent Review Organization that is not connected to us. (In some situations, your case will be automatically sent to the Independent Review Organization for a Level 2 Appeal. In other situations, you will need to ask for a Level 2 Appeal.) If you are not satisfied with the decision at the Level 2 Appeal, you may be able to continue through additional levels of appeal.

| Section 4.2 | How to get help when you are asking for a coverage decision or making an appeal |
|---|---|

Would you like some help? Here are resources you may wish to use if you decide to ask for any kind of coverage decision or appeal a decision:

- You **can call us at Member Services** (phone numbers are printed on the back cover of this

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

booklet).

- You **can get free help from your State Health Insurance Assistance Program (SHIP)** (see Section 2 of this chapter).
- **Your doctor can make a request for you.**
  - For medical care or Part B prescription drugs, your doctor can request a coverage decision or a Level 1 Appeal on your behalf. If your appeal is denied at Level 1, it will be automatically forwarded to Level 2. To request any appeal after Level 2, your doctor must be appointed as your representative.
  - For Part D prescription drugs, your doctor or other prescriber can request a coverage decision or a Level 1 or Level 2 Appeal on your behalf. To request any appeal after Level 2, your doctor or other prescriber must be appointed as your representative.
- **You can ask someone to act on your behalf**. If you want to, you can name another person to act for you as your "representative" to ask for a coverage decision or make an appeal.
  - There may be someone who is already legally authorized to act as your representative under State law.
  - If you want a friend, relative, your doctor or other provider, or other person to be your representative, call Member Services (phone numbers are printed on the back cover of this booklet) and ask for the "Appointment of Representative" form. (The form is also available on Medicare's website at www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf.) The form gives that person permission to act on your behalf. It must be signed by you and by the person who you would like to act on your behalf. You must give us a copy of the signed form.
- **You also have the right to hire a lawyer to act for you**. You may contact your own lawyer, or get the name of a lawyer from your local bar association or other referral service. There are also groups that will give you free legal services if you qualify. However, **you are not required to hire a lawyer** to ask for any kind of coverage decision or appeal a decision.

---

| Section 4.3 | Which section of this chapter gives the details for your situation? |
| --- | --- |

There are four different types of situations that involve coverage decisions and appeals. Since each situation has different rules and deadlines, we give the details for each one in a separate section:

- **Section 5** of this chapter: "Your medical care: How to ask for a coverage decision or make an appeal"
- **Section 6** of this chapter: "Your Part D prescription drugs: How to ask for a coverage decision or make an appeal"

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- **Section 7** of this chapter: "How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon"
- **Section 8** of this chapter: "How to ask us to keep covering certain medical services if you think your coverage is ending too soon" (*Applies to these services only*: home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services)

If you're not sure which section you should be using, please call Member Services (phone numbers are printed on the back cover of this booklet). You can also get help or information from government organizations such as your State Health Insurance Assistance Program (SHIP) (**Addendum A** at the back of this booklet has the phone numbers for this program).

---

| SECTION 5 | Your medical care: How to ask for a coverage decision or make an appeal |
|---|---|

 Have you read **Section 4** of this chapter (*A guide to "the basics" of coverage decisions and appeals*)? If not, you may want to read it before you start this section.

| Section 5.1 | This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care |
|---|---|

This section is about your benefits for medical care and services. These benefits are described in Chapter 4 of this booklet: *Medical Benefits Chart (what is covered and what you pay)*. To keep things simple, we generally refer to "medical care coverage" or "medical care" in the rest of this section, instead of repeating "medical care or treatment or services" every time. The term "medical care" includes medical items and services as well as Medicare Part B prescription drugs. In some cases, different rules apply to a request for a Part B prescription drug. In those cases, we will explain how the rules for Part B prescription drugs are different from the rules for medical items and services.

This section tells what you can do if you are in any of the five following situations:

1. You are not getting certain medical care you want, and you believe that this care is covered by our plan.
2. Our plan will not approve the medical care your doctor or other medical provider wants to give you, and you believe that this care is covered by the plan.
3. You have received medical care that you believe should be covered by the plan, but we have said we will not pay for this care.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

4. You have received and paid for medical care that you believe should be covered by the plan, and you want to ask our plan to reimburse you for this care.

5. You are being told that coverage for certain medical care you have been getting that we previously approved will be reduced or stopped, and you believe that reducing or stopping this care could harm your health.

   • NOTE: **If the coverage that will be stopped is for hospital care, home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services**, you need to read a separate section of this chapter because special rules apply to these types of care. Here's what to read in those situations:

      ○ Chapter 9, Section 7: *How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon.*

      ○ Chapter 9, Section 8: *How to ask us to keep covering certain medical services if you think your coverage is ending too soon.* This section is about three services only: home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services.

   • For *all other* situations that involve being told that medical care you have been getting will be stopped, use this section (Section 5) as your guide for what to do.

**Which of these situations are you in?**

| If you are in this situation: | This is what you can do: |
|---|---|
| To find out whether we will cover the medical care you want. | You can ask us to make a coverage decision for you.<br>Go to the next section of this chapter, **Section 5.2**. |
| If we already told you that we will not cover or pay for a medical service in the way that you want it to be covered or paid for. | You can make an **appeal**. (This means you are asking us to reconsider.)<br>Skip ahead to **Section 5.3** of this chapter. |
| If you want to ask us to pay you back for medical care you have already received and paid for. | You can send us the bill.<br>Skip ahead to **Section 5.5** of this chapter. |

| | |
|---|---|
| Section 5.2 | Step-by-step: How to ask for a coverage decision (how to ask our plan to authorize or provide the medical care coverage you want) |

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
| --- |
| When a coverage decision involves your medical care, it is called an **"organization determination."** |

<u>**Step 1:**</u> **You ask our plan to make a coverage decision on the medical care you are requesting.** If your health requires a quick response, you should ask us to make a **"fast coverage decision."**

| Legal Terms |
| --- |
| A "fast coverage decision" is called an **"expedited determination."** |

*How to request coverage for the medical care you want*

- Start by calling, writing, or faxing our plan to make your request for us to authorize or provide coverage for the medical care you want. You, your doctor, or your representative can do this.
- For the details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are asking for a coverage decision about your medical care.*

*Generally, we use the standard deadlines for giving you our decision*

When we give you our decision, we will use the "standard" deadlines unless we have agreed to use the "fast" deadlines. **A standard coverage decision means we will give you an answer within 14 calendar days** after we receive your request **for a medical item or service**. If your request is for a **Medicare Part B prescription drug, we will give you an answer within 72 hours** after we receive your request.

- **However**, for a request **for a medical item or service we can take up to 14 more calendar days** if you ask for more time, or if we need information (such as medical records from out-of-network providers) that may benefit you. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
- If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (The process for making a complaint is different from the process for coverage decisions and appeals. For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

*If your health requires it, ask us to give you a "fast coverage decision"*

- **A fast coverage decision means we will answer within 72 hours if your request is for a medical item or service. If your request is for a Medicare Part B prescription drug, we will answer within 24 hours.**
    - **However**, for a request **for a medical item or service we can take up to 14 more calendar days** if we find that some information that may benefit you is missing (such as medical records from out-of-network providers), or if you need time to get information to us for the review. If we decide to take extra days, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
    - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.) We will call you as soon as we make the decision.
- **To get a fast coverage decision, you must meet two requirements:**
    - You can get a fast coverage decision *only* if you are asking for coverage for medical care *you have not yet received*. (You cannot ask for a fast coverage decision if your request is about payment for medical care you have already received.)
    - You can get a fast coverage decision *only* if using the standard deadlines could *cause serious harm to your health or hurt your ability to function*.
- **If your doctor tells us that your health requires a "fast coverage decision," we will automatically agree to give you a fast coverage decision.**
- If you ask for a fast coverage decision on your own, without your doctor's support, we will decide whether your health requires that we give you a fast coverage decision.
    - If we decide that your medical condition does not meet the requirements for a fast coverage decision, we will send you a letter that says so (and we will use the standard deadlines instead).
    - This letter will tell you that if your doctor asks for the fast coverage decision, we will automatically give a fast coverage decision.
    - The letter will also tell how you can file a "fast complaint" about our decision to give you a standard coverage decision instead of the fast coverage decision you requested. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)

<u>Step 2:</u> **We consider your request for medical care coverage and give you our answer.**

*Deadlines for a "fast" coverage decision*

**CHAPTER 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- Generally, for a fast coverage decision on a request for a medical item or service, we will give you our answer **within 72 hours**. If your request is for a Medicare Part B prescription drug, we will answer **within 24 hours**.
  - As explained above, we can take up to 14 more calendar days under certain circumstances. If we decide to take extra days to make the coverage decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
  - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)
  - If we do not give you our answer within 72 hours (or if there is an extended time period, by the end of that period), or 24 hours if your request is for a Part B prescription drug, you have the right to appeal. Section 5.3 below tells how to make an appeal.
- **If our answer is no to part or all of what you requested**, we will send you a detailed written explanation as to why we said no.

*Deadlines for a "standard coverage decision"*

- Generally, for a standard coverage decision on a request for a medical item or service, we will give you our answer **within 14 calendar days of receiving your request**. If your request is for a Medicare Part B prescription drug, we will give you an answer **within 72 hours** of receiving your request.
  - For a request for a medical item or service, we can take up to 14 more calendar days ("an extended time period") under certain circumstances. If we decide to take extra days to make the coverage decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
  - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)
  - If we do not give you our answer within 14 calendar days (or if there is an extended time period, by the end of that period), or 72 hours if your request is for a Part B prescription drug, you have the right to appeal. Section 5.3 below tells how to make an appeal.
- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no.

**Step 3: If we say no to your request for coverage for medical care, you decide if you want to**

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

make an appeal.

- If we say no, you have the right to ask us to reconsider – and perhaps change – this decision by making an appeal. Making an appeal means making another try to get the medical care coverage you want.
- If you decide to make an appeal, it means you are going on to Level 1 of the appeals process (see Section 5.3 below).

| Section 5.3 | Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a medical care coverage decision made by our plan) |
| --- | --- |

| **Legal Terms** |
| --- |
| An appeal to the plan about a medical care coverage decision is called a plan **"reconsideration."** |

**Step 1:** You contact us and make your appeal. If your health requires a quick response, you must ask for a **"fast appeal."**

*What to do*

- **To start an appeal you, your doctor, or your representative, must contact us**. For details on how to reach us for any purpose related to your appeal, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*
- **If you are asking for a standard appeal, make your standard appeal in writing by submitting a request.**
  - If you have someone appealing our decision for you other than your doctor, your appeal must include an Appointment of Representative form authorizing this person to represent you. To get the form, call Member Services (phone numbers are printed on the back cover of this booklet) and ask for the "Appointment of Representative" form. It is also available on Medicare's website at www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf. While we can accept an appeal request without the form, we cannot begin or complete our review until we receive it. If we do not receive the form within 44 calendar days after receiving your appeal request (our deadline for making a decision on your appeal), your appeal request will be dismissed. If this happens, we will send you a written notice explaining your right to ask the Independent Review Organization to review our decision to dismiss your appeal.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- **If you are asking for a fast appeal, make your appeal in writing or call us** at the phone number shown in Chapter 2, Section 1 (*How to contact us when you are making an appeal about your medical care*).
- **You must make your appeal request within 60 calendar days** from the date on the written notice we sent to tell you our answer to your request for a coverage decision. If you miss this deadline and have a good reason for missing it, explain the reason your appeal is late when you make your appeal. We may give you more time to make your appeal. Examples of good cause for missing the deadline may include if you had a serious illness that prevented you from contacting us or if we provided you with incorrect or incomplete information about the deadline for requesting an appeal.
- **You can ask for a copy of the information regarding your medical decision and add more information to support your appeal.**
  - You have the right to ask us for a copy of the information regarding your appeal.
  - If you wish, you and your doctor may give us additional information to support your appeal.

*If your health requires it, ask for a "fast appeal" (you can make a request by calling us)*

| Legal Terms |
|---|
| A "fast appeal" is also called an "**expedited reconsideration."** |

- If you are appealing a decision we made about coverage for care that you have not yet received, you and/or your doctor will need to decide if you need a "fast appeal."
- The requirements and procedures for getting a "fast appeal" are the same as those for getting a "fast coverage decision." To ask for a fast appeal, follow the instructions for asking for a fast coverage decision. (These instructions are given earlier in this section.)
- If your doctor tells us that your health requires a "fast appeal," we will give you a fast appeal.

**Step 2: We consider your appeal and we give you our answer.**

- When our plan is reviewing your appeal, we take another careful look at all of the information about your request for coverage of medical care. We check to see if we were following all the rules when we said no to your request.
- We will gather more information if we need it. We may contact you or your doctor to get more information.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

### *Deadlines for a "fast appeal"*

- When we are using the fast deadlines, we must give you our answer **within 72 hours after we receive your appeal**. We will give you our answer sooner if your health requires us to do so.
    - However, if you ask for more time, or if we need to gather more information that may benefit you, we **can take up to 14 more calendar days** if your request is for a medical item or service. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
    - If we do not give you an answer within 72 hours (or by the end of the extended time period if we took extra days), we are required to automatically send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we tell you about this organization and explain what happens at Level 2 of the appeals process.
- **If our answer is yes to part or all of what you requested**, we must authorize or provide the coverage we have agreed to provide within 72 hours after we receive your appeal.
- **If our answer is no to part or all of what you requested**, we will automatically send your appeal to the Independent Review Organization for a Level 2 Appeal.

### *Deadlines for a "standard" appeal*

- If we are using the standard deadlines, we must give you our answer on a request for a medical item or service **within 30 calendar days** after we receive your appeal if your appeal is about coverage for services you have not yet received. If your request is for a Medicare Part B prescription drug you have not yet received, we will give you our answer **within 7 calendar days** after we receive your appeal. We will give you our decision sooner if your health condition requires us to.
    - However, if you ask for more time, or if we need to gather more information that may benefit you, **we can take up to 14 more calendar days** if your request is for a medical item or service. If we decide to take extra days to make the decision, we will tell you in writing. We can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.
    - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 10 of this chapter.)
    - If we do not give you an answer by the applicable deadline above (or by the end of the extended time period if we took extra days on your request for a medical item or

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

service), we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 30 calendar days, if your request is for a medical item or service, or **within 7 calendar days** if your request is for a Medicare Part B prescription drug.

- **If our answer is no to part or all of what you requested,** we will automatically send your appeal to the Independent Review Organization for a Level 2 Appeal.

**Step 3: If our plan says no to part or all of your appeal, your case will *automatically* be sent on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your appeal, **we are required to send your appeal to the "Independent Review Organization**." When we do this, it means that your appeal is going on to the next level of the appeals process, which is Level 2.

---

| Section 5.4 | Step-by-step: How a Level 2 Appeal is done |
|---|---|

---

If we say no to your Level 1 Appeal, your case will *automatically* be sent on to the next level of the appeals process. During the Level 2 Appeal, the **Independent Review Organization** reviews our decision for your first appeal. This organization decides whether the decision we made should be changed.

| **Legal Terms** |
|---|
| The formal name for the "Independent Review Organization" is the "**Independent Review Entity**." It is sometimes called the "**IRE**." |

**Step 1: The Independent Review Organization reviews your appeal**.

- **The Independent Review Organization is an independent organization that is hired by Medicare**. This organization is not connected with us and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent

Review Organization. Medicare oversees its work.

- We will send the information about your appeal to this organization. This information is called your "case file." **You have the right to ask us for a copy of your case file**.
- You have a right to give the Independent Review Organization additional information to support your appeal.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.

### *If you had a "fast appeal" at Level 1, you will also have a "fast appeal" at Level 2*

- If you had a fast appeal to our plan at Level 1, you will automatically receive a fast appeal at Level 2. The review organization must give you an answer to your Level 2 Appeal **within 72 hours** of when it receives your appeal.
- However, if your request is for a medical item or service and the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days**. The Independent Review Organization can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

### *If you had a "standard appeal" at Level 1, you will also have a "standard appeal" at Level 2*

- If you had a standard appeal to our plan at Level 1, you will automatically receive a standard appeal at Level 2. If your request is for a medical item or service, the review organization must give you an answer to your Level 2 Appeal **within 30 calendar days** of when it receives your appeal. If your request is for a Medicare Part B prescription drug, the review organization must give you an answer to your Level 2 Appeal **within 7 calendar days** of when it receives your appeal.
- However, if your request is for a medical item or service and the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days**. The Independent Review Organization can't take extra time to make a decision if your request is for a Medicare Part B prescription drug.

**Step 2:** **The Independent Review Organization gives you their answer.**

The Independent Review Organization will tell you its decision in writing and explain the reasons for it.

- **If the review organization says yes to part or all of a request for a medical item or service**, we must authorize the medical care coverage within 72 hours or provide the service **within 14 calendar days** after we receive the decision from the review organization for standard

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

requests or within 72 hours from the date we receive the decision from the review organization for expedited requests.

- **If the review organization says yes to part or all of a request for a Medicare Part B prescription drug**, we must authorize or provide the Part B prescription drug under dispute within **72 hours** after we receive the decision from the review organization for **standard requests** or within **24 hours** from the date we receive the decision from the review organization for **expedited requests**.

- **If this organization says no to part or all of your appeal**, it means they agree with us that your request (or part of your request) for coverage for medical care should not be approved. (This is called "upholding the decision." It is also called "turning down your appeal.")
    - ○ If the Independent Review Organization "upholds the decision" you have the right to a Level 3 Appeal. However, to make another appeal at Level 3, the dollar value of the medical care coverage you are requesting must meet a certain minimum. If the dollar value of the coverage you are requesting is too low, you cannot make another appeal, which means that the decision at Level 2 is final. The written notice you get from the Independent Review Organization will tell you how to find out the dollar amount to continue the appeals process.

**Step 3: If your case meets the requirements, you choose whether you want to take your appeal further.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal).
- If your Level 2 Appeal is turned down and you meet the requirements to continue with the appeals process, you must decide whether you want to go on to Level 3 and make a third appeal. The details on how to do this are in the written notice you get after your Level 2 Appeal.
- The Level 3 Appeal is handled by an Administrative Law Judge or attorney adjudicator. Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 5.5 | What if you are asking us to pay you for our share of a bill you have received for medical care? |
|---|---|

If you want to ask us for payment for medical care, start by reading Chapter 7 of this booklet: *Asking us to pay our share of a bill you have received for covered medical services or drugs*. Chapter 7 describes the situations in which you may need to ask for reimbursement or to pay a bill you have received from a provider. It also tells how to send us the paperwork that asks us for payment.

**CHAPTER 9. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**Asking for reimbursement is asking for a coverage decision from us**

If you send us the paperwork that asks for reimbursement, you are asking us to make a coverage decision (for more information about coverage decisions, see Section 4.1 of this chapter). To make this coverage decision, we will check to see if the medical care you paid for is a covered service (see Chapter 4: *Medical Benefits Chart (what is covered and what you pay)*). We will also check to see if you followed all the rules for using your coverage for medical care (these rules are given in Chapter 3 of this booklet: *Using the plan's coverage for your medical services*).

**We will say yes or no to your request**

- If the medical care you paid for is covered and you followed all the rules, we will send you the payment for our share of the cost of your medical care within 60 calendar days after we receive your request. Or, if you haven't paid for the services, we will send the payment directly to the provider. (When we send the payment, it's the same as saying *yes* to your request for a coverage decision.)
- If the medical care is *not* covered, or you did *not* follow all the rules, we will not send payment. Instead, we will send you a letter that says we will not pay for the services and the reasons why in detail. (When we turn down your request for payment, it's the same as saying *no* to your request for a coverage decision.)

**What if you ask for payment and we say that we will not pay?**

If you do not agree with our decision to turn you down, **you can make an appeal.** If you make an appeal, it means you are asking us to change the coverage decision we made when we turned down your request for payment.

**To make this appeal, follow the process for appeals that we describe in Section 5.3.** Go to this section for step-by-step instructions. When you are following these instructions, please note:

- If you make an appeal for reimbursement, we must give you our answer within 60 calendar days after we receive your appeal. (If you are asking us to pay you back for medical care you have already received and paid for yourself, you are not allowed to ask for a fast appeal.)
- If the Independent Review Organization reverses our decision to deny payment, we must send the payment you have requested to you or to the provider within 30 calendar days. If the answer to your appeal is yes at any stage of the appeals process after Level 2, we must send the payment you requested to you or to the provider within 60 calendar days.

| SECTION 6 | Your Part D prescription drugs: How to ask for a coverage decision or make an appeal |
|---|---|

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

 **Have you read Section 4 of this chapter (*A guide to "the basics" of coverage decisions and appeals*)? If not, you may want to read it before you start this section.**

| Section 6.1 | This section tells you what to do if you have problems getting a Part D drug or you want us to pay you back for a Part D drug |
|---|---|

Your benefits as a member of our plan include coverage for many prescription drugs. Please refer to our plan's *List of Covered Drugs (Formulary).* To be covered, the drug must be used for a medically accepted indication. (A "medically accepted indication" is a use of the drug that is either approved by the Food and Drug Administration or supported by certain reference books. See Chapter 5, Section 3 for more information about a medically accepted indication.)

- **This section is about your Part D drugs only.** To keep things simple, we generally say "drug" in the rest of this section, instead of repeating "covered outpatient prescription drug" or "Part D drug" every time.
- For details about what we mean by Part D drugs, the *List of Covered Drugs (Formulary)*, rules and restrictions on coverage, and cost information, see Chapter 5 (*Using our plan's coverage for your Part D prescription drugs*) and Chapter 6 (*What you pay for your Part D prescription drugs*).

**Part D coverage decisions and appeals**

As discussed in Section 4 of this chapter, a coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your drugs.

| Legal Terms |
|---|
| An initial coverage decision about your Part D drugs is called a "**coverage determination**." |

Here are examples of coverage decisions you ask us to make about your Part D drugs:

- You ask us to make an exception, including:
  - Asking us to cover a Part D drug that is not on the plan's *List of Covered Drugs (Formulary)*
  - Asking us to waive a restriction on the plan's coverage for a drug (such as limits on the amount of the drug you can get)

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- ○ Asking to pay a lower cost-sharing amount for a covered drug on a higher cost-sharing tier
- You ask us whether a drug is covered for you and whether you satisfy any applicable coverage rules. (For example, when your drug is on the plan's *List of Covered Drugs (Formulary)* but we require you to get approval from us before we will cover it for you.)
  - ○ *Please note*: If your pharmacy tells you that your prescription cannot be filled as written, the pharmacy will give you a written notice explaining how to contact us to ask for a coverage decision.
- You ask us to pay for a prescription drug you already bought. This is a request for a coverage decision about payment.

If you disagree with a coverage decision we have made, you can appeal our decision.

This section tells you both how to ask for coverage decisions and how to request an appeal. Use the chart below to help you determine which part has information for your situation:

**Which of these situations are you in?**

| If you are in this situation: | This is what you can do: |
|---|---|
| If you need a drug that isn't on our Drug List or need us to waive a rule or restriction on a drug we cover. | You can ask us to make an exception. (This is a type of coverage decision.) Start with **Section 6.2** of this chapter. |
| If you want us to cover a drug on our Drug List and you believe you meet any plan rules or restrictions (such as getting approval in advance) for the drug you need. | You can ask us for a coverage decision. Skip ahead to **Section 6.4** of this chapter. |
| If you want to ask us to pay you back for a drug you have already received and paid for. | You can ask us to pay you back. (This is a type of coverage decision.) Skip ahead to **Section 6.4** of this chapter. |
| If we already told you that we will not cover or pay for a drug in the way that you want it to be covered or paid for. | You can make an appeal. (This means you are asking us to reconsider.) Skip ahead to **Section 6.5** of this chapter. |

| Section 6.2 | What is an exception? |
|---|---|

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

If a drug is not covered in the way you would like it to be covered, you can ask us to make an "exception." An exception is a type of coverage decision. Similar to other types of coverage decisions, if we turn down your request for an exception, you can appeal our decision.

When you ask for an exception, your doctor or other prescriber will need to explain the medical reasons why you need the exception approved. We will then consider your request. Here are three examples of exceptions that you or your doctor or other prescriber can ask us to make:

**1. Covering a Part D drug for you that is not on our *List of Covered Drugs (Formulary)*.** (We call it the "Drug List" for short.)

| **Legal Terms** |
| --- |
| Asking for coverage of a drug that is not on the Drug List is sometimes called asking for a "**formulary exception.**" |

- If we agree to make an exception and cover a drug that is not on the Drug List, you will need to pay the cost-sharing amount that applies to drugs in Tier 4. You cannot ask for an exception to the copayment or coinsurance amount we require you to pay for the drug.

**2. Removing a restriction on our coverage for a covered drug**. There are extra rules or restrictions that apply to certain drugs on our *List of Covered Drugs (Formulary)* (for more information, go to Chapter 5 and look for Section 4).

| **Legal Terms** |
| --- |
| Asking for removal of a restriction on coverage for a drug is sometimes called asking for a "**formulary exception**." |

- The extra rules and restrictions on coverage for certain drugs include:
  - *Being required to use the generic version* of a drug instead of the brand name drug.
  - *Getting plan approval in advance* before we will agree to cover the drug for you. (This is sometimes called "prior authorization.")
  - *Being required to try a different drug first* before we will agree to cover the drug you are

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

asking for. (This is sometimes called "step therapy.")

○ *Quantity limits*. For some drugs, there are restrictions on the amount of the drug you can have.

• If we agree to make an exception and waive a restriction for you, you can ask for an exception to the copayment or coinsurance amount we require you to pay for the drug.

**3. Changing coverage of a drug to a lower cost-sharing tier**. Every drug on our Drug List is in one of 5 cost-sharing tiers. In general, the lower the cost-sharing tier number, the less you will pay as your share of the cost of the drug.

| Legal Terms |
| --- |
| Asking to pay a lower price for a covered non-preferred drug is sometimes called asking for a "**tiering exception**." |

• If our drug list contains alternative drug(s) for treating your medical condition that are in a lower cost-sharing tier than your drug, you can ask us to cover your drug at the cost-sharing amount that applies to the alternative drug(s). This would lower your share of the cost for the drug.

○ If the drug you're taking is a biological product you can ask us to cover your drug at the cost-sharing amount that applies to the lowest tier that contains biological product alternatives for treating your condition.

○ If the drug you're taking is a brand name drug you can ask us to cover your drug at the cost-sharing amount that applies to the lowest tier that contains brand name alternatives for treating your condition.

○ If the drug you're taking is a generic drug you can ask us to cover your drug at the cost-sharing amount that applies to the lowest tier that contains either brand or generic alternatives for treating your condition.

• You cannot ask us to change the cost-sharing tier for any drug in Tier 5 Specialty.

• If we approve your request for a tiering exception and there is more than one lower cost-sharing tier with alternative drugs you can't take, you will usually pay the lowest amount.

| Section 6.3 | Important things to know about asking for exceptions |
| --- | --- |

**Your doctor must tell us the medical reasons**

Your doctor or other prescriber must give us a statement that explains the medical reasons for

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

requesting an exception. For a faster decision, include this medical information from your doctor or other prescriber when you ask for the exception.

Typically, our Drug List includes more than one drug for treating a particular condition. These different possibilities are called "alternative" drugs. If an alternative drug would be just as effective as the drug you are requesting and would not cause more side effects or other health problems, we will generally *not* approve your request for an exception. If you ask us for a tiering exception, we will generally *not* approve your request for an exception unless all the alternative drugs in the lower cost-sharing tier(s) won't work as well for you or are likely to cause an adverse reaction or other harm.

**We can say yes or no to your request**

- If we approve your request for an exception, our approval usually is valid until the end of the plan year. This is true as long as your doctor continues to prescribe the drug for you and that drug continues to be safe and effective for treating your condition.
- If we say no to your request for an exception, you can ask for a review of our decision by making an appeal. Section 6.5 tells how to make an appeal if we say no.

The next section tells you how to ask for a coverage decision, including an exception.

| Section 6.4 | Step-by-step: How to ask for a coverage decision, including an exception |
|---|---|

<u>**Step 1:**</u> **You ask us to make a coverage decision about the drug(s) or payment you need. If your health requires a quick response, you must ask us to make a "fast coverage decision." You cannot ask for a fast coverage decision if you are asking us to pay you back for a drug you already bought.**

*What to do*

- **Request the type of coverage decision you want.** Start by calling, writing, or faxing us to make your request. You, your representative, or your doctor (or other prescriber) can do this. You can also access the coverage decision process through our website. For the details, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are asking for a coverage decision about your Part D prescription drugs.* Or if you are asking us to pay you back for a drug, go to the section called, *Where to send a request asking us to pay for our share of the cost for medical care or a drug you have received.*

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- **You or your doctor or someone else who is acting on your behalf** can ask for a coverage decision. Section 4 of this chapter tells how you can give written permission to someone else to act as your representative. You can also have a lawyer act on your behalf.

- **If you want to ask us to pay you back for a drug**, start by reading Chapter 7 of this booklet: *Asking us to pay our share of a bill you have received for covered medical services or drugs*. Chapter 7 describes the situations in which you may need to ask for reimbursement. It also tells how to send us the paperwork that asks us to pay you back for our share of the cost of a drug you have paid for.

- **If you are requesting an exception, provide the "supporting statement**." Your doctor or other prescriber must give us the medical reasons for the drug exception you are requesting. (We call this the "supporting statement.") Your doctor or other prescriber can fax or mail the statement to us. Or your doctor or other prescriber can tell us on the phone and follow up by faxing or mailing a written statement if necessary. See Sections 6.2 and 6.3 for more information about exception requests.

- **We must accept any written request**, including a request submitted on the CMS Model Coverage Determination Request Form or on our plan's form, which is available on our website.

*If your health requires it, ask us to give you a "fast coverage decision"*

| Legal Terms |
|---|
| A "fast coverage decision" is called an "**expedited coverage determination**." |

- When we give you our decision, we will use the "standard" deadlines unless we have agreed to use the "fast" deadlines. A standard coverage decision means we will give you an answer within 72 hours after we receive your doctor's statement. A fast coverage decision means we will answer within 24 hours after we receive your doctor's statement.

- **To get a fast coverage decision, you must meet two requirements:**
  - You can get a fast coverage decision *only* if you are asking for a *drug you have not yet received*. (You cannot ask for a fast coverage decision if you are asking us to pay you back for a drug you have already bought.)
  - You can get a fast coverage decision *only* if using the standard deadlines could *cause serious harm to your health or hurt your ability to function*.

- **If your doctor or other prescriber tells us that your health requires a "fast coverage**

CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

decision," we will automatically agree to give you a fast coverage decision.

- If you ask for a fast coverage decision on your own (without your doctor's or other prescriber's support), we will decide whether your health requires that we give you a fast coverage decision.

    ◦ If we decide that your medical condition does not meet the requirements for a fast coverage decision, we will send you a letter that says so (and we will use the standard deadlines instead).

    ◦ This letter will tell you that if your doctor or other prescriber asks for the fast coverage decision, we will automatically give a fast coverage decision.

    ◦ The letter will also tell how you can file a complaint about our decision to give you a standard coverage decision instead of the fast coverage decision you requested. It tells how to file a "fast complaint," which means you would get our answer to your complaint within 24 hours of receiving the complaint. (The process for making a complaint is different from the process for coverage decisions and appeals. For more information about the process for making complaints, see Section 10 of this chapter.)

**Step 2:** We consider your request and we give you our answer.

**Deadlines for a "fast coverage decision"**

- If we are using the fast deadlines, we must give you our answer **within 24 hours**.

    ◦ Generally, this means within 24 hours after we receive your request. If you are requesting an exception, we will give you our answer within 24 hours after we receive your doctor's statement supporting your request. We will give you our answer sooner if your health requires us to.

    ◦ If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested**, we must provide the coverage we have agreed to provide within 24 hours after we receive your request or doctor's statement supporting your request.

- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no. We will also tell you how you can appeal.

***Deadlines for a "standard coverage decision" about a drug you have not yet received***

- If we are using the standard deadlines, we must give you our answer **within 72 hours**.

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- Generally, this means within 72 hours after we receive your request. If you are requesting an exception, we will give you our answer within 72 hours after we receive your doctor's statement supporting your request. We will give you our answer sooner if your health requires us to.
- If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.

- **If our answer is yes to part or all of what you requested –**
  - If we approve your request for coverage, we must **provide the coverage** we have agreed to provide **within 72 hours** after we receive your request or doctor's statement supporting your request.
- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no. We will also tell you how to appeal.

***Deadlines for a "standard coverage decision" about payment for a drug you have already bought***

- We must give you our answer **within 14 calendar days** after we receive your request.
  - If we do not meet this deadline, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.
- **If our answer is yes to part or all of what you requested,** we are also required to make payment to you within 14 calendar days after we receive your request.
- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no. We will also tell you how you can appeal.

**Step 3: If we say no to your coverage request, you decide if you want to make an appeal.**

- If we say no, you have the right to request an appeal. Requesting an appeal means asking us to reconsider – and possibly change – the decision we made.

| Section 6.5 | Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a coverage decision made by our plan) |
|---|---|

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

| Legal Terms |
| --- |
| An appeal to the plan about a Part D drug coverage decision is called a plan "**redetermination**." |

**Step 1:** **You contact us and make your Level 1 Appeal.** If your health requires a quick response, you must ask for a **"fast appeal."**

> *What to do*
>
> - **To start your appeal, you (or your representative or your doctor or other prescriber) must contact us.**
>   - For details on how to reach us by phone, fax, or mail, or on our website, for any purpose related to your appeal, go to Chapter 2, Section 1, and look for the section called, *How to contact us when you are making an appeal about your Part D prescription drugs.*
> - **If you are asking for a standard appeal, make your appeal by submitting a written request**. You may also ask for an appeal by calling us at the phone number shown in Chapter 2, Section 1 (*How to contact us when you are making an appeal about your Part D prescription drugs*).
> - **If you are asking for a fast appeal, you may make your appeal in writing or you may call us at the phone number shown in Chapter 2, Section 1** (*How to contact us when you are making an appeal about your Part D prescription drugs*).
> - **We must accept any written request**, including a request submitted on the CMS Model Coverage Determination Request Form, which is available on our website.
> - **You must make your appeal request within 60 calendar days** from the date on the written notice we sent to tell you our answer to your request for a coverage decision. If you miss this deadline and have a good reason for missing it, we may give you more time to make your appeal. Examples of good cause for missing the deadline may include if you had a serious illness that prevented you from contacting us or if we provided you with incorrect or incomplete information about the deadline for requesting an appeal.
> - **You can ask for a copy of the information in your appeal and add more information.**
>   - You have the right to ask us for a copy of the information regarding your appeal.
>   - If you wish, you and your doctor or other prescriber may give us additional information to support your appeal.

*If your health requires it, ask for a "fast appeal"*

**CHAPTER 9. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
|---|
| A "fast appeal" is also called an "**expedited redetermination**." |

- If you are appealing a decision we made about a drug you have not yet received, you and your doctor or other prescriber will need to decide if you need a "fast appeal."
- The requirements for getting a "fast appeal" are the same as those for getting a "fast coverage decision" in Section 6.4 of this chapter.

**Step 2:** **We consider your appeal and we give you our answer.**

- When we are reviewing your appeal, we take another careful look at all of the information about your coverage request. We check to see if we were following all the rules when we said no to your request. We may contact you or your doctor or other prescriber to get more information.

*Deadlines for a "fast appeal"*

- If we are using the fast deadlines, we must give you our answer **within 72 hours after we receive your appeal**. We will give you our answer sooner if your health requires it.
  - If we do not give you an answer within 72 hours, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.
- **If our answer is yes to part or all of what you requested**, we must provide the coverage we have agreed to provide within 72 hours after we receive your appeal.
- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no and how you can appeal our decision.

*Deadlines for a "standard appeal"*

- If we are using the standard deadlines, we must give you our answer **within 7 calendar days** after we receive your appeal for a drug you have not received yet. We will give you our decision sooner if you have not received the drug yet and your health condition requires us to do so. If you believe your health requires it, you should ask for "fast appeal."
  - If we do not give you a decision within 7 calendar days, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested**
  - If we approve a request for coverage, we must **provide the coverage** we have agreed to provide as quickly as your health requires, but **no later than 7 calendar days** after we receive your appeal.
  - If we approve a request to pay you back for a drug you already bought, we are required to **send payment to you within 30 calendar days** after we receive your appeal request.
- **If our answer is no to part or all of what you requested,** we will send you a written statement that explains why we said no and how you can appeal our decision.
- If you are requesting that we pay you back for a drug you have already bought, we must give you our answer **within 14 calendar days** after we receive your request.
  - If we do not give you a decision **within 14 calendar days**, we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an Independent Review Organization. Later in this section, we talk about this review organization and explain what happens at Appeal Level 2.
- **If our answer is yes to part or all of what you requested**, we are also required to make payment to you within 30 calendar days after we receive your request.
- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no. We will also tell you how you can appeal our decision.

**Step 3:** **If we say no to your appeal, you decide if you want to continue with the appeals process and make *another* appeal.**

- If we say no to your appeal, you then choose whether to accept this decision or continue by making another appeal.
- If you decide to make another appeal, it means your appeal is going on to Level 2 of the appeals process (see below).

| Section 6.6 | Step-by-step: How to make a Level 2 Appeal |
| --- | --- |

If we say no to your appeal, you then choose whether to accept this decision or continue by making another appeal. If you decide to go on to a Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your first appeal. This organization decides whether the decision we made should be changed.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
| --- |
| The formal name for the "Independent Review Organization" is the "**Independent Review Entity**." It is sometimes called the "**IRE**." |

**Step 1:** **To make a Level 2 Appeal, you (or your representative or your doctor or other prescriber) must contact the Independent Review Organization and ask for a review of your case.**

- If we say no to your Level 1 Appeal, the written notice we send you will include **instructions on how to make a Level 2 Appeal** with the Independent Review Organization. These instructions will tell who can make this Level 2 Appeal, what deadlines you must follow, and how to reach the review organization.
- When you make an appeal to the Independent Review Organization, we will send the information we have about your appeal to this organization. This information is called your "case file." **You have the right to ask us for a copy of your case file**.
- You have a right to give the Independent Review Organization additional information to support your appeal.

**Step 2:** **The Independent Review Organization does a review of your appeal and gives you an answer**.

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with us and it is not a government agency. This organization is a company chosen by Medicare to review our decisions about your Part D benefits with us.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal. The organization will tell you its decision in writing and explain the reasons for it.

***Deadlines for "fast appeal" at Level 2***

- If your health requires it, ask the Independent Review Organization for a "fast appeal."
- If the review organization agrees to give you a "fast appeal," the review organization must give you an answer to your Level 2 Appeal **within 72 hours** after it receives your appeal request.
- **If the Independent Review Organization says yes to part or all of what you requested**, we must provide the drug coverage that was approved by the review organization **within 24 hours** after we receive the decision from the review organization.

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

*Deadlines for "standard appeal" at Level 2*

- If you have a standard appeal at Level 2, the review organization must give you an answer to your Level 2 Appeal **within 7 calendar days** after it receives your appeal if it is for a drug you have not received yet. If you are requesting that we pay you back for a drug you have already bought, the review organization must give you an answer to your level 2 appeal **within 14 calendar days** after it receives your request.

  ○ **If the Independent Review Organization says yes to part or all of what you requested**

    ▪ If the Independent Review Organization approves a request for coverage, we must **provide the drug coverage** that was approved by the review organization **within 72 hours** after we receive the decision from the review organization.

    ▪ If the Independent Review Organization approves a request to pay you back for a drug you already bought, we are required to **send payment to you within 30 calendar days** after we receive the decision from the review organization.

**What if the review organization says no to your appeal?**

If this organization says no to your appeal, it means the organization agrees with our decision not to approve your request. (This is called "upholding the decision." It is also called "turning down your appeal.")

If the Independent Review Organization "upholds the decision" you have the right to a Level 3 Appeal. However, to make another appeal at Level 3, the dollar value of the drug coverage you are requesting must meet a minimum amount. If the dollar value of the drug coverage you are requesting is too low, you cannot make another appeal and the decision at Level 2 is final. The notice you get from the Independent Review Organization will tell you the dollar value that must be in dispute to continue with the appeals process.

**Step 3: If the dollar value of the coverage you are requesting meets the requirement, you choose whether you want to take your appeal further.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal).
- If your Level 2 Appeal is turned down and you meet the requirements to continue with the appeals process, you must decide whether you want to go on to Level 3 and make a third appeal. If you decide to make a third appeal, the details on how to do this are in the written notice you got after your second appeal.
- The Level 3 Appeal is handled by an Administrative Law Judge or attorney adjudicator. Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

**CHAPTER 9.    What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| SECTION 7 | How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon |
|---|---|

When you are admitted to a hospital, you have the right to get all of your covered hospital services that are necessary to diagnose and treat your illness or injury. For more information about our coverage for your hospital care, including any limitations on this coverage, see Chapter 4 of this booklet: *Medical Benefits Chart* (*what is covered and what you pay*).

During your covered hospital stay, your doctor and the hospital staff will be working with you to prepare for the day when you will leave the hospital. They will also help arrange for care you may need after you leave.

- The day you leave the hospital is called your "**discharge date**."
- When your discharge date has been decided, your doctor or the hospital staff will let you know.
- If you think you are being asked to leave the hospital too soon, you can ask for a longer hospital stay and your request will be considered. This section tells you how to ask.

| Section 7.1 | During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights |
|---|---|

During your covered hospital stay, you will be given a written notice called *An Important Message from Medicare about Your Rights*. Everyone with Medicare gets a copy of this notice whenever they are admitted to a hospital. Someone at the hospital (for example, a caseworker or nurse) must give it to you within two days after you are admitted. If you do not get the notice, ask any hospital employee for it. If you need help, please call Member Services (phone numbers are printed on the back cover of this booklet). You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

**1. Read this notice carefully and ask questions if you don't understand it.** It tells you about your rights as a hospital patient, including:

- Your right to receive Medicare-covered services during and after your hospital stay, as ordered by your doctor. This includes the right to know what these services are, who will pay for them, and where you can get them.
- Your right to be involved in any decisions about your hospital stay, and your right to know who will pay for it.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- Where to report any concerns you have about quality of your hospital care.
- Your right to appeal your discharge decision if you think you are being discharged from the hospital too soon.

| Legal Terms |
|---|
| The written notice from Medicare tells you how you can **"request an immediate review."** Requesting an immediate review is a formal, legal way to ask for a delay in your discharge date so that we will cover your hospital care for a longer time. (Section 7.2 below tells you how you can request an immediate review.) |

**2. You will be asked to sign the written notice to show that you received it and understand your rights.**

- You or someone who is acting on your behalf will be asked to sign the notice. (Section 4 of this chapter tells how you can give written permission to someone else to act as your representative.)
- Signing the notice shows *only* that you have received the information about your rights. The notice does not give your discharge date (your doctor or hospital staff will tell you your discharge date). Signing the notice **does *not* mean** you are agreeing on a discharge date.

**3. Keep your copy** of the notice so you will have the information about making an appeal (or reporting a concern about quality of care) handy if you need it.

- If you sign the notice more than two days before the day you leave the hospital, you will get another copy before you are scheduled to be discharged.
- To look at a copy of this notice in advance, you can call Member Services (phone numbers are printed on the back cover of this booklet) or 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. You can also see the notice online at www.cms.gov/Medicare/Medicare-General-Information/BNI/HospitalDischargeAppealNotices.

| Section 7.2 | Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date |
|---|---|

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

If you want to ask for your inpatient hospital services to be covered by us for a longer time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

- **Follow the process**. Each step in the first two levels of the appeals process is explained below.
- **Meet the deadlines**. The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do.
- **Ask for help if you need it**. If you have questions or need help at any time, please call Member Services (phone numbers are printed on the back cover of this booklet). Or call your State Health Insurance Assistance Program (SHIP), a government organization that provides personalized assistance (see **Addendum A** at the back of this booklet).

**During a Level 1 Appeal, the Quality Improvement Organization reviews your appeal**. It checks to see if your planned discharge date is medically appropriate for you.

**Step 1:** **Contact the Quality Improvement Organization for your state and ask for a "fast review" of your hospital discharge. You must act quickly.**

### *What is the Quality Improvement Organization?*

- This organization is a group of doctors and other health care professionals who are paid by the Federal government. These experts are not part of our plan. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. This includes reviewing hospital discharge dates for people with Medicare.

### *How can you contact this organization?*

- The written notice you received (*An Important Message from Medicare About Your Rights*) tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in **Addendum A** at the back of this booklet.)

### *Act quickly:*

- To make your appeal, you must contact the Quality Improvement Organization *before* you leave the hospital and **no later than midnight the day of your discharge.** (Your "planned discharge date" is the date that has been set for you to leave the hospital.)
  - If you meet this deadline, you are allowed to stay in the hospital *after* your discharge date *without paying for it* while you wait to get the decision on your appeal from the Quality Improvement Organization.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

- ○ If you do *not* meet this deadline, and you decide to stay in the hospital after your planned discharge date, *you may have to pay all of the costs* for hospital care you receive after your planned discharge date.
- If you miss the deadline for contacting the Quality Improvement Organization, and you still wish to appeal, you must make an appeal directly to our plan instead. For details about this other way to make your appeal, see Section 7.4.

***Ask for a "fast review":***

- You must ask the Quality Improvement Organization for a **"fast review"** of your discharge. Asking for a "fast review" means you are asking for the organization to use the "fast" deadlines for an appeal instead of using the standard deadlines.

| **Legal Terms** |
|---|
| A "**fast review**" is also called an "**immediate review**" or an "**expedited review**." |

**Step 2:** **The Quality Improvement Organization conducts an independent review of your case.**

***What happens during this review?***

- Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.
- The reviewers will also look at your medical information, talk with your doctor, and review information that the hospital and we have given to them.
- By noon of the day after the reviewers informed our plan of your appeal, you will also get a written notice that gives your planned discharge date and explains in detail the reasons why your doctor, the hospital, and we think it is right (medically appropriate) for you to be discharged on that date.

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    255

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
|---|
| This written explanation is called the "**Detailed Notice of Discharge."** You can get a sample of this notice by calling Member Services (phone numbers are printed on the back cover of this booklet) or 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY users should call 1-877-486-2048.) Or you can see a sample notice online at www.cms.gov/Medicare/Medicare-General-Information/BNI/HospitalDischargeAppealNotices. |

**Step 3:** Within one full day after it has all the needed information, the Quality Improvement Organization will give you its answer to your appeal.

*What happens if the answer is yes?*

- If the review organization says *yes* to your appeal, **we must keep providing your covered inpatient hospital services for as long as these services are medically necessary.**
- You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered hospital services. (See Chapter 4 of this booklet.)

*What happens if the answer is no?*

- If the review organization says *no* to your appeal, they are saying that your planned discharge date is medically appropriate. If this happens, **our coverage for your inpatient hospital services will end** at noon on the day *after* the Quality Improvement Organization gives you its answer to your appeal.
- If the review organization says *no* to your appeal and you decide to stay in the hospital, then **you may have to pay the full cost** of hospital care you receive after noon on the day after the Quality Improvement Organization gives you its answer to your appeal.

**Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.**

- If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make another appeal. Making

another appeal means you are going on to "Level 2" of the appeals process.

| | |
|---|---|
| Section 7.3 | Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date |

If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your stay after your planned discharge date.

Here are the steps for Level 2 of the appeal process:

**Step 1: You contact the Quality Improvement Organization again and ask for another review.**

- You must ask for this review **within 60 calendar days** after the day the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you stay in the hospital after the date that your coverage for the care ended.

**Step 2: The Quality Improvement Organization does a second review of your situation.**

- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

**Step 3: Within 14 calendar days of receipt of your request for a second review, the Quality Improvement Organization reviewers will decide on your appeal and tell you their decision.**

*If the review organization says yes:*

- **We must reimburse you** for our share of the costs of hospital care you have received since noon on the day after the date your first appeal was turned down by the Quality Improvement Organization. **We must continue providing coverage for your inpatient hospital care for as long as it is medically necessary.**
- You must continue to pay your share of the costs and coverage limitations may apply.

*If the review organization says no:*

- It means they agree with the decision they made on your Level 1 Appeal and will not change it.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

**Step 4:** **If the answer is no, you will need to decide whether you want to take your appeal further by going on to Level 3.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If the review organization turns down your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative Law Judge or attorney adjudicator.
- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 7.4 | What if you miss the deadline for making your Level 1 Appeal? |
|---|---|

**You can appeal to us instead**

As explained above in Section 7.2, you must act quickly to contact the Quality Improvement Organization to start your first appeal of your hospital discharge. ("Quickly" means before you leave the hospital and no later than your planned discharge date, whichever comes first.) If you miss the deadline for contacting this organization, there is another way to make your appeal.

If you use this other way of making your appeal, the *first two levels of appeal are different*.

**Step-by-Step: How to make a Level 1 *Alternate* Appeal**

If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

| **Legal Terms** |
|---|
| A "fast review" (or "fast appeal") is also called an **"expedited appeal."** |

**Step 1:** **Contact us and ask for a "fast review."**

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- **Be sure to ask for a "fast review."** This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

**Step 2: We do a "fast review" of your planned discharge date, checking to see if it was medically appropriate.**

- During this review, we take a look at all of the information about your hospital stay. We check to see if your planned discharge date was medically appropriate. We will check to see if the decision about when you should leave the hospital was fair and followed all the rules.
- In this situation, we will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review.

**Step 3: We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").**

- **If we say yes to your fast appeal**, it means we have agreed with you that you still need to be in the hospital after the discharge date, and will keep providing your covered inpatient hospital services for as long as it is medically necessary. It also means that we have agreed to reimburse you for our share of the costs of care you have received since the date when we said your coverage would end. (You must pay your share of the costs and there may be coverage limitations that apply.)
- **If we say no to your fast appeal,** we are saying that your planned discharge date was medically appropriate. Our coverage for your inpatient hospital services ends as of the day we said coverage would end.
  - If you stayed in the hospital *after* your planned discharge date, then **you may have to pay the full cost** of hospital care you received after the planned discharge date.

**Step 4: If we say *no* to your fast appeal, your case will *automatically* be sent on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your fast appeal, **we are required to send your appeal to the "Independent Review Organization**." When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

**Step-by-Step: Level 2 *Alternate* Appeal Process**

During the Level 2 Appeal, an **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

| Legal Terms |
|---|
| The formal name for the "Independent Review Organization" is the "**Independent Review Entity**." It is sometimes called the "**IRE**." |

**Step 1:** **We will automatically forward your case to the Independent Review Organization.**

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 10 of this chapter tells how to make a complaint.)

**Step 2:** **The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.**

- **The Independent Review Organization is an independent organization that is hired by Medicare**. This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal of your hospital discharge.
- **If this organization says *yes* to your appeal**, then we must reimburse you (pay you back) for our share of the costs of hospital care you have received since the date of your planned discharge. We must also continue the plan's coverage of your inpatient hospital services for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.
- **If this organization says *no* to your appeal**, it means they agree with us that your planned hospital discharge date was medically appropriate.
  - The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

**Step 3:** **If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If reviewers say no to your Level 2 Appeal, you decide whether to accept their decision or go on to Level 3 and make a third appeal.
- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| SECTION 8 | How to ask us to keep covering certain medical services if you think your coverage is ending too soon |
|---|---|

| Section 8.1 | *This section is about three services only:* Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services |
|---|---|

This section is about the following types of care *only*:

- **Home health care services** you are getting.
- **Skilled nursing care** you are getting as a patient in a skilled nursing facility. (To learn about requirements for being considered a "skilled nursing facility," see Chapter 12, *Definitions of important words*.)
- **Rehabilitation care** you are getting as an outpatient at a Medicare-approved Comprehensive Outpatient Rehabilitation Facility (CORF). Usually, this means you are getting treatment for an illness or accident, or you are recovering from a major operation. (For more information about this type of facility, see Chapter 12, *Definitions of important words*.)

When you are getting any of these types of care, you have the right to keep getting your covered services for that type of care for as long as the care is needed to diagnose and treat your illness or injury. For more information on your covered services, including your share of the cost and any limitations to coverage that may apply, see Chapter 4 of this booklet: *Medical Benefits Chart* (*what is covered and what you pay*).

When we decide it is time to stop covering any of the three types of care for you, we are required to tell you in advance. When your coverage for that care ends, *we will stop paying our share of the cost for your care*.

If you think we are ending the coverage of your care too soon, **you can appeal our decision**. This section tells you how to ask for an appeal.

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Section 8.2 | We will tell you in advance when your coverage will be ending |
|---|---|

**1. You receive a notice in writing.** At least two days before our plan is going to stop covering your care, you will receive a notice.

- The written notice tells you the date when we will stop covering the care for you.
- The written notice also tells what you can do if you want to ask our plan to change this decision about when to end your care, and keep covering it for a longer period of time.

| **Legal Terms** |
|---|
| In telling you what you can do, the written notice is telling how you can request a "**fast-track appeal**." Requesting a fast-track appeal is a formal, legal way to request a change to our coverage decision about when to stop your care. (Section 8.3 below tells how you can request a fast-track appeal.) |
| The written notice is called the "**Notice of Medicare Non-Coverage**." |

**2. You will be asked to sign the written notice to show that you received it.**

- You or someone who is acting on your behalf will be asked to sign the notice. (Section 4 tells how you can give written permission to someone else to act as your representative.)
- Signing the notice shows *only* that you have received the information about when your coverage will stop. **Signing it does <u>not</u> mean you agree** with the plan that it's time to stop getting the care.

| Section 8.3 | Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time |
|---|---|

If you want to ask us to cover your care for a longer period of time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

- **Follow the process.** Each step in the first two levels of the appeals process is explained below.

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 267 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    262
CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

- **Meet the deadlines.** The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do. There are also deadlines our plan must follow. (If you think we are not meeting our deadlines, you can file a complaint. Section 10 of this chapter tells you how to file a complaint.)
- **Ask for help if you need it.** If you have questions or need help at any time, please call Member Services (phone numbers are printed on the back cover of this booklet). Or call your State Health Insurance Assistance Program (SHIP), a government organization that provides personalized assistance (see **Addendum A** at the back of this booklet).

**During a Level 1 Appeal, the Quality Improvement Organization reviews your appeal and decides whether to change the decision made by our plan.**

**Step 1: Make your Level 1 Appeal: contact the Quality Improvement Organization for your state and ask for a review. You must act quickly.**

*What is the Quality Improvement Organization?*

- This organization is a group of doctors and other health care experts who are paid by the Federal government. These experts are not part of our plan. They check on the quality of care received by people with Medicare and review plan decisions about when it's time to stop covering certain kinds of medical care.

*How can you contact this organization?*

- The written notice you received tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in **Addendum A** at the back of this booklet.)

*What should you ask for?*

- Ask this organization for a "fast-track appeal" (to do an independent review) of whether it is medically appropriate for us to end coverage for your medical services.

*Your deadline for contacting this organization.*

- You must contact the Quality Improvement Organization to start your appeal by noon of the day before the effective date on the Notice of Medicare Non-Coverage.
- If you miss the deadline for contacting the Quality Improvement Organization, and you still wish to file an appeal, you must make an appeal directly to us instead. For details about this

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

other way to make your appeal, see Section 8.5.

**Step 2:** **The Quality Improvement Organization conducts an independent review of your case.**

*What happens during this review?*

- Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.
- The review organization will also look at your medical information, talk with your doctor, and review information that our plan has given to them.
- By the end of the day the reviewers inform us of your appeal, and you will also get a written notice from us that explains in detail our reasons for ending our coverage for your services.

| Legal Terms |
|---|
| This notice of explanation is called the "**Detailed Explanation of Non-Coverage**." |

**Step 3:** **Within one full day after they have all the information they need, the reviewers will tell you their decision.**

*What happens if the reviewers say yes to your appeal?*

- If the reviewers say *yes* to your appeal, then **we must keep providing your covered services for as long as it is medically necessary.**
- You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered services (see Chapter 4 of this booklet).

*What happens if the reviewers say no to your appeal?*

- If the reviewers say *no* to your appeal, then **your coverage will end on the date we have told you**. We will stop paying our share of the costs of this care on the date listed on the notice.
- If you decide to keep getting the home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* this date when your coverage ends, then **you will have to pay the full cost** of this care yourself.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.**

- This first appeal you make is "Level 1" of the appeals process. If reviewers say *no* to your Level 1 Appeal – <u>and</u> you choose to continue getting care after your coverage for the care has ended – then you can make another appeal.
- Making another appeal means you are going on to "Level 2" of the appeals process.

| | |
|---|---|
| Section 8.4 | Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time |

If the Quality Improvement Organization has turned down your appeal <u>and</u> you choose to continue getting care after your coverage for the care has ended, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end.

Here are the steps for Level 2 of the appeal process:

**Step 1: You contact the Quality Improvement Organization again and ask for another review.**

- You must ask for this review **within 60 days** after the day when the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you continued getting care after the date that your coverage for the care ended.

**Step 2: The Quality Improvement Organization does a second review of your situation.**

- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

**Step 3: Within 14 days of receipt of your appeal request, reviewers will decide on your appeal and tell you their decision.**

***What happens if the review organization says yes to your appeal?***

- **We must reimburse you** for our share of the costs of care you have received since the date when we said your coverage would end. **We must continue providing coverage** for the care

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

for as long as it is medically necessary.

- You must continue to pay your share of the costs and there may be coverage limitations that apply.

***What happens if the review organization says no?***

- It means they agree with the decision we made to your Level 1 Appeal and will not change it.
- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by an Administrative Law Judge or attorney adjudicator.

**Step 4: If the answer is no, you will need to decide whether you want to take your appeal further.**

- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers turn down your Level 2 Appeal, you can choose whether to accept that decision or to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative Law Judge or attorney adjudicator.
- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 8.5 | What if you miss the deadline for making your Level 1 Appeal? |
|---|---|

**You can appeal to us instead**

As explained above in Section 8.3, you must act quickly to contact the Quality Improvement Organization to start your first appeal (within a day or two, at the most). If you miss the deadline for contacting this organization, there is another way to make your appeal. If you use this other way of making your appeal, the *first two levels of appeal are different.*

**Step-by-Step: How to make a Level 1 *Alternate* Appeal**

If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

Here are the steps for a Level 1 Alternate Appeal:

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
|---|
| A "fast review" (or "fast appeal") is also called an "**expedited appeal**." |

**Step 1:** Contact us and ask for a "fast review."'

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*
- **Be sure to ask for a "fast review."** This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

**Step 2:** We do a "fast review" of the decision we made about when to end coverage for your services.

- During this review, we take another look at all of the information about your case. We check to see if we were following all the rules when we set the date for ending the plan's coverage for services you were receiving.
- We will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review.

**Step 3:** We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").

- **If we say yes to your fast appeal**, it means we have agreed with you that you need services longer, and will keep providing your covered services for as long as it is medically necessary. It also means that we have agreed to reimburse you for our share of the costs of care you have received since the date when we said your coverage would end. (You must pay your share of the costs and there may be coverage limitations that apply.)
- **If we say no to your fast appeal**, then your coverage will end on the date we told you and we will not pay any share of the costs after this date.
- If you continued to get home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end, then **you will have to pay the full cost** of this care yourself.

**Step 4:** If we say no to your fast appeal, your case will *automatically* go on to the next level of the appeals process.

- To make sure we were following all the rules when we said no to your fast appeal, **we are**

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

**required to send your appeal to the "Independent Review Organization."** When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

**Step-by-Step: Level 2 *Alternate* Appeal Process**

During the Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

| Legal Terms |
|---|
| The formal name for the "Independent Review Organization" is the "**Independent Review Entity**." It is sometimes called the "**IRE**." |

**Step 1:** **We will automatically forward your case to the Independent Review Organization.**

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 10 of this chapter tells how to make a complaint.)

**Step 2:** **The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.**

- **The Independent Review Organization is an independent organization that is hired by Medicare**. This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.
- **If this organization says *yes* to your appeal**, then we must reimburse you (pay you back) for our share of the costs of care you have received since the date when we said your coverage would end. We must also continue to cover the care for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.
- **If this organization says *no* to your appeal**, it means they agree with the decision our plan

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

made to your first appeal and will not change it.

 - ○ The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal.

**Step 3:** **If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**

- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers say no to your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by an Administrative Law Judge or attorney adjudicator.
- Section 9 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

## SECTION 9    Taking your appeal to Level 3 and beyond

| Section 9.1    Appeal Levels 3, 4, and 5 for Medical Service Requests |
| --- |

This section may be appropriate for you if you have made a Level 1 Appeal and a Level 2 Appeal, and both of your appeals have been turned down.

If the dollar value of the item or medical service you have appealed meets certain minimum levels, you may be able to go on to additional levels of appeal. If the dollar value is less than the minimum level, you cannot appeal any further. If the dollar value is high enough, the written response you receive to your Level 2 Appeal will explain who to contact and what to do to ask for a Level 3 Appeal.

For most situations that involve appeals, the last three levels of appeal work in much the same way. Here is who handles the review of your appeal at each of these levels.

**Level 3 Appeal: A judge (called an Administrative Law Judge) or an attorney adjudicator who works for the Federal government** will review your appeal and give you an answer.

- **If the Administrative Law Judge or attorney adjudicator says yes to your appeal, the appeals process *may* or *may not* be over** - We will decide whether to appeal this decision to Level 4. Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 3 decision that is favorable to you.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- ○ If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the Administrative Law Judge's or attorney adjudicator's decision.

- ○ If we decide to appeal the decision, we will send you a copy of the Level 4 Appeal request with any accompanying documents. We may wait for the Level 4 Appeal decision before authorizing or providing the service in dispute.

- • **If the Administrative Law Judge or attorney adjudicator says no to your appeal, the appeals process *may* or *may not* be over.**

  - ○ If you decide to accept this decision that turns down your appeal, the appeals process is over.

  - ○ If you do not want to accept the decision, you can continue to the next level of the review process. If the Administrative Law Judge or attorney adjudicator says no to your appeal, the notice you get will tell you what to do next if you choose to continue with your appeal.

**Level 4 Appeal:** The Medicare **Appeals Council** (Council) will review your appeal and give you an answer. The Council is part of the Federal government.

- • **If the answer is yes, or if the Council denies our request to review a favorable Level 3 Appeal decision, the appeals process *may* or *may not* be over** - We will decide whether to appeal this decision to Level 5. Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 4 decision that is favorable to you if the value of the item or medical service meets the required dollar value.

  - ○ If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the Council's decision.

  - ○ If we decide to appeal the decision, we will let you know in writing.

- • **If the answer is no or if the Council denies the review request, the appeals process *may* or *may not* be over.**

  - ○ If you decide to accept this decision that turns down your appeal, the appeals process is over.

  - ○ If you do not want to accept the decision, you might be able to continue to the next level of the review process. If the Council says no to your appeal, the notice you get will tell you whether the rules allow you to go on to a Level 5 Appeal. If the rules allow you to go on, the written notice will also tell you who to contact and what to do next if you choose to continue with your appeal.

**Level 5  Appeal:** A judge at the **Federal District Court** will review your appeal.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

---

- This is the last step of the appeals process.

| Section 9.2 | Appeal Levels 3, 4, and 5 for Part D Drug Requests |
|---|---|

This section may be appropriate for you if you have made a Level 1 Appeal and a Level 2 Appeal, and both of your appeals have been turned down.

If the value of the drug you have appealed meets a certain dollar amount, you may be able to go on to additional levels of appeal. If the dollar amount is less, you cannot appeal any further. The written response you receive to your Level 2 Appeal will explain who to contact and what to do to ask for a Level 3 Appeal.

For most situations that involve appeals, the last three levels of appeal work in much the same way. Here is who handles the review of your appeal at each of these levels.

**Level 3 Appeal: A judge (called an Administrative Law Judge) or an attorney adjudicator who works for the Federal government** will review your appeal and give you an answer.

- **If the answer is yes, the appeals process is over**. What you asked for in the appeal has been approved. We must **authorize or provide the drug coverage** that was approved by the Administrative Law Judge or attorney adjudicator **within 72 hours (24 hours for expedited appeals) or make payment no later than 30 calendar days** after we receive the decision.
- **If the answer is no, the appeals process** *may or may not be over.*
    - If you decide to accept this decision that turns down your appeal, the appeals process is over.
    - If you do not want to accept the decision, you can continue to the next level of the review process. If the Administrative Law Judge or attorney adjudicator says no to your appeal, the notice you get will tell you what to do next if you choose to continue with your appeal.

**Level 4 Appeal:** The Medicare **Appeals Council** (Council) will review your appeal and give you an answer. The Council is part of the Federal government.

- **If the answer is yes, the appeals process is over.** What you asked for in the appeal has been approved. We must **authorize or provide the drug coverage** that was approved by the Council **within 72 hours (24 hours for expedited appeals) or make payment no later than 30 calendar days** after we receive the decision.

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

- **If the answer is no, the appeals process *may or may not be over.***
  - ○ If you decide to accept this decision that turns down your appeal, the appeals process is over.
  - ○ If you do not want to accept the decision, you might be able to continue to the next level of the review process. If the Council says no to your appeal or denies your request to review the appeal, the notice you get will tell you whether the rules allow you to go on to Level 5 Appeal. If the rules allow you to go on, the written notice will also tell you who to contact and what to do next if you choose to continue with your appeal.

**Level 5 Appeal:** A judge at the **Federal District Court** will review your appeal.

- This is the last step of the appeals process.

## MAKING COMPLAINTS

**SECTION 10**          **How to make a complaint about quality of care, waiting times, customer service, or other concerns**

 If your problem is about decisions related to benefits, coverage, or payment, then this section is *not for you*. Instead, you need to use the process for coverage decisions and appeals. Go to Section 4 of this chapter.

| Section 10.1 | What kinds of problems are handled by the complaint process? |
|---|---|

This section explains how to use the process for making complaints. The complaint process is used for certain types of problems *only.* This includes problems related to quality of care, waiting times, and the customer service you receive. Here are examples of the kinds of problems handled by the complaint process.

**If you have any of these kinds of problems, you can "make a complaint"**

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Complaint | Example |
|---|---|
| **Quality of your medical care** | • Are you unhappy with the quality of the care you have received (including care in the hospital)? |
| **Respecting your privacy** | • Do you believe that someone did not respect your right to privacy or shared information about you that you feel should be confidential? |
| **Disrespect, poor customer service, or other negative behaviors** | • Has someone been rude or disrespectful to you?<br>• Are you unhappy with how our Member Services has treated you?<br>• Do you feel you are being encouraged to leave the plan? |
| **Waiting times** | • Are you having trouble getting an appointment, or waiting too long to get it?<br>• Have you been kept waiting too long by doctors, pharmacists, or other health professionals? Or by our Member Services or other staff at the plan?<br>   ○ Examples include waiting too long on the phone, in the waiting room, when getting a prescription, or in the exam room. |
| **Cleanliness** | • Are you unhappy with the cleanliness or condition of a clinic, hospital, or doctor's office? |
| **Information you get from us** | • Do you believe we have not given you a notice that we are required to give?<br>• Do you think written information we have given you is hard to understand? |

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Complaint | Example |
|---|---|
| **Timeliness**<br><br>(These types of complaints are all related to the *timeliness* of our actions related to coverage decisions and appeals) | The process of asking for a coverage decision and making appeals is explained in Sections 4-9 of this chapter. If you are asking for a coverage decision or making an appeal, you use that process, not the complaint process.<br><br>However, if you have already asked us for a coverage decision or made an appeal, and you think that we are not responding quickly enough, you can also make a complaint about our slowness. Here are examples:<br><br>• If you have asked us to give you a "fast coverage decision" or a "fast appeal," and we have said we will not, you can make a complaint.<br>• If you believe we are not meeting the deadlines for giving you a coverage decision or an answer to an appeal you have made, you can make a complaint.<br>• When a coverage decision we made is reviewed and we are told that we must cover or reimburse you for certain medical services or drugs, there are deadlines that apply. If you think we are not meeting these deadlines, you can make a complaint.<br>• When we do not give you a decision on time, we are required to forward your case to the Independent Review Organization. If we do not do that within the required deadline, you can make a complaint. |

| Section 10.2 | The formal name for "making a complaint" is "filing a grievance" |
|---|---|

**CHAPTER 9.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

| Legal Terms |
|---|
| • What this section calls a "**complaint**" is also called a "**grievance**."<br>• Another term for "**making a complaint**" is "**filing a grievance**."<br>• Another way to say "**using the process for complaints**" is "**using the process for filing a grievance**." |

| Section 10.3 | Step-by-step: Making a complaint |
|---|---|

**Step 1:** Contact us promptly – either by phone or in writing.

- **Usually, calling Member Services is the first step**. If there is anything else you need to do, Member Services will let you know. Member Services can be reached at 1-833-570-6670 or the number on the back of your ID card (TTY 711). Hours of operation are 8 AM to 8 PM, 7 days a week.

- **If you do not wish to call (or you called and were not satisfied), you can put your complaint in writing and send it to us.** If you put your complaint in writing, we will respond to your complaint in writing.

- To use our grievance (complaint) process, you should call or send us your written complaint using one of the contact methods listed in Chapter 2: *Important Phone Numbers and Resources (How to contact us when you are making a complaint about your Part D prescription drugs or medical care)*

  ○ Please be sure you provide all pertinent information, including any supporting documents you believe are appropriate. Your complaint must be received by us within 60 calendar days of the event or incident that resulted in you filing your complaint.

  ○ Your issue will be investigated by a member of our complaint team. If you submit your complaint verbally, we will inform you of the result of our review and our decision verbally or in writing. If you submit a verbal complaint and request your response to be in writing, we will respond in writing. If you send us a written complaint, we will send you a written response, stating the result of our review. Our notice will include a description of our understanding of your complaint and our decision in clear terms.

  ○ We must address your complaint as quickly as your case requires based on your health

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

status, but no later than 30 calendar days after receiving your complaint. We may extend the timeframe by up to 14 calendar days if we justify a need for additional information and the delay is in your best interest.

- ○ You also have the right to ask for a fast "expedited" grievance. A fast "expedited" grievance is a type of complaint that must be resolved within 24 hours from the time you contact us. You have the right to request a fast "expedited" grievance if you disagree with:

  - ▪ Our plan to take a 14-calendar-day extension on an organization/coverage determination or reconsideration/redetermination (appeal); or

  - ▪ Our denial of your request to expedite an organization determination or reconsideration (appeal) for health services; or

  - ▪ Our denial of your request to expedite a coverage determination or redetermination (appeal) for a prescription drug.

- The fast "expedited" grievance process is as follows:

  - You or an authorized representative can call, fax, or mail your complaint and mention that you want the fast complaint or expedited grievance process. Call the phone number, fax, or write your complaint and send it to the address listed in Chapter 2: *Important Phone Numbers and Resources (How to contact us when you're making a complaint about your Part D prescription drugs or medical care)*. The fastest way to submit a fast complaint is to call or fax us. The fastest way to file a grievance is to call us. When we receive your complaint, we will promptly investigate the issue you have identified. If we agree with your complaint, we will cancel the 14-calendar-day extension, or expedite the determination or appeal as you originally requested. Regardless of whether we agree or not, we will investigate your complaint and notify you of our decision within 24 hours.

- **Whether you call or write, you should contact Member Services right away**. The complaint must be made within 60 calendar days after you had the problem you want to complain about.

- **If you are making a complaint because we denied your request for a "fast coverage decision" or a "fast appeal," we will automatically give you a "fast complaint."** If you have a "fast complaint," it means we will give you **an answer within 24 hours.**

| Legal Terms |
|---|
| What this section calls a "**fast complaint**" is also called an "**expedited grievance.**" |

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

**Step 2:** We look into your complaint and give you our answer.

- **If possible, we will answer you right away.** If you call us with a complaint, we may be able to give you an answer on the same phone call. If your health condition requires us to answer quickly, we will do that.
- **Most complaints are answered within 30 calendar days**. If we need more information and the delay is in your best interest or if you ask for more time, we can take up to 14 more calendar days (44 calendar days total) to answer your complaint. If we decide to take extra days, we will tell you in writing.
- **If we do not agree** with some or all of your complaint or don't take responsibility for the problem you are complaining about, we will let you know. Our response will include our reasons for this answer. We must respond whether we agree with the complaint or not.

| Section 10.4 | You can also make complaints about quality of care to the Quality Improvement Organization |
|---|---|

You can make your complaint about the quality of care you received by using the step-by-step process outlined above.

When your complaint is about *quality of care*, you also have two extra options:

- **You can make your complaint to the Quality Improvement Organization.** If you prefer, you can make your complaint about the quality of care you received directly to this organization (*without* making the complaint to us).
  - The Quality Improvement Organization is a group of practicing doctors and other health care experts paid by the Federal government to check and improve the care given to Medicare patients.
  - To find the name, address, and phone number of the Quality Improvement Organization for your state, refer to **Addendum A** at the back of this booklet. If you make a complaint to this organization, we will work with them to resolve your complaint.
- **Or you can make your complaint to both at the same time**. If you wish, you can make your complaint about quality of care to us and also to the Quality Improvement Organization.

| Section 10.5 | You can also tell Medicare about your complaint |
|---|---|

You can submit a complaint about Aetna Medicare Premier Plan (PPO) directly to Medicare. To submit a complaint to Medicare, go to www.medicare.gov/MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of

**CHAPTER 9.   What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**

the Medicare program.

If you have any other feedback or concerns, or if you feel the plan is not addressing your issue, please call 1-800-MEDICARE (1-800-633-4227). TTY/TDD users can call 1-877-486-2048.

# CHAPTER 10
## *Ending your membership in the plan*

# CHAPTER 10.   Ending your membership in the plan

**SECTION 1**     **Introduction**..................................................................... **280**

Section 1.1     This chapter focuses on ending your membership in our plan................... 280

**SECTION 2**     **When can you end your membership in our plan?**........................... **280**

Section 2.1     You can end your membership during the Annual Enrollment Period........... 280

Section 2.2     You can end your membership during the Medicare Advantage Open
                Enrollment Period............................................................ 281

Section 2.3     In certain situations, you can end your membership during a Special
                Enrollment Period............................................................ 282

Section 2.4     Where can you get more information about when you can end your
                membership?................................................................. 283

**SECTION 3**     **How do you end your membership in our plan?**............................ **283**

Section 3.1     Usually, you end your membership by enrolling in another plan................. 283

**SECTION 4**     **Until your membership ends, you must keep getting your medical
                services and drugs through our plan**....................................... **285**

Section 4.1     Until your membership ends, you are still a member of our plan................. 285

**SECTION 5**     **Aetna Medicare Premier Plan (PPO) must end your membership in
                the plan in certain situations**............................................ **285**

Section 5.1     When must we end your membership in the plan?............................... 286

Section 5.2     We cannot ask you to leave our plan for any reason related to your health..... 286

Section 5.3     You have the right to make a complaint if we end your membership in our
                plan......................................................................... 287

**CHAPTER 10.   Ending your membership in the plan**

---

## SECTION 1          Introduction

| Section 1.1          This chapter focuses on ending your membership in our plan |
| --- |

Ending your membership in Aetna Medicare Premier Plan (PPO) may be **voluntary** (your own choice) or **involuntary** (not your own choice):

- You might leave our plan because you have decided that you *want* to leave.
  - There are only certain times during the year, or certain situations, when you may voluntarily end your membership in the plan. Section 2 tells you *when* you can end your membership in the plan.
  - The process for voluntarily ending your membership varies depending on what type of new coverage you are choosing. Section 3 tells you *how* to end your membership in each situation.
- There are also limited situations where you do not choose to leave, but we are required to end your membership. Section 5 tells you about situations when we must end your membership.

If you are leaving our plan, you must continue to get your medical care and prescription drugs through our plan until your membership ends.

---

## SECTION 2          When can you end your membership in our plan?

You may end your membership in our plan only during certain times of the year, known as enrollment periods. All members have the opportunity to leave the plan during the Annual Enrollment Period and during the Medicare Advantage Open Enrollment Period. In certain situations, you may also be eligible to leave the plan at other times of the year.

| Section 2.1          You can end your membership during the Annual Enrollment Period |
| --- |

You can end your membership during the **Annual Enrollment Period** (also known as the "Annual Open Enrollment Period"). This is the time when you should review your health and drug coverage and make a decision about your coverage for the upcoming year.

- **When is the Annual Enrollment Period?** This happens from October 15 to December 7.
- **What type of plan can you switch to during the Annual Enrollment Period?** You can choose to keep your current coverage or make changes to your coverage for the upcoming year. If

**CHAPTER 10.   Ending your membership in the plan**

you decide to change to a new plan, you can choose any of the following types of plans:

- ○ Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)
- ○ Original Medicare *with* a separate Medicare prescription drug plan.
- ○ – *or* – Original Medicare *without* a separate Medicare prescription drug plan.
  - ○ **If you receive "Extra Help" from Medicare to pay for your prescription drugs:** If you switch to Original Medicare and do not enroll in a separate Medicare prescription drug plan, Medicare may enroll you in a drug plan, unless you have opted out of automatic enrollment.

    **Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for 63 or more days in a row, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

- • **When will your membership end?** Your membership will end when your new plan's coverage begins on January 1.

| Section 2.2 | You can end your membership during the Medicare Advantage Open Enrollment Period |
| --- | --- |

You have the opportunity to make *one* change to your health coverage during the **Medicare Advantage Open Enrollment Period.**

- • **When is the annual Medicare Advantage Open Enrollment Period?** This happens every year from January 1 to March 31.
- • **What type of plan can you switch to during the annual Medicare Advantage Open Enrollment Period?** During this time, you can:
  - ○ Switch to another Medicare Advantage Plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)
  - ○ Disenroll from our plan and obtain coverage through Original Medicare. If you choose to switch to Original Medicare during this period, you can also join a separate Medicare prescription drug plan at that time.
- • **When will your membership end?** Your membership will end on the first day of the month after you enroll in a different Medicare Advantage plan or we get your request to switch to

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 287 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                                      282
CHAPTER 10.   Ending your membership in the plan

Original Medicare. If you also choose to enroll in a Medicare prescription drug plan, your membership in the drug plan will begin the first day of the month after the drug plan gets your enrollment request.

| | |
|---|---|
| Section 2.3 | In certain situations, you can end your membership during a Special Enrollment Period |

In certain situations, members of Aetna Medicare Premier Plan (PPO) may be eligible to end their membership at other times of the year. This is known as a **Special Enrollment Period.**

- **Who is eligible for a Special Enrollment Period?** If any of the following situations apply to you, you may be eligible to end your membership during a Special Enrollment Period. These are just examples, for the full list you can contact the plan, call Medicare, or visit the Medicare website (www.medicare.gov):
  - Usually, when you have moved.
  - If you have Medicaid.
  - If you are eligible for "Extra Help" with paying for your Medicare prescriptions.
  - If we violate our contract with you.
  - If you are getting care in an institution, such as a nursing home or long-term care (LTC) hospital.
  - If you enroll in the Program of All-inclusive Care for the Elderly (PACE).
  - Note: If you're in a drug management program, you may not be able to change plans. Chapter 5, Section 10 tells you more about drug management programs.
- **When are Special Enrollment Periods?** The enrollment periods vary depending on your situation.
- **What can you do?** To find out if you are eligible for a Special Enrollment Period, please call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048. If you are eligible to end your membership because of a special situation, you can choose to change both your Medicare health coverage and prescription drug coverage. This means you can choose any of the following types of plans:
  - Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)
  - Original Medicare *with* a separate Medicare prescription drug plan.
  - – or – Original Medicare *without* a separate Medicare prescription drug plan.
    - **If you receive "Extra Help" from Medicare to pay for your prescription drugs:** If you switch to Original Medicare and do not enroll in a separate Medicare

**CHAPTER 10.   Ending your membership in the plan**

prescription drug plan, Medicare may enroll you in a drug plan, unless you have opted out of automatic enrollment.

**Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for a continuous period of 63 days or more, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

- **When will your membership end?** Your membership will usually end on the first day of the month after your request to change your plan is received.

| Section 2.4 | Where can you get more information about when you can end your membership? |
|---|---|

If you have any questions or would like more information on when you can end your membership:

- You can **call Member Services** (phone numbers are printed on the back cover of this booklet).
- You can find the information in the ***Medicare & You 2022*** handbook.
  - ○ Everyone with Medicare receives a copy of the *Medicare & You 2022* handbook each fall. Those new to Medicare receive it within a month after first signing up.
  - ○ You can also download a copy from the Medicare website (www.medicare.gov). Or, you can order a printed copy by calling Medicare at the number below.
- You can contact **Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 3       How do you end your membership in our plan?

| Section 3.1 | Usually, you end your membership by enrolling in another plan |
|---|---|

Usually, to end your membership in our plan, you simply enroll in another Medicare plan during one of the enrollment periods (see Section 2 in this chapter for information about the enrollment periods). However, if you want to switch from our plan to Original Medicare *without* a Medicare prescription drug plan, you must ask to be disenrolled from our plan. There are two ways you can ask to be disenrolled:

**CHAPTER 10.   Ending your membership in the plan**

- You can make a request in writing to us. Contact Member Services if you need more information on how to do this (phone numbers are printed on the back cover of this booklet).
- *--or--*You can contact Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

**Note:** If you disenroll from Medicare prescription drug coverage and go without creditable prescription drug coverage for a continuous period of 63 days or more, you may have to pay a Part D late enrollment penalty if you join a Medicare drug plan later. ("Creditable" coverage means the coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.) See Chapter 1, Section 5 for more information about the late enrollment penalty.

The table below explains how you should end your membership in our plan.

| If you would like to switch from our plan to: | This is what you should do: |
|---|---|
| • Another Medicare health plan. | • Enroll in the new Medicare health plan.<br><br>You will automatically be disenrolled from Aetna Medicare Premier Plan (PPO) when your new plan's coverage begins. |
| • Original Medicare *with* a separate Medicare prescription drug plan. | • Enroll in the new Medicare prescription drug plan.<br><br>You will automatically be disenrolled from Aetna Medicare Premier Plan (PPO) when your new plan's coverage begins. |

**CHAPTER 10.  Ending your membership in the plan**

| If you would like to switch from our plan to: | This is what you should do: |
|---|---|
| • Original Medicare *without* a separate Medicare prescription drug plan.<br><br>○ **Note:** If you disenroll from a Medicare prescription drug plan and go without creditable prescription drug coverage for 63 days or more in a row, you may have to pay a late enrollment penalty if you join a Medicare drug plan later. See Chapter 1, Section 5 for more information about the late enrollment penalty. | • **Send us a written request to disenroll.** Contact Member Services if you need more information on how to do this (phone numbers are printed on the back cover of this booklet).<br>• You can also contact **Medicare**, at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week, and ask to be disenrolled. TTY users should call 1-877-486-2048.<br>• You will be disenrolled from Aetna Medicare Premier Plan (PPO) when your coverage in Original Medicare begins. |

## SECTION 4    Until your membership ends, you must keep getting your medical services and drugs through our plan

### Section 4.1    Until your membership ends, you are still a member of our plan

If you leave Aetna Medicare Premier Plan (PPO), it may take time before your membership ends and your new Medicare coverage goes into effect. (See Section 2 for information on when your new coverage begins.) During this time, you must continue to get your medical care and prescription drugs through our plan.

- **You should continue to use our network pharmacies to get your prescriptions filled until your membership in our plan ends.** Usually, your prescription drugs are only covered if they are filled at a network pharmacy including through our mail-order pharmacy services.
- **If you are hospitalized on the day that your membership ends, your hospital stay will usually be covered by our plan until you are discharged** (even if you are discharged after your new health coverage begins).

## SECTION 5    Aetna Medicare Premier Plan (PPO) must end your membership in the plan in certain situations

**CHAPTER 10.   Ending your membership in the plan**

---

| Section 5.1 | When must we end your membership in the plan? |
|---|---|

**Aetna Medicare Premier Plan (PPO) must end your membership in the plan if any of the following happen:**

- If you no longer have Medicare Part A and Part B.
- If you move out of our service area.
- If you are away from our service area for more than twelve months.
  - If you move or take a long trip, you need to call Member Services to find out if the place you are moving or traveling to is in our plan's area. (Phone numbers for Member Services are printed on the back cover of this booklet.)
  - Go to Chapter 4, Section 2.2 for information on getting care when you are away from the service area through our plan's visitor/traveler benefit.
- If you become incarcerated (go to prison).
- If you are not a United States citizen or lawfully present in the United States.
- If you lie about or withhold information about other insurance you have that provides prescription drug coverage.
- If you intentionally give us incorrect information when you are enrolling in our plan and that information affects your eligibility for our plan. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
- If you continuously behave in a way that is disruptive and makes it difficult for us to provide medical care for you and other members of our plan. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
- If you let someone else use your membership card to get medical care. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
  - If we end your membership because of this reason, Medicare may have your case investigated by the Inspector General.
- If you are required to pay the extra Part D amount because of your income and you do not pay it, Medicare <u>will</u> disenroll you from our plan and you will lose prescription drug coverage.

**Where can you get more information?**

If you have questions or would like more information on when we can end your membership:

- You can call **Member Services** for more information (phone numbers are printed on the back cover of this booklet).

| Section 5.2 | We <u>cannot</u> ask you to leave our plan for any reason related to your health |
|---|---|

**CHAPTER 10.   Ending your membership in the plan**

Aetna Medicare Premier Plan (PPO) is not allowed to ask you to leave our plan for any reason related to your health.

**What should you do if this happens?**

If you feel that you are being asked to leave our plan because of a health-related reason, you should call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048. You may call 24 hours a day, 7 days a week.

| Section 5.3 | You have the right to make a complaint if we end your membership in our plan |
|---|---|

If we end your membership in our plan, we must tell you our reasons in writing for ending your membership. We must also explain how you can file a grievance or make a complaint about our decision to end your membership. You can also look in Chapter 9, Section 10 for information about how to make a complaint.

# CHAPTER 11

*Legal notices*

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 294 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)     289
CHAPTER 11.   Legal notices

# CHAPTER 11.   Legal notices

**SECTION 1**     **Notice about governing law**................................................................ **290**

**SECTION 2**     **Notice about non-discrimination**......................................................... **290**

**SECTION 3**     **Notice about Medicare Secondary Payer subrogation rights**............ **290**

**SECTION 4**     **Notice about recovery of overpayments**.......................................... **293**

**SECTION 5**     **National Coverage Determinations**..................................................... **293**

**SECTION 6**     **Independent Contractors**................................................................... **293**

CHAPTER 11.  Legal notices

## SECTION 1          Notice about governing law

Many laws apply to this *Evidence of Coverage* and some additional provisions may apply because they are required by law. This may affect your rights and responsibilities even if the laws are not included or explained in this document. The principal law that applies to this document is Title XVIII of the Social Security Act and the regulations created under the Social Security Act by the Centers for Medicare & Medicaid Services, or CMS. In addition, other Federal laws may apply and, under certain circumstances, the laws of the state you live in.

## SECTION 2          Notice about non-discrimination

Our plan must obey laws that protect you from discrimination or unfair treatment. **We don't discriminate** based on race, ethnicity, national origin, color, religion, sex, gender, age, mental or physical disability, health status, claims experience, medical history, genetic information, evidence of insurability, or geographic location within the service area. All organizations that provide Medicare Advantage plans, like our plan, must obey Federal laws against discrimination, including Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Americans with Disabilities Act, Section 1557 of the Affordable Care Act, all other laws that apply to organizations that get Federal funding, and any other laws and rules that apply for any other reason.

If you want more information or have concerns about discrimination or unfair treatment, please call the Department of Health and Human Services' **Office for Civil Rights** at 1-800-368-1019 (TTY 1-800-537-7697) or your local Office for Civil Rights.

If you have a disability and need help with access to care, please call us at Member Services (phone numbers are printed on the back cover of this booklet). If you have a complaint, such as a problem with wheelchair access, Member Services can help.

## SECTION 3          Notice about Medicare Secondary Payer subrogation rights

We have the right and responsibility to collect for covered Medicare services for which Medicare is not the primary payer. According to CMS regulations at 42 CFR sections 422.108 and 423.462, Aetna Medicare Premier Plan (PPO), as a Medicare Advantage Organization, will exercise the same rights of recovery that the Secretary exercises under CMS regulations in subparts B through D of part 411 of 42 CFR and the rules established in this section supersede any State laws.

In some situations, other parties should pay for your medical care before your Medicare Advantage

**CHAPTER 11.  Legal notices**

plan. In those situations, your Medicare Advantage plan may pay, but have the right to get the payments back from these other parties. Medicare Advantage plans may not be the primary payer for medical care you receive. These situations include those in which the Federal Medicare Program is considered a secondary payer under the Medicare Secondary Payer laws. For information on the Federal Medicare Secondary Payer program, Medicare has written a booklet with general information about what happens when people with Medicare have additional insurance. It's called *Medicare and Other Health Benefits: Your Guide to Who Pays First (publication number 02179).* You can get a copy by calling 1-800-MEDICARE, 24 hours a day, 7 days a week, or by visiting the www.medicare.gov website.

The Plan's rights to recover in these situations are based on the terms of this health plan contract, as well as the provisions of the federal statutes governing the Medicare Program. Your Medicare Advantage plan coverage is always secondary to any payment made or reasonably expected to be made under:

- A workers' compensation law or plan of the United States or a State,
- Any non-fault-based insurance, including automobile and non-automobile no-fault and medical payments insurance,
- Any liability insurance policy or plan (including a self-insured plan) issued under an automobile or other type of policy or coverage, and
- Any automobile insurance policy or plan (including a self-insured plan), including, but not limited to, uninsured and underinsured motorist coverages.

Since your Medicare Advantage plan is always secondary to any automobile no-fault (Personal Injury Protection) or medical payments coverage, you should review your automobile insurance policies to ensure that appropriate policy provisions have been selected to make your automobile coverage primary for your medical treatment arising from an automobile accident.

As outlined herein, in these situations, your Medicare Advantage plan may make payments on your behalf for this medical care, subject to the conditions set forth in this provision for the plan to recover these payments from you or from other parties. Immediately upon making any conditional payment, your Medicare Advantage plan shall be subrogated to stand in the place of all rights of recovery you have against any person, entity or insurer responsible for causing your injury, illness or condition or against any person, entity or insurer listed as a primary payer above.

In addition, if you receive payment from any person, entity or insurer responsible for causing your injury, illness or condition or you receive payment from any person, entity or insurer listed as a primary payer above, your Medicare Advantage plan has the right to recover from, and be

**CHAPTER 11.  Legal notices**

reimbursed by you for all conditional payments the plan has made or will make as a result of that injury, illness or condition.

Your Medicare Advantage plan will automatically have a lien, to the extent of benefits it paid for the treatment of the injury, illness or condition, upon any recovery whether by settlement, judgment or otherwise. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representatives or agents, any person, entity or insurer responsible for causing your injury, illness or condition or any person, entity or insurer listed as a primary payer above.

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any health care provider) from your Medicare Advantage plan, you acknowledge that the plan's recovery rights are a first priority claim and are to be paid to the plan before any other claim for your damages. The plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the plan will result in a recovery to you which is insufficient to make you whole or to compensate you in part or in whole for the damages you sustained. Your Medicare Advantage plan is not required to participate in or pay court costs or attorney fees to any attorney hired by you to pursue your damage claims.

Your Medicare Advantage plan is entitled to full recovery regardless of whether any liability for payment is admitted by any person, entity or insurer responsible for causing your injury, illness or condition or by any person, entity or insurer listed as a primary payer above. The plan is entitled to full recovery regardless of whether the settlement or judgment received by you identifies the medical benefits the plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Medicare Advantage plan is entitled to recover from any and all settlements or judgments, even those designated as for pain and suffering, non-economic damages and/or general damages only.

You, and your legal representatives, shall fully cooperate with the plan's efforts to recover its benefits paid. It is your duty to notify the plan within 30 days of the date when notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition. You and your agents or representatives shall provide all information requested by the plan or its representatives. You shall do nothing to prejudice your Medicare Advantage plan's subrogation or recovery interest or to prejudice the plan's ability to enforce the terms of this provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the plan.

**CHAPTER 11. Legal notices**

Failure to provide requested information or failure to assist your Medicare Advantage plan in pursuit of its subrogation or recovery rights may result in you being personally responsible for reimbursing the plan for benefits paid relating to the injury, illness or condition as well as for the plan's reasonable attorney fees and costs incurred in obtaining reimbursement from you. For more information, see 42 U.S.C. § 1395y(b)(2)(A)(ii) and the Medicare statutes.

## SECTION 4        Notice about recovery of overpayments

If the benefits paid by this *Evidence of Coverage*, plus the benefits paid by other plans, exceeds the total amount of expenses, Aetna has the right to recover the amount of that excess payment from among one or more of the following: (1) any person to or for whom such payments were made; (2) other Plans; or (3) any other entity to which such payments were made. This right of recovery will be exercised at Aetna's discretion. You shall execute any documents and cooperate with Aetna to secure its right to recover such overpayments, upon request by Aetna.

## SECTION 5        National Coverage Determinations

Sometimes, Medicare adds coverage under Original Medicare for new services during the year. If Medicare adds coverage for any services during 2022, either Medicare or our plan will cover those services. When we receive coverage updates from Medicare, called National Coverage Determinations, we'll post the coverage updates on our website at AetnaMedicare.com. You can also call Member Services to obtain the coverage updates that have been posted for the benefit year.

## SECTION 6        Independent Contractors

Participating physicians, hospitals and other health care providers are independent contractors and are neither agents nor employees of Aetna. The availability of any particular provider cannot be guaranteed, and provider network composition is subject to change.

# CHAPTER 12

*Definitions of important words*

7:25-cv-00759-JDA    Date Filed 02/10/25    Entry Number 1-1    Page 300 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                    295
CHAPTER 12.   Definitions of important words

## Chapter 12. Definitions of important words

**Ambulatory Surgical Center** – An Ambulatory Surgical Center is an entity that operates exclusively for the purpose of furnishing outpatient surgical services to patients not requiring hospitalization and whose expected stay in the center does not exceed 24 hours.

**Annual Enrollment Period** – A set time each fall when members can change their health or drug plans or switch to Original Medicare. The Annual Enrollment Period is from October 15 until December 7.

**Appeal** – An appeal is something you do if you disagree with our decision to deny a request for coverage of health care services or prescription drugs or payment for services or drugs you already received. You may also make an appeal if you disagree with our decision to stop services that you are receiving. For example, you may ask for an appeal if we don't pay for a drug, item, or service you think you should be able to receive. Chapter 9 explains appeals, including the process involved in making an appeal.

**Balance Billing** – When a provider (such as a doctor or hospital) bills a patient more than the plan's allowed cost-sharing amount. As a member of Aetna Medicare Premier Plan (PPO), you only have to pay our plan's cost-sharing amounts when you get services covered by our plan. We do not allow providers to "balance bill" or otherwise charge you more than the amount of cost-sharing your plan says you must pay.

**Benefit Period** – The way that both our plan and Original Medicare measures your use of skilled nursing facility (SNF) services. A benefit period begins the day you go into a hospital or skilled nursing facility. The benefit period ends when you haven't received any inpatient hospital care (or skilled care in a SNF) for 60 days in a row. If you go into a hospital or a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods.

**Brand Name Drug** – A prescription drug that is manufactured and sold by the pharmaceutical company that originally researched and developed the drug. Brand name drugs have the same active-ingredient formula as the generic version of the drug. However, generic drugs are manufactured and sold by other drug manufacturers and are generally not available until after the patent on the brand name drug has expired.

**Catastrophic Coverage Stage** – The stage in the Part D Drug Benefit where you pay a low copayment or coinsurance for your drugs after you or other qualified parties on your behalf have spent $7,050 in covered drugs during the covered year.

**Centers for Medicare & Medicaid Services (CMS)** – The Federal agency that administers Medicare. Chapter 2 explains how to contact CMS.

7:25-cv-00759-JDA      Date Filed 02/10/25      Entry Number 1-1      Page 301 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                        296
**CHAPTER 12.   Definitions of important words**

**Coinsurance** – An amount you may be required to pay as your share of the cost for services or prescription drugs after you pay any deductibles. Coinsurance is usually a percentage (for example, 20%).

**Combined Maximum Out-of-Pocket Amount** – This is the most you will pay in a year for all services from both network (preferred) providers and out-of-network (non-preferred) providers. See Chapter 4, Section 1.2 for information about your combined maximum out-of-pocket amount.

**Complaint** – The formal name for "making a complaint" is "filing a grievance." The complaint process is used for certain types of problems *only*. This includes problems related to quality of care, waiting times, and the customer service you receive. See also "Grievance," in this list of definitions.

**Comprehensive Outpatient Rehabilitation Facility (CORF)** – A facility that mainly provides rehabilitation services after an illness or injury, and provides a variety of services including physical therapy, social or psychological services, respiratory therapy, occupational therapy and speech-language pathology services, and home environment evaluation services.

**Copayment (or "copay")** – An amount you may be required to pay as your share of the cost for a medical service or supply, like a doctor's visit, hospital outpatient visit, or a prescription drug. A copayment is a set amount, rather than a percentage. For example, you might pay $10 or $20 for a doctor's visit or prescription drug.

**Cost-Sharing** – Cost-sharing refers to amounts that a member has to pay when services or drugs are received. Cost-sharing includes any combination of the following three types of payments: (1) any deductible amount a plan may impose before services or drugs are covered; (2) any fixed "copayment" amount that a plan requires when a specific service or drug is received; or (3) any "coinsurance" amount, a percentage of the total amount paid for a service or drug that a plan requires when a specific service or drug is received. A "daily cost-sharing rate" may apply when your doctor prescribes less than a full month's supply of certain drugs for you and you are required to pay a copayment.

**Cost-Sharing Tier** – Every drug on the list of covered drugs is in one of 5 cost-sharing tiers. In general, the higher the cost-sharing tier, the higher your cost for the drug.

**Coverage Determination** – A decision about whether a drug prescribed for you is covered by the plan and the amount, if any, you are required to pay for the prescription. In general, if you bring your prescription to a pharmacy and the pharmacy tells you the prescription isn't covered under your plan, that isn't a coverage determination. You need to call or write to your plan to ask for a formal decision about the coverage. Coverage determinations are called "coverage decisions" in this booklet. Chapter 9 explains how to ask us for a coverage decision.

**CHAPTER 12.  Definitions of important words**

**Covered Drugs** – The term we use to mean all of the prescription drugs covered by our plan.

**Covered Services** – The general term we use in this EOC to mean all of the health care services and supplies that are covered by our plan.

**Creditable Prescription Drug Coverage** – Prescription drug coverage (for example, from an employer or union) that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. People who have this kind of coverage when they become eligible for Medicare can generally keep that coverage without paying a penalty, if they decide to enroll in Medicare prescription drug coverage later.

**Custodial Care** – Custodial care is personal care provided in a nursing home, hospice, or other facility setting when you do not need skilled medical care or skilled nursing care. Custodial care is personal care that can be provided by people who don't have professional skills or training, such as help with activities of daily living like bathing, dressing, eating, getting in or out of a bed or chair, moving around, and using the bathroom. It may also include the kind of health-related care that most people do themselves, like using eye drops. Medicare doesn't pay for custodial care.

**Daily Cost-Sharing Rate** – A "daily cost-sharing rate" may apply when your doctor prescribes less than a full month's supply of certain drugs for you and you are required to pay a copayment. A daily cost-sharing rate is the copayment divided by the number of days in a month's supply. Here is an example: If your copayment for a one-month supply of a drug is $30, and a one-month's supply in your plan is 30 days, then your "daily cost-sharing rate" is $1 per day. This means you pay $1 for each day's supply when you fill your prescription.

**Deductible** – The amount you must pay for health care or prescriptions before our plan begins to pay.

**Disenroll or Disenrollment** – The process of ending your membership in our plan. Disenrollment may be voluntary (your own choice) or involuntary (not your own choice).

**Dispensing Fee** – A fee charged each time a covered drug is dispensed to pay for the cost of filling a prescription. The dispensing fee covers costs such as the pharmacist's time to prepare and package the prescription.

**Durable Medical Equipment (DME)** – Certain medical equipment that is ordered by your doctor for medical reasons. Examples include walkers, wheelchairs, crutches, powered mattress systems, diabetic supplies, IV infusion pumps, speech generating devices, oxygen equipment, nebulizers, or hospital beds ordered by a provider for use in the home.

**Emergency** – A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate

medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

**Emergency Care** – Covered services that are: (1) rendered by a provider qualified to furnish emergency services; and (2) needed to treat, evaluate, or stabilize an emergency medical condition.

**Evidence of Coverage (EOC) and Disclosure Information** – This document, along with your enrollment form and any other attachments, riders, or other optional coverage selected, which explains your coverage, what we must do, your rights, and what you have to do as a member of our plan.

**Exception** – A type of coverage decision that, if approved, allows you to get a drug that is not on your plan sponsor's formulary (a formulary exception), or get a non-preferred drug at a preferred lower cost-sharing level (a tiering exception). You may also request an exception if your plan sponsor requires you to try another drug before receiving the drug you are requesting, or the plan limits the quantity or dosage of the drug you are requesting (a formulary exception).

**Extra Help** – A Medicare program to help people with limited income and resources pay Medicare prescription drug program costs, such as premiums, deductibles, and coinsurance.

**Generic Drug** – A prescription drug that is approved by the Food and Drug Administration (FDA) as having the same active ingredient(s) as the brand name drug. Generally, a "generic" drug works the same as a brand name drug and usually costs less.

**Grievance** – A type of complaint you make about us or pharmacies, including a complaint concerning the quality of your care. This type of complaint does not involve coverage or payment disputes.

**Home Health Aide** – A home health aide provides services that don't need the skills of a licensed nurse or therapist, such as help with personal care (e.g., bathing, using the toilet, dressing, or carrying out the prescribed exercises). Home health aides do not have a nursing license or provide therapy.

**Hospice** – A member who has 6 months or less to live has the right to elect hospice. We, your plan, must provide you with a list of hospices in your geographic area. If you elect hospice and continue to pay premiums you are still a member of our plan. You can still obtain all medically necessary services as well as the supplemental benefits we offer. The hospice will provide special treatment for your state.

**Hospital Inpatient Stay** – A hospital stay when you have been formally admitted to the hospital for skilled medical services. Even if you stay in the hospital overnight, you might still be considered an "outpatient."

**CHAPTER 12.   Definitions of important words**

**Income Related Monthly Adjustment Amount (IRMAA)** – If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium. Less than 5% of people with Medicare are affected, so most people will not pay a higher premium.

**Independent Practice Associations (IPA)** – Negotiate with insurers to provide services for insureds on a flat fee or retainer basis. They allow physicians to remain independent while still collaborating with other doctors to achieve best practices and negotiate with insurers as a group.

**Initial Coverage Limit** – The maximum limit of coverage under the Initial Coverage Stage.

**Initial Coverage Stage** – This is the stage before your "total drug costs including amounts you have paid and what your plan has paid on your behalf" for the year have reached $4,430.

**Initial Enrollment Period** – When you are first eligible for Medicare, the period of time when you can sign up for Medicare Part A and Part B. For example, if you're eligible for Medicare when you turn 65, your Initial Enrollment Period is the 7-month period that begins 3 months before the month you turn 65, includes the month you turn 65, and ends 3 months after the month you turn 65.

**In-Network Maximum Out-of-Pocket Amount** – The most you will pay for covered services received from network (preferred) providers. After you have reached this limit, you will not have to pay anything when you get covered services from network providers for the rest of the contract year. However, until you reach your combined out-of-pocket amount, you must continue to pay your share of the costs when you seek care from an out-of-network (non-preferred) provider. See Chapter 4, Section 1.2 for information about your in-network maximum out-of-pocket amount.

**List of Covered Drugs (Formulary or "Drug List")** – A list of prescription drugs covered by the plan. The drugs on this list are selected by the plan with the help of doctors and pharmacists. The list includes both brand name and generic drugs.

**Low Income Subsidy (LIS)** – See "Extra Help."

**Medicaid (or Medical Assistance)** – A joint Federal and state program that helps with medical costs for some people with low incomes and limited resources. Medicaid programs vary from state to state, but most health care costs are covered if you qualify for both Medicare and Medicaid. See **Addendum A** at the back of this booklet for information about how to contact Medicaid in your state.

**Medically Accepted Indication** – A use of a drug that is either approved by the Food and Drug Administration or supported by certain reference books. See Chapter 5, Section 3 for more information about a medically accepted indication.

7:25-cv-00759-JDA     Date Filed 02/10/25     Entry Number 1-1     Page 305 of 313
2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)                    300
CHAPTER 12.   Definitions of important words

**Medically Necessary** – Services, supplies, or drugs that are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.

**Medicare** – The Federal health insurance program for people 65 years of age or older, some people under age 65 with certain disabilities, and people with End-Stage Renal Disease (generally those with permanent kidney failure who need dialysis or a kidney transplant). People with Medicare can get their Medicare health coverage through Original Medicare, a PACE plan,  or a Medicare Advantage Plan.

**Medicare Advantage Open Enrollment Period** – A set time each year when members in a Medicare Advantage plan can cancel their plan enrollment and switch to another Medicare Advantage plan, or obtain coverage through Original Medicare. If you choose to switch to Original Medicare during this period, you can also join a separate Medicare prescription drug plan at that time. The Medicare Advantage Open Enrollment Period is from January 1 until March 31, and is also available for a 3-month period after an individual is first eligible for Medicare.

**Medicare Advantage (MA) Plan** – Sometimes called Medicare Part C. A plan offered by a private company that contracts with Medicare to provide you with all your Medicare Part A and Part B benefits. A Medicare Advantage Plan can be an HMO, PPO, a Private Fee-for-Service (PFFS) plan, or a Medicare Medical Savings Account (MSA) plan. When you are enrolled in a Medicare Advantage Plan, Medicare services are covered through the plan, and are not paid for under Original Medicare. In most cases, Medicare Advantage Plans also offer Medicare Part D (prescription drug coverage). These plans are called **Medicare Advantage Plans with Prescription Drug Coverage**. Everyone who has Medicare Part A and Part B is eligible to join any Medicare Advantage health plan that is offered in their area.

**Medicare Coverage Gap Discount Program** – A program that provides discounts on most covered Part D brand name drugs to Part D members who have reached the Coverage Gap Stage and who are not already receiving "Extra Help." Discounts are based on agreements between the Federal government and certain drug manufacturers. For this reason, most, but not all, brand name drugs are discounted.

**Medicare-Covered Services** – Services covered by Medicare Part A and Part B. All Medicare health plans, including our plan, must cover all of the services that are covered by Medicare Part A and B.

**Medicare Health Plan** – A Medicare health plan is offered by a private company that contracts with Medicare to provide Part A and Part B benefits to people with Medicare who enroll in the plan. This term includes all Medicare Advantage Plans, Medicare Cost Plans, Demonstration/Pilot Programs, and Programs of All-inclusive Care for the Elderly (PACE).

**Medicare Prescription Drug Coverage (Medicare Part D)** – Insurance to help pay for outpatient prescription drugs, vaccines, biologicals, and some supplies not covered by Medicare Part A or Part B.

**CHAPTER 12.    Definitions of important words**

**"Medigap" (Medicare Supplement Insurance) Policy** – Medicare supplement insurance sold by private insurance companies to fill "gaps" in Original Medicare. Medigap policies only work with Original Medicare. (A Medicare Advantage Plan is not a Medigap policy.)

**Member (Member of our plan, or "Plan Member")** – A person with Medicare who is eligible to get covered services, who has enrolled in our plan, and whose enrollment has been confirmed by the Centers for Medicare & Medicaid Services (CMS).

**Member Services** – A department within our plan responsible for answering your questions about your membership, benefits, grievances, and appeals. See Chapter 2 for information about how to contact Member Services.

**Network** – A group of doctors, hospitals, pharmacies, and other health care experts contracted by our plan to provide covered services to its members (see Chapter 1, Section 3.2). Network providers are independent contractors and not agents of our plan.

**Network Pharmacy** – A network pharmacy is a pharmacy where members of our plan can get their prescription drug benefits. We call them "network pharmacies" because they contract with our plan. In most cases, your prescriptions are covered only if they are filled at one of our network pharmacies.

**Network Provider** – "Provider" is the general term we use for doctors, other health care professionals, hospitals, and other health care facilities that are licensed or certified by Medicare and by the State to provide health care services. We call them **"network providers"** when they have an agreement with our plan to accept our payment as payment in full, and in some cases to coordinate as well as provide covered services to members of our plan. Our plan pays network providers based on the agreements it has with the providers or if the providers agree to provide you with plan-covered services. Network providers may also be referred to as "plan providers."

**Non-Medicare Covered Services** – Services that are not normally covered when you have Original Medicare. These are usually extra benefits you may receive as a member of a Medicare Advantage plan.

**Organization Determination** – The Medicare Advantage plan has made an organization determination when it makes a decision about whether items or services are covered or how much you have to pay for covered items or services. Organization determinations are called "coverage decisions" in this booklet. Chapter 9 explains how to ask us for a coverage decision.

**Original Medicare ("Traditional Medicare" or "Fee-for-service" Medicare)** – Original Medicare is offered by the government, and not a private health plan such as Medicare Advantage Plans and prescription drug plans. Under Original Medicare, Medicare services are covered by paying doctors,

**CHAPTER 12.   Definitions of important words**

hospitals, and other health care providers payment amounts established by Congress. You can see any doctor, hospital, or other health care provider that accepts Medicare. You must pay the deductible. Medicare pays its share of the Medicare-approved amount, and you pay your share. Original Medicare has two parts: Part A (Hospital Insurance) and Part B (Medical Insurance) and is available everywhere in the United States.

**Out-of-Network Pharmacy** – A pharmacy that doesn't have a contract with our plan to coordinate or provide covered drugs to members of our plan. As explained in this *Evidence of Coverage,* most drugs you get from out-of-network pharmacies are not covered by our plan unless certain conditions apply.

**Out-of-Network Provider or Out-of-Network Facility** – A provider or facility with which we have not arranged to coordinate or provide covered services to members of our plan. Out-of-network providers are providers that are not employed, owned, or operated by our plan or are not under contract to deliver covered services to you. Using out-of-network providers or facilities is explained in this booklet in Chapter 3.

**Out-of-Pocket Costs** – See the definition for "cost-sharing" above. A member's cost-sharing requirement to pay for a portion of services or drugs received is also referred to as the member's "out-of-pocket" cost requirement.

**PACE Plan** – A PACE (Program of All-Inclusive Care for the Elderly) plan combines medical, social, and long-term care (LTC) services for frail people to help people stay independent and living in their community (instead of moving to a nursing home) as long as possible, while getting the high-quality care they need. People enrolled in PACE plans receive both their Medicare and Medicaid benefits through the plan.

**Part C** – see "Medicare Advantage (MA) Plan."

**Part D** – The voluntary Medicare Prescription Drug Benefit Program. (For ease of reference, we will refer to the prescription drug benefit program as Part D.)

**Part D Drugs** – Drugs that can be covered under Part D. We may or may not offer all Part D drugs. (See your formulary for a specific list of covered drugs.) Certain categories of drugs were specifically excluded by Congress from being covered as Part D drugs.

**Part D Late Enrollment Penalty** – An amount added to your monthly premium for Medicare drug coverage if you go without creditable coverage (coverage that is expected to pay, on average, at least as much as standard Medicare prescription drug coverage) for a continuous period of 63 days or more after you are first eligible to join a Part D plan. You pay this higher amount as long as you have a Medicare drug plan. There are some exceptions. For example, if you receive "Extra Help" from Medicare to pay your prescription drug plan costs, you will not pay a late enrollment penalty.

**CHAPTER 12.   Definitions of important words**

**Preferred Cost-Sharing** – Preferred cost-sharing means lower cost-sharing for certain covered Part D drugs at certain network pharmacies.

**Preferred Provider Organization (PPO) Plan** – A Preferred Provider Organization plan is a Medicare Advantage Plan that has a network of contracted providers that have agreed to treat plan members for a specified payment amount. A PPO plan must cover all plan benefits whether they are received from network or out-of-network providers. Member cost-sharing will generally be higher when plan benefits are received from out-of-network providers. PPO plans have an annual limit on your out-of-pocket costs for services received from network (preferred) providers and a higher limit on your total combined out-of-pocket costs for services from both in-network (preferred) and out-of-network (non-preferred) providers.

**Premium** – The periodic payment to Medicare, an insurance company, or a health care plan for health or prescription drug coverage.

**Primary Care Provider (PCP)** – Your primary care provider is the doctor or other provider you see first for most health problems. He or she makes sure you get the care you need to keep you healthy. He or she also may talk with other doctors and health care providers about your care and refer you to them. In many Medicare health plans, you must see your primary care provider before you see any other health care provider. See Chapter 3, Section 2.1 for information about Primary Care Providers.

**Prior Authorization** – Approval in advance to get services or certain drugs that may or may not be on our formulary. In the network portion of a PPO, some in-network medical services are covered only if your doctor or other network provider gets "prior authorization" from our plan. In a PPO, you do not need prior authorization to obtain out-of-network services. However, you may want to check with the plan before obtaining services from out-of-network providers to confirm that the service is covered by your plan and what your cost-sharing responsibility is. Covered services that need prior authorization are marked in the Benefits Chart in Chapter 4. Some drugs are covered only if your doctor or other network provider gets "prior authorization" from us. Covered drugs that need prior authorization are marked in the formulary.

**Prosthetics and Orthotics** – These are medical devices ordered by your doctor or other health care provider. Covered items include, but are not limited to, arm, back and neck braces; artificial limbs; artificial eyes; and devices needed to replace an internal body part or function, including ostomy supplies and enteral and parenteral nutrition therapy.

**Quality Improvement Organization (QIO)** – A group of practicing doctors and other health care experts paid by the Federal government to check and improve the care given to Medicare patients. See **Addendum A** at the back of this booklet for information about how to contact the QIO for your state.

**Quantity Limits** – A management tool that is designed to limit the use of selected drugs for quality,

safety, or utilization reasons. Limits may be on the amount of the drug that we cover per prescription or for a defined period of time.

**Rehabilitation Services** – These services include physical therapy, speech and language therapy, and occupational therapy.

**Service Area** – A geographic area where a health plan accepts members if it limits membership based on where people live. For plans that limit which doctors and hospitals you may use, it's also generally the area where you can get routine (non-emergency) services. The plan may disenroll you if you permanently move out of the plan's service area.

**Skilled Nursing Facility (SNF) Care** – Skilled nursing care and rehabilitation services provided on a continuous, daily basis, in a skilled nursing facility. Examples of skilled nursing facility care include physical therapy or intravenous injections that can only be given by a registered nurse or doctor.

**Special Enrollment Period** – A set time when members can change their health or drug plans or return to Original Medicare. Situations in which you may be eligible for a Special Enrollment Period include: if you move outside the service area, if you are getting "Extra Help" with your prescription drug costs, if you move into a nursing home, or if we violate our contract with you.

**Standard Cost-Sharing** – Standard cost-sharing is cost-sharing other than preferred cost-sharing offered at a network pharmacy.

**Step Therapy** – A utilization tool that requires you to first try another drug to treat your medical condition before we will cover the drug your physician may have initially prescribed.

**Supplemental Security Income (SSI)** – A monthly benefit paid by Social Security to people with limited income and resources who are disabled, blind, or age 65 and older. SSI benefits are not the same as Social Security benefits.

**Urgently Needed Services** – Urgently needed services are provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible.

2022 Evidence of Coverage for Aetna Medicare Premier Plan (PPO)    305

**Addendum A – Important Contact Information for State Agencies**

| | Quality Improvement Organizations (QIO) |
|---|---|
| **Region 4:**<br>Alabama,<br>Florida, Georgia,<br>Kentucky,<br>Mississippi,<br>North Carolina,<br>South Carolina,<br>Tennessee | **KEPRO**<br>5201 West Kennedy Blvd., Suite 900, Tampa, FL 33609<br>1-888-317-0751, TTY: 711<br>Monday–Friday 9:00 AM to 5:00 PM, Weekends and holidays 11:00 AM to 3:00 PM<br>keproqio.com |

| | State Medicaid Office |
|---|---|
| **SC** | **South Carolina Healthy Connections Medicaid**<br>SCDHHS, P.O. Box 100101, Columbia, SC 29202<br>1-888-549-0820, TTY: 1-888-842-3620<br>Monday–Friday 8:00 AM to 6:00 PM<br>scdhhs.gov/ |

| | State Health Insurance Assistance Program (SHIP) |
|---|---|
| **SC** | **State Health Insurance Assistance Program (SHIP)**<br>1301 Gervais Street, Suite 350, Columbia, SC 29201<br>1-800-868-9095 , TTY: 1-888-842-3620<br>Monday–Friday 8:30 AM to 5:00 PM<br>getcaresc.com/guide/insurance-counseling-medicaremedicaid |

| | State AIDS Drug Assistance Programs (ADAP) |
|---|---|
| **SC** | **South Carolina AIDS Drug Assistance Program (ADAP)**<br>SC Drug Assistance Program/Insurance Assistance Program, 3rd Floor, Mills/Jarrett<br>Box 101106, Columbia, SC 29211<br>1-800-856-9954, 1-800-322-2437, TTY: 711<br>Monday–Friday 8:30 AM to 5:00 PM<br>scdhec.gov/aids-drug-assistance-program |

NOTES

## Aetna Medicare Premier Plan (PPO) Member Services

| Method | Member Services – Contact Information |
|---|---|
| **CALL** | 1-833-570-6670 or the number on the back of your ID card<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week.<br>Member Services also has free language interpreter services available for non-English speakers. |
| **TTY** | 711<br>Calls to this number are free.<br>Hours of operation are 8 AM to 8 PM, 7 days a week. |
| **FAX** | 1-866-759-4415 |
| **WRITE** | Aetna Medicare<br>PO Box 7405<br>London, KY 40742 |
| **WEBSITE** | [AetnaMedicare.com](AetnaMedicare.com) |

**State Health Insurance Assistance Program (SHIP)**

SHIP is a state program that gets money from the Federal government to give free local health insurance counseling to people with Medicare. Contact information for your state's SHIP is in **Addendum A** at the back of this booklet.

*PRA Disclosure Statement According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1051. If you have comments or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.*