# Exhibit D



# Spartanburg County
# Seventh Judicial Circuit
# Public Index



Spartanburg County Home Page    South Carolina Judicial Department Home Page    SC.GOV Home Page

**Switch View**

## Roger Stevens , plaintiff, et al VS Thi Of South Carolina, Llc , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | 2024CP4204641 | Court Agency: | Common Pleas | Filed Date: | 11/25/2024 |
| Case Type: | Common Pleas | Case Sub Type: | Fraud/Bad Faith 150 | File Type: | Mediator - Jury |
| Status: | Pending/ADR | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties | Judgments | Tax Map Information | Associated Cases | **Actions** | Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Stevens, Roger | ADR/Alternative Dispute Resolution (Workflow) | Action | | 06/23/2025-16:06 | | |
| Stevens, Roger | NEF(12-30-2024 09:20:05 AM) Service/Affidavit Of Service | Filing | | 12/30/2024-12:32 | | 📄 |
| Stevens, Roger | NEF(12-30-2024 09:22:49 AM) Service/Affidavit Of Service | Filing | | 12/30/2024-12:27 | | 📄 |
| Stevens, Roger | Service/Affidavit Of Service on Thi Of South Carolina, Llc | Filing | | 12/30/2024-09:22 | | 📄 |
| Stevens, Roger | Service/Affidavit Of Service on Lynette Hill | Filing | | 12/30/2024-09:20 | | 📄 |
| Stevens, Roger | Summons & Complaint | Filing | | 11/25/2024-16:06 | | 📄 |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch ● All rights reserved