UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| ROGER STEVENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHNIE STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>THI OF SOUTH CAROLINA AT CAMP CARE, LLC d/b/a LAKE EMORY POST ACUTE CARE, HUNT VALLEY HOLDINGS, LLC f/k/a FUNDAMENTAL LONG-TERM CARE HOLDINGD, LLC, LYNETTE HILL, INDIVIDUALLY, AND AS REPRESENTATIVE OF THI OF SOUTH CAROLINA AT CAMP CARE, LLC d/b/a LAKE EMORY POST ACUTE CARE, AND AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 7:25-cv-00759-JDA |

**DEFENDANT, AETNA LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Aetna Life Insurance Company ("Aetna") pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6.01 respectfully requests an additional seven days to file its responsive pleading.[1] Aetna's unopposed motion is due to be granted for the following reasons:

---

[1] Aetna expressly preserves and does not waive any and all available defenses, including those defenses specifically enumerated in Rule 12(b) of the Federal Rules of Civil Procedure, including without limitation, insufficient service of process, lack of subject matter jurisdiction, personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted.

1. Aetna removed this case to this Court on February 10, 2025. (Doc. 1). Therefore, under FED. R. CIV. P. 81(c)(2)(C), its current deadline to file a responsive pleading is February 17, 2025.

2. Due to pending deadlines in other cases and previously scheduled travel, undersigned counsel needs additional time to prepare a responsive pleading and obtain client approval for filing. Therefore, Aetna respectfully requests an additional seven days to file its responsive pleading in this Court, making its deadline February 24, 2025.

3. Defense counsel contacted Plaintiff's counsel, who does not oppose a 7-day extension of the responsive-pleading deadline.

4. No prejudice will result to any party from the granting of this request for a brief extension. In addition, this request for an extension of time is made within the court-prescribed period to respond to the Complaint, is sought in good faith, and will not cause excessive delay in this case.

5. For the foregoing reasons, Defendant Aetna Life Insurance Company respectfully requests a 7-day extension of time, to and including February 24, 2025, to file its responsive pleading to Plaintiff's Complaint.

Respectfully submitted by,

By: */s/ Ashley R. Parr*
Ashley R. Parr, Federal ID No. 12304
Email: aparr@maynardnexsen.com
**Maynard Nexsen, P.C.**
104 South Main Street, Suite 900
Greenville, SC 29601
Telephone: (864) 370-2211

-and-

William B. Wahlheim, Jr. *(pro hac vice to be filed)*
Email: wwahlheim@maynardnexsen.com

**Maynard Nexsen, P.C.**
1901 6th Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: (205) 254-1000

-and-

Raj Aujla *(pro hac vice to be filed)*
Email: raujla@maynardnexsen.com
**Maynard Nexsen, P.C.**
7373 N. Broadway St.
Suite 403, Office 1 & 2
San Antonio, Texas 78209
Telephone: (512) 696-6557

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties in accordance with Rule 5(b), Federal Rules of Civil Procedure, on this 12th day of February 2025.

*/s/ Ashley R. Parr*
Ashely R. Parr